## Discovery Dispute Certificate

The undersigned counsel hereby certifies that, pursuant to the Federal Rules of Civil Procedure and Local Rule 7.1.C and 37.1, he has made a reasonable effort (the facts and circumstances of which are set forth in the motion) to reach agreement with opposing counsel on the matters set forth in the motion.

_____
Richard T. Victoria