

**Meyer, Unkovic & Scott** LLP
ATTORNEYS AT LAW

1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Tel:  412-456-2800
Fax:  412-456-2864
Web:  www.muslaw.com

Writer's direct dial phone number and e-mail address:
412-456-2860 ~ rtv@muslaw.com

August 22, 2005

**VIA FAX AND U.S. MAIL**

Stephen J. Poljak, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

RE:    Walter Beck Corporation d/b/a The Rainbow Inn v. Safeco Corporation, et al.
Docket No.:  04-348
Your File No.: 19130.00683

Dear Mr. Poljak:

Via letter dated July 8, 2005, we served Beck's First Set of Interrogatories and Request for Production of Documents Directed to Defendants.  Given this service date, your client's responses thereto are now well past due.  Having not received a request for an extension, I am writing to request that Safeco's responses be provided immediately. Given my client's financial troubles as a result of Safeco's slow moving and inadequate response to the demand for coverage, delays or lengthy extensions to deadlines can only serve to further harm my clients.

Very truly yours,

Richard T. Victoria

563786



1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Tel:   412-456-2800
Fax:   412-456-2864
Web:  www.muslaw.com

# *Fax Cover Page*

### *This Fax was transmitted directly from a network PC.*
### *If a problem is encountered, please call Sender at number listed below.*

#### *Client/Mtr. No.* 276082/100

| **DATE:** Mon 08/22/2005 12:07 PM | **TOTAL NUMBER OF PAGES:** 02 (including cover page) |
|---|---|
| **PLEASE DELIVER TO:**<br><br>Stephen J. Poljak, Esquire | **TRANSMITTING TO:**<br><br>412-803-1188 |
| **FROM:**<br><br>Richard T. Victoria, Esquire | **SENDER'S DIRECT DIAL NUMBER:**<br><br>412-456-2860 |

*The information contained in this transmission is confidential only for the use of the individual or entity to whom it is addressed. If you have received this transmission in error, please notify us immediately and return the original transmission to us.*

**COMMENTS:**

```
User ID: LLS
================================================================================
TO: Name: Stephen J. Poljak, Esquire
      Company:
      Fax Phone Number: 412-803-1188
      Contact Phone Number:
      Info Code 1: 276082              Info Code 2: 100

Sent to remote ID:4128301188
Sent at:Mon Aug 22 12:07:29 2005
Sent on channel 3
Elapsed Time:  1 minute,  2 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 2.
--------------------------------------------------------------------------------
```