# Richard T. Victoria

| | |
|---|---|
| From: | Richard T. Victoria |
| Sent: | Tuesday, September 27, 2005 10:01 AM |
| To: | Stephen J. Poljak (E-mail) |
| Cc: | Joshua R. Lorenz |
| Subject: | RE: Beck v. Safeco |

Dear Steve,

You previously advised that you would have discovery responses (to discovery served on July 8, 2005) to us by no later than September 2, 2005. Please provide responses by Friday. Otherwise, we will file a motion to compel on Monday morning.

Sincerely,

Richard T. Victoria
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2860
(412) 456-2864 (FAX)
http://www.muslaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE EMAIL ADDRESS.

-----Original Message-----

| | |
|---|---|
| From: | Richard T. Victoria |
| Sent: | Monday, August 22, 2005 1:49 PM |
| To: | Stephen J. Poljak (E-mail) |
| Cc: | Joshua R. Lorenz |
| Subject: | Beck v. Safeco |

Steve,

Just wanted to confirm that you will have discovery responses to us by no later than Sept. 2, 2005. Thank you.

Sincerely,

Richard T. Victoria
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2860
(412) 456-2864 (FAX)
http://www.muslaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,