## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **Motion to Compel Discovery** was served upon counsel for the Defendants by first class United States mail, postage prepaid, this 3rd day of October, 2005 at the following address:

>Stephen J. Poljak, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>US Steel Tower, Suite 2900
>600 Grant Street
>Pittsburgh, PA 15219

MEYER, UNKOVIC & SCOTT LLP

By: _____
Richard T. Victoria
Pa. I.D.#76681
rtv@muslaw.com
Joshua R. Lorenz
Pa. I.D.#84397
jrl@muslaw.com

MEYER, UNKOVIC & SCOTT LLP
1300 Oliver Building
Pittsburgh, PA 15217
(412) 456-2800
Fax: (412) 456-2864

Counsel for Plaintiff