IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) CIVIL DIVISION<br>)<br>) Civil Action No. 04-348 - Erie |
| Plaintiff, | ) |
| vs. | ) JUDGE MAURICE B. COHILL, JR. |
| | ) |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | )<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND, NOW, to-wit, this _____ day of _____, 2005, upon consideration of the parties' Joint Motion to Extend Discovery Deadline and Amend Case Management Order and finding that good cause exists, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Case Management Order dated June 8, 2005 is amended as follows:

5. The parties shall complete discovery on or before <u>June 2, 2006</u>. ... .

6. The parties shall file motions..., if appropriate, on or before <u>July 7, 2006</u>. ... . Responses to such motions shall be ...filed on or before <u>July 28, 2006</u>. ... .

7. If the parties do not filed motions..., plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A and be filed on or before <u>August 4, 2006</u>. ... .

\* \* \*

12. If the case is not to be decided on dispositive motions, the case shall be called for trial in <u>Late fall, 2006</u>.

All other terms and conditions of the Case Management Order dated June 8, 2005, shall remain in full force and effect.

_____
Maurice B. Cohill, Jr.
United States District Court Judge

cc:   Counsel of record