IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, ) ) ) Plaintiff, ) vs. ) ) SAFECO CORPORATION, AMERICAN ) ECONOMY INSURANCE COMPANY, and ) AMERICAN STATES INSURANCE ) COMPANY, ) ) ) Defendants. ) | CIVIL DIVISION<br><br>Civil Action No. 04-348 - Erie<br><br>JUDGE MAURICE B. COHILL, JR. |

## ORDER OF COURT

AND, NOW, to-wit, this _____ day of _____, 2006, upon consideration of the parties' Joint Motion to Extend Discovery Deadline and Amend Case Management Order and finding that good cause exists, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Case Management Order dated June 8, 2005 and this Court's subsequent amendment thereof is amended as follows:

5. The parties shall complete discovery on or before September 1, 2006. ... .

6. The parties shall file motions..., if appropriate, on or before October 6, 2006. ... . Responses to such motions shall be ...filed on or before October 27, 2006. ... .

7. If the parties do not file motions..., plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A and be filed on or before November 3, 2006. ... .

\* \* \*

12. If the case is not to be decided on dispositive motions, the case shall be called for trial in Winter, 2007.

All other terms and conditions of the Case Management Order dated June 8, 2005, shall remain in full force and effect.

                                                                                               Maurice B. Cohill, Jr.
                                                                                               United States District Court Judge

cc:      Counsel of record