## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a THE )    CIVIL DIVISION
RAINBOW INN,                       )
                                   )    Civil Action No. 04-348 - Erie
                  Plaintiff,       )
        vs.                        )    JUDGE MAURICE B. COHILL, JR.
                                   )
SAFECO CORPORATION, AMERICAN       )
ECONOMY INSURANCE COMPANY, and     )
AMERICAN STATES INSURANCE          )
COMPANY,                           )
                                   )
                  Defendants.      )

### ORDER OF COURT

AND, NOW, to-wit, this 4ᵗʰ day of __May__, 2006, upon consideration of the parties' Joint Motion to Extend Discovery Deadline and Amend Case Management Order and finding that good cause exists, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Case Management Order dated June 8, 2005 and this Court's subsequent amendment thereof is amended as follows:

5.    The parties shall complete discovery on or before September 1, 2006. ... .

6.    The parties shall file motions..., if appropriate, on or before October 6, 2006. ... . Responses to such motions shall be ...filed on or before October 27, 2006. ... .

7.    If the parties do not file motions..., plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A and be filed on or before November 3, 2006. ... .

* * *

12.    If the case is not to be decided on dispositive motions, the case shall be called for trial in Winter, 2007.

All other terms and conditions of the Case Management Order dated June 8, 2005, shall remain in full force and effect.

_____
Maurice B. Cohill, Jr.
United States District Court Judge

cc:    Counsel of record