IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) ) | CIVIL DIVISION |
| Plaintiff, | ) | Civil Action No. 04-348 - Erie |
| vs. | ) ) | |
| | ) | JUDGE MAURICE B. COHILL, JR. |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) ) ) ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendants. | ) ) | |

**PROOF OF SERVICE OF SUBPOENA**

In accordance with Rule 45(b)(3) of the Federal Rules of Civil Procedure, the undersigned hereby certifies that the subpoena attached hereto was served upon Sundahl & Co., Inc. t/d/b/a Sundahl & Co. Insurance on May 8, 2006 at 723 East Main Street, Bradford, PA 16701 by Mark R. Butina as evidenced by the executed Proof of Service included with attached subpoena.

    MEYER, UNKOVIC & SCOTT LLP

    By: /s/ *Richard T. Victoria*
        Richard T. Victoria
        Pa. I.D.#76681
        rtv@muslaw.com
        Joshua R. Lorenz
        Pa. I.D.#84397
        jrl@muslaw.com

    1300 Oliver Building
    Pittsburgh, PA  15217
    (412) 456-2800
    Fax:  (412) 456-2864

    Counsel for Plaintiff