**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May 2006 a true and correct copy of the within Proof of Service was served by electronic means on the following counsel for each of the defendants:

Stephen J. Poljak, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900, 600 Grant Street
Pittsburgh, PA  15219

MEYER, UNKOVIC & SCOTT LLP

By: /s/ *Richard T. Victoria*
    Richard T. Victoria
    Pa. I.D.#76681
    rtv@muslaw.com
    Joshua R. Lorenz
    Pa. I.D.#84397
    jrl@muslaw.com

1300 Oliver Building
Pittsburgh, PA  15217
(412) 456-2800
Fax:  (412) 456-2864

Counsel for Plaintiff