IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a
THE RAINBOW INN,

    Plaintiff,

vs.

SAFECO CORPORATION, AMERICAN
ECONOMY INSURANCE COMPANY,
and AMERICAN STATES INSURANCE
COMPANY,

    Defendants.

Civil Action No. 04-348-Erie
Judge Maurice B. Cohill, Jr.

**ENTRY OF APPEARANCE**

To: Robert V. Barth, Jr., Clerk:

Kindly enter the appearance of Daniel P. McDyer on behalf of Safeco Corporation, American Economy Insurance Company and American States Insurance Company, Defendants.

ANSTANDIG, McDYER & YURCON, P.C.

_____
Daniel P. McDyer, Esquire
PA ID No.: 19854
ANSTANDIG, McDYER & YURCON, P.C.
Firm No.: 866
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 765-3730-Telephone
(412) 765-3730-Facsimile