IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a
THE RAINBOW INN,

    Plaintiff,

vs.

SAFECO CORPORATION, AMERICAN
ECONOMY INSURANCE COMPANY,
and AMERICAN STATES INSURANCE
COMPANY,

    Defendants.

Civil Action No. 04-348-Erie
Judge Maurice B. Cohill, Jr.

## ORDER OF COURT

AND, NOW, to-wit, this ____ day of _____, 2006, upon consideration of Defendants' Motion to Enlarge the Time for Discovery and Amend the Case Management Order and finding that good cause exists, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Case Management Order dated June 8, 2005, previously amended on May 4, 2006, is amended as follows:

    5.    The parties shall complete discovery on or before November 1, 2006….

    6.    The parties shall file motions …, if appropriate, on or before December 6, 2006…. Responses to such motions shall be … filed on or before December 27, 2006….

    7.    If the parties do not file motions …, plaintiff's pretrial narrative statements shall comply with Local Rule 16.1.4.A and be filed on or before January 3, 2006….

All other terms and conditions of the Case Management Order dated June 8, 2005, previously amended on May 4, 2006, shall remain in full force and effect.

                                          _____
                                          Maurice B. Cohill, Jr.
                                          United States District Court Judge