# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, ) ) ) Plaintiff, ) vs. ) ) SAFECO CORPORATION, AMERICAN ) ECONOMY INSURANCE COMPANY, and ) AMERICAN STATES INSURANCE ) COMPANY, ) ) Defendants. ) | CIVIL DIVISION<br><br>Civil Action No. 04-348 - Erie<br><br>JUDGE MAURICE B. COHILL, JR. |

## ORDER OF COURT

AND NOW, this _____ day of _____, 200__, upon Motion for Partial Summary Judgment of Walter Beck Corporation d/b/a The Rainbow Inn, and the Briefs and Appendix submitted in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. It is further ORDERED, ADJUDGED, and DECREED that the Defendants are jointly and severally liable to Walter Beck Corporation d/b/a The Rainbow Inn for breach of the insurance contract with Walter Beck Corporation d/b/a The Rainbow Inn by failing to provide coverage for fire losses at the Rainbow Inn as required by such insurance contract and as set forth the Complaint filed in this action. The amount of monetary damages owed to Walter Beck Corporation d/b/a The Rainbow Inn by the Defendants for such breach of contract remains to be determined.

_____, J.