IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN,<br><br>            Plaintiff,<br>vs.<br><br>SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY,<br><br>            Defendants. | CIVIL DIVISION<br><br>Civil Action No. 04-348 - Erie<br><br>JUDGE MAURICE B. COHILL, JR. |

**APPENDIX TO
CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

*TABLE OF CONTENTS*

Ex. 1, Complaint

Ex. 2, Amended Answer

Ex. 3, Policy

Ex. 4, Deposition of Paul Smith[1]

Ex. 5, Deposition of Harold Beck

Ex. 6, Deposition of Sharon Beck

Ex. 7, 1/3/2004 Letter from Harold Beck to Paul Smith with "Inventory," "Liquor Inventory," and "Food and Beer Inventory"

Ex. 8, 2/11/2004 Letter from Paul Smith to Beck ("Denial Letter")

Ex. 9, 2/21/2004 Letter from Harold Beck to Paul Smith

Ex. 10, 3/24/2004 Letter from Harold Beck to Paul Smith

Ex. 11, 4/28/2004 Letter from Harold Beck to Paul Smith

Ex. 12, 6/2/2004 Letter from Harold Beck to Paul Smith

---

[1] Each of the depositions included in this Appendix have been submitted in condensed transcript form without exhibits. Certainly, should the Court require or prefer that standard transcripts and/or exhibits filed, plaintiff will do so immediately upon request.

Ex. 13, 6/10/2004 Letter from Harold Beck to Paul Smith

Ex. 14, 6/23/2004 Letter from Paul Smith to Harold Beck

Ex. 15, 7/5/2004 Letter from Harold Beck to Paul Smith.

Ex. 16, 7/23/2004 Letter from Paul Smith to Harold Beck

Ex. 17, Affidavit of John Gates

Ex. 18, Affidavit of Jeremy Holt

Ex. 19, Affidavit of Kimberly Holt

Ex. 20, Affidavit of Andrea Prince

Ex. 21, Affidavit of Eileen Smith

Ex. 22, Affidavit of Tanya Aiello

Ex. 23, Affidavit of Geoffrey Beck

Ex. 24, Affidavit of Robert J. Beck

Ex. 25, Notice of Deposition of Safeco

Ex. 26, Notice of Deposition of ASIC

Ex. 27, Notice of Deposition of AEIC

Ex. 28, Beck's Rule 26 Disclosures

Ex. 29, 12/2/2004 Letter from Richard T. Victoria to Mike McGavick and Paul Smith of Safeco

Ex. 30, 11/8/2006 Letter from Richard T. Victoria to Daniel McDyer

Ex. 31, Affidavit of Harold Beck

                                                Respectfully submitted,

                                                /s/ Richard T. Victoria
                                                Richard T. Victoria
                                                Pa. I.D. #76681 - rtv@muslaw.com
                                                Joshua R. Lorenz
                                                Pa. I.D. #84397 - jrl@muslaw.com

                                                MEYER, UNKOVIC & SCOTT LLP
                                                1300 Oliver Building
                                                Pittsburgh, PA  15217
                                                (412) 456-2800
                                                Fax:  (412) 456-2864

                                                Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> ) <br> ) <br> ) <br> Defendants. ) | CIVIL DIVISION <br><br> Civil Action No. 04-348 - Erie <br><br> JUDGE MAURICE B. COHILL, JR. |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing APPENDIX TO CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEREOF was served upon counsel for the Defendant by electronic service this 6th of December, 2006 at the following address

Daniel P. McDyer, Esquire
ANSTANDIG, McDYER & YURCON, P.C.
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219


　　　　　　　　　　　　/s/ Richard T. Victoria
　　　　　　　　　　　　Richard T. Victoria