# AFFIDAVIT

State of Indiana

County of Marion

NAME OF INSURED:     WALTER BECK CORPORATION
                     DBA RAINBOW INN

POLICY NUMBER:       02CC77190070

POLICY DATES:        04-23-03 TO 04-23-04

Angie Gilbreath being duly sworn on oath says she is an archivist of

American Economy Insurance Company and that she has compared the

attached copies of the insurance policy number listed above and

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a true

and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

Subscribed and sworn to before me

on March 4, 2005.

_Deborah A. Wilhoite_
Notary Public

DEBORAH A. WILHOITE
NOTARY PUBLIC
STATE OF INDIANA
MY COMMISSION EXPIRES MAY 30, 2010

Exhibit 3                                    0135

SEATTLE, WASHINGTON

710-1974-308-01-6

0000000989

INSURED

WALTER BECK CORPORATION
DBA RAINBOW INN
PO BOX 362
LEWIS RUN, PA 16738

AGENT

**POLICY NUMBER** 02-CC-771900-70

SUNDAHL & CO   INSURANCE
723 EAST MAIN STREET
P O BOX 368
BRADFORD, PA 16701
37-78700          (814) 368-3139

## NOTICE OF NONRENEWAL

The policy will expire and all liability cease on   04-23-04   at the hour on which this policy became effective.  No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):

LOCATION #1 BUILDING #1 HAD A TOTAL FIRE LOSS.PROPERTY WILL NOT BE REBUILT.
NOT POLICY DO NOT RENEW.
JWC

If you wish to secure replacement coverage from another insurance company, contact your agent or broker immediately. You or your agent may also apply to the facility set up to provide fire and additional perils insurance for eligible properties in the state. Application may be made by mail or in person to the facility at the address shown below:

Insurance Placement Facility of Pennsylvania
Mall Building
325 Chestnut Street, Suite 600
Philadelphia, Pennsylvania 19106

We will provide loss history information upon receipt of your written request. Please contact your agent for assistance.

65 (04-84)   HARTFORD          21 (BOBKRO) INSURED COPY                    PREPARED 02-16-0

AMERICAN CASUALTY INSURANCE COMPANY
SEATTLE, WASHINGTON

```
****************************************
*            POLICY CHANGE             *
*          EFFECTIVE: 12-06-03         *          POLICY NUMBER:  02-CC-771900-7
****************************************
```

NAMED      WALTER BECK CORPORATION            AGENT:   SUNDAHL & CO  INSURANCE
INSURED    DBA RAINBOW INN                             723 EAST MAIN STREET
MAILING    PO BOX 362                                  P O BOX 368
ADDRESS:   LEWIS RUN, PA 16738                         BRADFORD, PA 16701
                                                       37-78700         (532)
                                                       (814) 368-3139

POLICY PERIOD:     FROM 04-23-03 TO 04-23-04

```
****************************************************************************
*                                                                        *
*    THE CHANGE IN YOUR POLICY RESULTS IN A RETURN PREMIUM OF    $1,440.87. *
*    THIS AMOUNT WILL BE CREDITED TO YOUR CUSTOMER ACCOUNT #710-1974-308-01. *
*                                                                        *
*    Deleted Property coverage only at location #1 Bldg #1               *
*                                                                        *
****************************************************************************
```

COPY

9-CM(01-86) HARTFORD          (BOBKR )  INSURED COPY          CSU PREPARED 02-10-04

0137

EFFECTIVE: 10/06/01                                                          PAGE 4

NAMED INSURED:  WALTER BECK CORPORATION          POLICY NUMBER: 02-CC-771900-7

```
***************************
*COMMERCIAL PROPERTY - FIRE*
***************************
```

THE FOLLOWING HAS BEEN DELETED
------------------------------
PREMISES 001 BUILDING 01  COVERAGES:     ALL COVERAGES



6-3695
(4-01)

# If You Have a Claim

SAFECO has an unparalleled history of being there when our customers need us the most. Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

# 1-800-332-3226

*Please note. For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*



**SAFECO**

® A registered trademark of SAFECO Corporation.

0139

AEP-MFTA2-11-PRINT001-1304-0003-D

**SAFECO®**   ADVISORY NOTICE TO POLICYHOLDERS   C 4000 (3-02)

### RESTRICTIONS OF COVERAGE

Endorsement number CG 8657 titled Fungi or Bacteria Exclusion is added to your policy.

The endorsement specifies that your General Liability coverage does not apply to losses arising from the inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria, on or within a building or sturcture, except fungi or bacteria that are, are on, or are contained in a product intended for consumption.

Coverage is not provided or amended by this summary nor should it be construed to replace any provision of your policy. You should read your policy for complete information on the coverage that you are provided. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail.





0140

**S A F E C O®**   NOTICE TO POLICYHOLDERS

6-3612
(3-98)

The Liability Plus Endorsement CG 7635 is now attached to all general liability policies. This form has been revised to provide overall enhancements to your general liability coverage. Please review the following paragraphs carefully:

- Additional Insured - By Written Contract, Agreement or Permit - NEW
- Non-Owned Watercraft and Non-Owned Aircraft - g.(2)a. Revised
- Tenants' Property Damage Liability - NEW
- Who is an Insured - Managers - NEW
- Employees as Insureds - Health Care Services - Revised
- Extended "Property Damage" - NEW
- Knowledge of Occurrence - NEW
- Unintentional Failure to Disclose all Hazards - NEW
- Liberalization Clause - NEW

0141

AFP-META2-11-PRINT001-1304-0007-D

**SAFECO®** — **NOTICE TO POLICYHOLDERS**

6-4511
(12-98)

## BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each policy form and endorsement. This notice does not reference every editorial change made in these forms and endorsements.

Please read your policy and the endorsements attached to your policy carefully.

### PERSONAL AND ADVERTISING INJURY

Personal and Advertising Injury has been listed separately because the changes in the Personal and Advertising injury in these coverage forms result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects. The impact of the changes in the revision are very difficult to quantify and may differ in different states. Taken as a whole, the revised Personal and Advertising Injury Coverage is at least equal to, if not broader than, that which the current coverage provides.

### CG 00 01 07 98 -- Commercial General Liability Coverage Form (Occurrence Version)

The following revisions may result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects.

- We have provided coverage for "trade dress" while deleting the terms "style of doing business" and "title."

- The current "willful violation of a penal statute" exclusion has been replaced with a "criminal acts" exclusion.

- The change from the underfined term "advertising activities" to a defined term "advertisement" is intended to strengthen the necessary causal connection between the covered offenses and the insured's advertisement.

- The addition of an intentional injury exclusion in Coverage B clarifies the intent of the coverage as supported by the general principle of insurance which requires fortuity for coverage to apply.

  Coverage B has been broadened by including consequential "bodily injury," while Coverage A has been reduced by adding a complementary exclusion to avoid duplicate coverage. Overall, these two changes create no change in coverage.

### CG 28 05 Personal Injury Liability

The following revisions may result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects.

- The current "willful violation of a penal statute" exclusion has been replaced with a "criminal acts" exclusion.

- The addition of an intentional injury exclusion in Coverage B clarifies the intent of the coverage as supported by the general principle of insurance which requires fortuity for coverage to apply.

Coverage B has been broadened by including consequential "bodily injury," while Coverage A has been reduced by adding a complementary exclusion to avoid duplicate coverage. Overall, these two changes create no change in coverage.

0141

6-4511
(12-98)

## BROADENINGS OF COVERAGE - COVERAGE FORMS

**CG 00 01 -- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 09 -- Owners and Contractors Protective Liability Coverage Form**

The pollution exclusion in these coverage forms is being revised to provide an exception applicable to the named insured for liability arising out of a release of pollutants at certain premises, sites or locations which are or were at any time, owned or occupied by, or rented or loaned to, an additional insured for which the named insured is performing operations as a contractor under certain circumstances.

The pollution exclusion in these coverage forms is also being revised to provide an exception for bodily injury or property damage sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations as a contractor being performed by or on behalf of any insured.

**CG 00 01 -- Commercial General Liability Coverage Form** (Occurrence Version)

Several revisions have been made to this coverage form to provide additional coverage for damage to premises rented or loaned to the named insured on a short-term basis.

## BROADENINGS OF COVERAGE - MULTISTATE ENDORSMENTS

**CG 22 93 -- Introduction Of Lawn Care Services Coverage Endorsement**

The new endorsement provides limited pollution coverage for lawn care services risks.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS -- COVERAGE FORMS

All General Liability coverage forms contain minor editorial revisions to provide for consistency among policies. In addition, these coverage forms have been revised to incorporate other various revisions in order to clarify coverage. The latter category of revisions to each individual coverage form are described below:

**CG 00 01 -- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 09 -- Owners and Contractors Protective Liability Coverage Form**

These policies have been clarified with respect to third-party property damage claims by indicating that paragraph (2) of the pollution exclusion does not nullify coverage for property damage not excluded by paragraph (1) of the exclusion.

**CG 00 01 -- Commercial General Liability Coverage Form** (Occurrence Version)

Paragraph 4.b.2. has been added to the Other Insurance Condition of Section IV - Commercial General Liability Conditions to make an insured's own CGL coverage excess insurance over the insurance provided by any other primary insurance policy which covers that insured as an additional insured. This change currently exists via a mandatory endorsement (CG 00 55), and is now simply being incorporated directly into the CGL policies.

**CG 00 35 -- Railroad Protective Liability Coverage Form**

- The definitions of "pollutants" and "hostile fire," which are contained within the current exclusion, are being moved to the definitions section. The word "contractor" has been made a defined term and definitions of both "mobile equipment" and "auto" have been included in the form to provide consistency with various ISO General Liability Coverage forms.

Copyright, Insurance Services Office, Inc., 1998                     Page 2 of 5

AFP-META2-11-PRINT001-1304-0010-D

6-4511
(12-98)

- New paragraph 3. which replaces subparagraph (3) has been made easier to read by placing the exceptions for operating fluids from mobile equipment and for heat, smoke or fumes from a hostile fire closer to the paragraph which they affect, as shown in subparagraphs (a) and (b). In addition, new paragraph (3) and subparagraph (3)(a) have been amended to replace the reference to "such insured" with "you" and to replace the term "subcontractor" with "your designated employee."

**CG 00 01 -- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 09 -- Owners and Contractors Protective Liability Coverage Form**
**CG 00 37 -- Products/Completed Operations Liability Coverage Form (Occurrence Version)**

Editorial changes have been made to these policies by separately labeling and including appropriate lettering/numbering for each of the two Supplementary Payments provisions.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS -- ENDORSEMENTS

**CG 21 49 -- Total Pollution Exclusion Endorsement**
**CG 21 55 -- Total Pollution Exclusion With A Hostile Fire Exception**
**CG 22 64 -- Pesticide or Herbicide Applicator Coverage**
**CG 22 73 -- Exclusion - Oil or Gas Producting Operations**
**CG 24 15 -- Limited Pollution Liability Extension Endorsement**

These endorsements have been revised to reflect the changes made to the pollution exclusion in the General Liability Coverage Forms.

**CG 21 40 -- Coverage B - Personal Injury Liability Only (Advertising Injury Liability Not Included) (Occurrence Version)**

These endorsements are being withdrawn from the multistate program because the "personal injury" and "advertising injury" definitions are being combined.

Due to the withdrawal of these endorsements, the option to exclude only advertising injury offenses without excluding personal injury offenses is no longer available.

**CG 21 45 -- Exclusion - Damage To Premises Rented To You**

The title has been changed to Exclusion - Damage to Premises Rented To You to be consistent with the changes made in the underlying Commercial General Liability (CGL).

**CG 22 37 Exclusion - Products And Professional Services (Optical And Hearing Aid Establishments)**
**CG 22 65 Optical and Hearing Aid Establishments (For use with CGL policies)**

These endorsements are revised to more closely reflect the wording of the Products Liability exclusion contained in the Optometrists Professional Liability Coverage Form PR 00 11 12 97.

**CG 22 32 Exclusion - Professional Services - Blood Banks Endorsement**

This endorsement is revised to provide for consistency of wording with the coverage afforded under PR 00 07 12 07, Blood Banks Professional Liability Coverage Form.

**CG 22 71 -- Colleges or Schools (Limited Form)**
**CG 22 72 -- Colleges or Schools**

Paragraph B.2., adds an athletic or sports exclusion and will apply regardless of whether the insured school has a stadium, has been added to these endorsements. While an exclusion is added to this form, this is a clarification because how your coverage is restricted depends on if the school has a stadium. Coverage will not be restricted if the school has a stadium, because while CG 21 01 Exclusion - Athletic or Sports Participants will no longer apply for college or school risks, CG 22 71 and CG 22 72 will apply to these school risks.

**0143**

Copyright, Insurance Services Office, Inc., 1998          Page 3 of 5

**CG 22 89 -- Exclusion -- Property Damage To Electronic Data (Computer Software Manufacturer)**

This endorsement has been clarified by adding additional language to clarify the definition of "insured contract" with respect to the manufacturing or development of computer software programs.

**CG 24 09 -- Governmental Subdivisions**

This reference to the definition of "mobile equipment" in this endorsement has been renumbered from definition 11. to definition 12.

**CG 24 10 -- Excess Provision - Vendors**

This endorsement is revised to include the Commercial General Liability Coverage Part as an applicable line of business again.

**CG 25 01 -- Amendment of Limits of Insurance (Designated Project or Premises) (for use with the CGL)**
**CG 25 02 -- Amendment of Limits of Insurance (for use with the CGL)**

These endorsements have been revised for consistency with the changes made to the Commercial General Liability (CGL) policy. The reference Fire Damage coverage has been changed to Damage To Premises Rented To You coverage and the limit reference has been changed from any one fire limit to any one premises limit.

**CG 25 11 -- Amendment of Limits of Insurance (Designated Project or Premises)**

This endorsement has been introduced (for use with the OCP) to provide a way to replace the limits shown in the Declarations of the OCP policy with the limits designated in the Schedule of the endorsement for the project or premises designated in the endorsement.

**CG 28 05 Personal Injury Liability**

This endorsement has been modified to reflect the changes to Coverage B, Personal And Advertising Injury Liability in the Commercial General Liability Coverage Form.

**CG 28 07 Principals Protective Liability Coverage**

This endorsement is revised to be consistent with the changes in CG 00 09, Owners and Contractors Protective Liability Coverage Form.

**CG 28 31 Pollution Exclusion Amendment Endorsement**

This endorsement is revised to provide for consistency with the changes made to the pollution exclusion.

**CG 20 07 -- Additional Insured - Engineers, Architects, Or Surveyors**
**CG 20 12 -- Additional Insured - State Or Political Subdivisions - Permits**
**CG 20 21 -- Additional Insured - Volunteer Workers**
**CG 20 22 -- Additional Insured - Church Members, Officers And Volunteer Workers**
**CG 20 32 -- Additional Insured - Engineers, Architects Or Surveyors Not Engaged By The Named Insured**
**CG 20 33 -- Additional Insured - Owners, Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You**
**CG 21 00 -- Exclusion - All Hazards In Connection With Designated Premises**
**CG 21 16 -- Exclusion - Designated Professional Services**
**CG 21 17 -- Exclusion - Movement Of Buildings, Or Structures**
**CG 21 44 -- Limitation Of Coverage To Designated Premises Or Project**
**CG 21 46 -- Abuse Or Molestation Exclusion**

0144

Copyright, Insurance Services Office, Inc., 1998

AFP-META2-11-PRINT001-1304-0012-D

6-4511
(12-98)

CG 21 47 -- Employment-Related Practices Exclusion
CG 21 52 -- Exclusion - Financial Services
CG 21 56 -- Exclusion - Funeral Services
CG 21 57 -- Exclusion - Counseling Services
CG 21 58 -- Exclusion - Professional Veterinarian Services
CG 21 59 -- Exclusion - Diagnostic Testing Laboratories
CG 22 24 -- Exclusion - Inspection, Appraisal And Survey Companies
CG 22 30 -- Exclusion - Corporal Punishment
CG 22 31 -- Exclusion - Riot, Civil Commotion Or Mob Action - Governmental Subdivisions
CG 22 33 -- Exclusion - Testing Or Consulting Errors And Omissions
CG 22 34 -- Exclusion - Construction Management Errors And Omissions
CG 22 36 -- Exclusion - Products And Professional Services (Druggists)
CG 22 37 -- Exclusion - Products And Professional Services (Optical and Hearing Aid Establishments)
CG 22 38 -- Exclusion - Fiduciary Or Representative Liability Of Financial Institutions
CG 22 39 -- Exclusion - Camps Or Campgrounds
CG 22 43 -- Exclusion - Engineers, Architects Or Surveyors Professional Liability
CG 22 44 -- Exclusion - Services Furnished By Health Care Providers
CG 22 45 -- Exclusion - Specified Therapeutic Or Cosmetic Services
CG 22 48 -- Exclusion - Insurance And Related Operations
CG 22 51 -- Exclusion - Law Enforcement Activities
CG 22 56 -- Exclusion - Injury To Volunteer Firefighters
CG 22 60 -- Limitation Of Coverage - Real Estate Operations
CG 22 65 -- Optical And Hearing Aid Establishments
CG 22 69 -- Druggists
CG 22 71 -- Colleges Or Schools (Limited Form)
CG 22 72 -- Colleges Or Schools
CG 22 74 -- Limited Contractual Liability Coverage For Personal And Advertising Injury
CG 22 75 -- Professional Liability Exclusion - Computer Software
CG 22 76 -- Professional Liability Exclusion - Health Or Exercise Clubs
CG 22 77 -- Professional Liability Exclusion - Electronic Data Processing
CG 22 79 -- Exclusion - Contractors - Professional Liability
CG 22 80 -- Limited Exclusion - Contractors - Professional Liability
CG 22 87 -- Exclusion - Adult Day Care Centers
CG 22 88 -- Professional Liability Exclusion - Electronic Date Processing Exclusion and Computer Consulting
         Or Programming Service
CG 22 90 -- Professional Liability Exclusion - Spas Or Personal Enhancement Facilities
CG 22 91 -- Exclusion - Telecommunication Equipment Or Service Providers Errors And Omissions
CG 24 11 -- Fiduciaries - Fiduciary Interest

Editorial changes have been made to these endorsements to reflect the combined definition of "personal and advertising injury."

Copyright, Insurance Services Office, Inc., 1998

0145

AFP-META2-11-PRINT001-1304-0013-0

**SAFECO®**   **HOW TO SAVE MONEY AT AUDIT TIME**    6-4578
(2-00)

**When, and why is an audit necessary?**  An audit is necessary after the expiration of a policy which has a variable premium base, such as payroll or sales. It is necessary to determine the correct exposure or premium base for the insurance coverage provided.

The original premium on this policy was an estimated premium. The final audit determines the actual premium. When actual exposures differ from estimated exposures, an adjustment must be made to the premium of the expired policy.

**How should your records be kept?**  Proper record keeping will permit the auditor to apply any allowable credits to your final premium. When the auditor requests payroll information, this means remuneration. Remuneration means money or any substitute for money.

To obtain proper credits, your books should reflect the following:

Overtime: In most states the amount paid in excess of straight-time pay can be deducted if the excess can be verified in your records. You must show overtime pay separately by employee and in summary by classification of work. If this is done, the auditor will be able to make deductions from your payrolls.

**Without the proper breakdown, no overtime deduction can be made.**

Division of Payroll: Generally, a division of an individual employee's payroll to more than one classification is not allowed, except for construction or erection workers.  In these cases, the payroll may be allocated to each type of work performed if proper records are kept. Your records must show the number of hours and amount of payroll for each type of work. Without an adequate breakdown, the full payroll must be charged to the highest-rated classification.

If you are a contractor and your exposure is based on the number of employees (Ultra Contractors Policy), it will be necessary for the auditor to determine the actual number of days that each employee worked during the policy term. This is required to assure that your policy premium will adequately reflect the actual exposures.

Subcontractors:

All subcontractors that you use must provide you with current certificates of insurance proving they have General Liability insurance as well as Workers' Compensation insurance for the time that work is performed. If American States Business Insurance is providing your general liability coverage, the limit of liability required by each of your subcontractors is a minimum of $100,000 of coverage or at least 50 percent of your liability insurance policy limits - whichever is less.

**If the certificates of insurance are not available for review, the subcontractor amounts must be treated as payroll and appropriate premium charges will be made.**

Sales Records: If your policy is based upon gross sales, the records need to be separated by location in order for us to be able to rate your policy properly. There are some allowable deductions from the total sales. These include:

- Sales and excise taxes collected and submitted to a government division.

- Credits for repossessed and returned products, including allowances for spoiled and damaged goods.

- Royalty income from patent rights or copyrights which are not product sales.

- Freight charges on sales, if freight is charged as a separate item on the customer's invoice.

**Note: If an audit is needed, the above information represents the general rules that are in effect in most jurisdictions. There are exceptions to these rules that may apply in your state. We suggest that you discuss your particular situation with your agent.**

0146

**SAFECO**

## Advisory Notice to Policyholders

Your commercial policies have been updated to provide the greatest possible protection at an affordable price. The most significant changes are highlighted below. Some language has also been clarified without a change in coverage. Not every form, coverage or endorsement discussed here may be applicable to your particular policy. For a complete understanding of the changes, please read your policy carefully. If you have any questions, your independent agent will be happy to assist you. *No coverage is provided by this summary, nor does it replace any provision of your policy. If your policy and this summary conflict, the policy prevails.*

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer!

## Your Commercial General Liability Coverage

**CHANGE IN TERMS**                                                                         6-4045 (10-01)

The Lead Exclusion CG8628 will now be attached to your general liability policy. Please review this form carefully.

0147

**SAFECO®** YOUR COMMERCIAL GENERAL LIABILITY COVERAGE

6-4627
(12-00)

<u>Changes in Terms</u>

The Lead Exclusion CG 86 28 is now attached to your General Liability policy.

Please review this form carefully.



INDIANAPOLIS, INDIANA

**ULTRA SERIES PACKAGE POLICY**

| | |
|---|---|
| NAMED INSURED AND MAILING ADDRESS | WALTER BECK CORPORATION DBA RAINBOW INN PO BOX 362 LEWIS RUN, PA 16738 |

| RENEWAL DECLARATIONS |
|---|

**POLICY NUMBER**   02-CC-771900-7
RENEWAL OF      02-CC-771900-6      O4-97

SEE NAMED INSURED EXTENSION

AGENT NAME AND ADDRESS   SUNDAHL & CO  INSURANCE
723 EAST MAIN STREET
P O BOX 368
BRADFORD, PA 16701
37-78700        (814) 368-3139

POLICY PERIOD FROM **04-23-03** TO **04-23-04** 12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.



THE TOTAL ESTIMATED PREMIUM FOR THE POLICY TERM IS        $4,420.00.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #710-1974-308-01.
THIS POLICY IS SUBJECT TO A FINAL AUDIT.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.



| | |
|---|---:|
| COMMERCIAL PROPERTY COVERAGE PART  ................. $ | 3,888.00 |
| COMMERCIAL LIABILITY COVERAGE PART  ................. $ | 522.00 |
| | 4,410.00 |
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM  .................. $ | 10.00 |
| TOTAL POLICY PREMIUM  .................. $ | 4,420.00 |

_____   BY   _____
(DATE)                            (AUTHORIZED REPRESENTATIVE)

9-CC(0887)

| | COMPANY USE ONLY | | 0149 |
|---|---|---|---|
| HARTFORD | 21 (BOBKCB) | INSURED COPY | PREPARED O6-11-O3 |

AFP-META2-11-PRINT001-1304-0023-D

AMERICAN ECONOMY INSURANCE COMPANY
INDIANAPOLIS, INDIANA

**POLICY NUMBER:** 02-CC-771900-7

The following is a complete list of the named insureds:

WALTER BECK CORPORATION
DBA RAINBOW INN

9-CC(0887)

COMPANY USE ONLY

HARTFORD          21  (BOBKRO)  PREPARED  O6-11-O3                      0150

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP    1

NAMED INSURED:  WALTER BECK CORPORATION              POLICY NUMBER:  02-CC-771900-7

### FIRE COVERAGES PROVIDED

PREMISES    1   ADDRESS: ROUTE 59
------------                  LAFAYETTE TS, PA 16735

BUILDING    1   AMERICAN ECONOMY INSURANCE COMPANY
------------        CONSTRUCTION:  FRAME
                    OCCUPANCY:     RESTAURANT

| BUILDING @ | | | | | DEDUCTIBLE: $    250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $    221,300 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | 1.411 .002 | $   3,123.00 4.00 |

| PERSONAL PROPERTY OF INSURED @ | | | | | DEDUCTIBLE: $    250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $     55,700 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | 1.225 .002 | $     683.00 1.00 |

BUILDING    2   AMERICAN ECONOMY INSURANCE COMPANY
------------        CONSTRUCTION:  FRAME                           NUMBER OF UNITS:    1
                    OCCUPANCY:     RESTAURANT

| BUILDING @ | | | | | DEDUCTIBLE: $    250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $     14,000 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | .309 .002 | $      44.00 1.00 |

| PERSONAL PROPERTY OF INSURED @ | | | | | DEDUCTIBLE: $    250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $      7,030 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | .538 .002 | $      38.00 1.00 |

OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

MORTGAGE HOLDER          NATIONAL CITY BANK
                         OF PENNSYLVANIA
                         71 MAIN STREET
                         BRADFORD, PA 16701

LOSS PAYEE               NATIONAL CITY BANK
    CLAUSE:              OF PENNSYLVANIA
                         71 MAIN STREET
                         BRADFORD, PA 16701
                         CONTENTS

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP    2


NAMED INSURED:  WALTER BECK CORPORATION            POLICY NUMBER:  02-CC-771900-7
ABBREVIATIONS AND SYMBOL DEFINITIONS:
    @  REPLACEMENT COST APPLIES
              COMMERCIAL PROPERTY TOTAL                    $    3,895.00

A PREMIUM OF $    7.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED
ACTS OF TERRORISM. A PORTION OF THIS PREMIUM INCLUDES FIRE LOSSES FROM
CERTIFIED ACTS OF TERRORISM AS REQUIRED BY CERTAIN STATES.


THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

    IL0935(0701)  -  EXCL OF CERTAIN COMPUTER-RELATED LOSSES
    IL0017(1198)  -  COMMON POLICY CONDITIONS
    CP0090(0788)  -  COMMERCIAL PROPERTY CONDITIONS
    IL0910(0181)  -  PENNSYLVANIA NOTICE
    IL0246(0900)  -  PENNSYLVANIA CHANGES - CANCELLATION
    IL7201(0392)  -  COMPANY COMMON POL CONDITIONS
    IL0172(1193)  -  PENNSYLVANIA CHANGES
    CP0010(1000)  -  BLDG & PERS PROP COV FORM
    CP1030(1000)  -  CAUSES OF LOSS - SPECIAL FORM
    CP1218(0695)  -  LOSS PAYABLE PROVISIONS
    CP7585(1000)  -  RESTAURANT ULTRA PROP PLUS
    CP7586(0693)  -  PROTECTIVE SAFEGUARDS ENDT
    CP7587(0993)  -  RESTAURANT SPOILAGE COVERAGE
    IL0952(1102)  -  CERT ACTS OF TERRORISM - CAP ON LOSSES



9-CC(CP)(0787)    HARTFORD         (BOBKR)      PREPARED  06-11-03 CMD40 SEQ.0001
                                                                        0152

COMMERCIAL LIABILITY COVERAGE PART    DECLARATIONS                    PAGE CG    1

NAMED INSURED:  WALTER BECK CORPORATION              POLICY NUMBER:  02-CC-771900-7

FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

----------------------------------------------------------------
                 L I M I T S   O F   I N S U R A N C E
----------------------------------------------------------------
COMMERCIAL GENERAL LIABILITY
    GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)  $   500,000
    PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                       $   500,000
    PERSONAL AND ADVERTISING INJURY LIMIT                               $   500,000
    EACH OCCURRENCE LIMIT                                               $   500,000
    DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISE)                  $   200,000
    MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                              $    10,000
----------------------------------------------------------------

    LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:

    1. ROUTE 59
       LAFAYETTE TS,PA 16735

----------------------------------------------------------------

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|------|------------------------------|----------|------|---------|
| | COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
| | ** LOCATION # 1 ** | | | |
| 16816 | RESTAURANTS - WITH SALES OF ALCOHOLIC BEVERAGES THAT ARE LESS THAN 75% OF THE TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS - WITHOUT DANCE FLOOR | | | |
| | GROSS SALES (PER $1,000) | 60,000 | 4.8020 | $   288.00 |
| 63010 | DWELLINGS - ONE-FAMILY (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | |
| | (PER DWELLING) | 1 | 60.6250 | 61.00 |
| | COMMERCIAL GENERAL LIABILITY PRODUCTS-COMPLETED OPERATIONS | | | |
| | ** LOCATION # NA ** | | | |
| 16816 | RESTAURANTS - WITH SALES OF ALCOHOLIC BEVERAGES THAT ARE LESS THAN 75% OF THE TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS - WITHOUT DANCE FLOOR | | | |
| | GROSS SALES (PER $1,000) | 60,000 | .6020 | 36.00 |
| | TO MEET COVERAGE MINIMUM | | | 137.00 |

    PREMIUM ADJUSTMENTS:

        CERTIFIED ACTS OF TERRORISM                          $     3.00
                                                             -----------
        COMMERCIAL LIABILITY TOTAL                           $   525.00

9-CC(CG) (1298)HARTFORD              (BOBKR)         PREPARED   06-11-03 CMD40 SEQ.0001

AFP-META2-11-PRINT001-1304-0031-0

COMMERCIAL LIABILITY COVERAGE PART   DECLARATIONS                    PAGE CG  -LAST

NAMED INSURED:  WALTER BECK CORPORATION              POLICY NUMBER:  02-CC-771900-7

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

```
IL0017(1198)  -  COMMON POLICY CONDITIONS
IL0021(0498)  -  NUCLEAR ENERGY LIABILITY ENDORSEMENT
CG0001(1001)  -  COMMERCIAL GEN LIAB COV FORM
CG7635(1001)  -  LIABILITY PLUS ENDORSEMENT
IL0246(0900)  -  PENNSYLVANIA CHANGES - CANCELLATION
IL0910(0181)  -  PENNSYLVANIA NOTICE
9-5557(0999)  -  UMBRELLA STUFFER - HARTFOR
CG2407(0196)  -  PROD/COMPL OPERATIONS HAZA
IL7201(0392)  -  COMPANY COMMON POL CONDITIONS
CG8613(1001)  -  EXCLUSION ASBESTOS
CG2147(0798)  -  EMPLOYMENT-RELATED PRACTICES EXCL
CG2170(1102)  -  CAP ON LOSSES-CERTIFIED ACTS OF TERRORIS
CG8628(1001)  -  LEAD EXCLUSION
CG8657(0302)  -  FUNGI OR BACTERIA EXCLUSION
```

 **SAFECO®**　　COMMERCIAL PROPERTY CONDITIONS　　CP 00 90 07 88

COMMERCIAL PROPERTY

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

### B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

### F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

### I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

   a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   b. With respect to replacement cost on the personal property of others, the following limitation applies:

   If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

H. **Definitions**

   1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   2. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**S A F E C O®**

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CP 00 10 10 00

COMMERCIAL PROPERTY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.- Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;
(2) Fixtures, including outdoor fixtures;
(3) Permanently installed:

   (a) Machinery and
   (b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

   (a) Fire extinguishing equipment;
   (b) Outdoor furniture;
   (c) Floor coverings; and
   (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

   (a) Additions under construction, alterations and repairs to the building or structure;
   (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your

Business Personal Property - Separation of Coverage form:

(1) Furniture and fixtures;
(2) Machinery and equipment;
(3) "Stock";
(4) All other personal property owned by you and used in your business;
(5) Labor, materials or services furnished or arranged by you on personal property of others;
(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   (a) Made a part of the building or structure you occupy but do not own; and
   (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and
(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

### 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;



d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; and

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

Copyright, Insurance Services Office, Inc., 1999



CP 00 10 10 00

COMMERCIAL PROPERTY

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)** Examples

The following examples assume that there is no coinsurance penalty.

**Example # 1**

| | |
|---|---:|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000-$500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of paragraph **(3)**.

**Example # 2**

| | |
|---|---:|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |

| | |
|---|---:|
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense is $20,500; $9,500 of the debris removal expense is not covered.



**b.** **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

Copyright, Insurance Services Office, Inc., 1999

0159

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same time or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the

Copyright, Insurance Services Office, Inc., 1999

AEP META2 11-PRINT001-1304-0038-I

increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**5.  Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.  Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

Copyright, Insurance Services Office, Inc., 1999

0161

b. **Personal Effects And Property Of Others.**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records - Cost Of Research.**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

d. **Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition;

(3) The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

0162

CP 00 10 10 00

COMMERCIAL PROPERTY

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Bldg. 1: | $60,000 |
| Limit of Insurance - Bldg. 2: | $80,000 |
| Loss to Bldg. 1: | $60,100 |
| Loss to Bldg. 2: | $90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
-250
$59,850   Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1: $70,000

(exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2: $90,000

(exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1: $60,000

(Limit of Insurance)

Loss Payable - Bldg. 2: $80,000

(Limit of Insurance)

Total amount of loss payable: $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

Copyright, Insurance Services Office, Inc., 1999

0163

COMMERCIAL PROPERTY

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn

Copyright, Insurance Services Office, Inc., 1999

AFP-META2-11-PRINT001-1304-0042-D

CP 00 10 10 00

COMMERCIAL PROPERTY

proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**5.   Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.   Vacancy**

   **a.   Description Of Terms**

      (1)   As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:



         (a)   When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

         (b)   When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

            (i)   Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

            (ii)   Used by the building owner to conduct customary operations.

      (2)   Buildings under construction or renovation are not considered vacant.

   **b.   Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1)   We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

   (a)   Vandalism;

   (b)   Sprinkler leakage, unless you have protected the system against freezing;

   (c)   Building glass breakage;

   (d)   Water damage;

   (e)   Theft; or

   (f)   Attempted theft.

(2)   With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.   Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:



   **a.**   At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

   **b.**   If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

   (1)   Awnings or floor coverings;

   (2)   Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

   (3)   Outdoor equipment or furniture.

   **c.**   "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

   **d.**   Glass at the cost of replacement with safety glazing material if required by law.

   **e.**   Tenant's Improvements and Betterments at:

   (1)   Actual cash value of the lost or damaged property if you make repairs promptly.

   (2)   A proportion of your original cost if you do not make repairs promptly. We will

Copyright, Insurance Services Office, Inc., 1999

0165

determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

F. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | | |
|---|---|---|
| The value of the property is | | $250,000 |
| The Coinsurance percentage for it is | | 80% |
| The Limit of Insurance for it is | | $100,000 |
| The Deductible is | | $250 |
| The amount of loss is | | $40,000 |

Step (1): $250,000 X 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 X .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | | |
|---|---|---|
| The value of the property is | | $250,000 |
| The Coinsurance percentage for it is | | 80% |
| The Limit of Insurance for it is | | $200,000 |
| The Deductible is | | $250 |
| The amount of loss is | | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of property is: | |
|---|---|---|
| | Bldg. at Location No. 1 | $75,000 |
| | Bldg. at Location No. 2 | $100,000 |
| | Personal Property at Location No. 2 | $75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance | |

Copyright, Insurance Services Office, Inc., 1999

AFP-META2-11-PRINT001-1304-0044-D

CP 00 10 10 00

COMMERCIAL PROPERTY

for Buildings and Personal Property at Location Nos. 1 and 2 is                     $180,000
the Deductible is                     $1,000
The amount of loss is:
Bldg. at Location No. 2                     $30,000
Personal Property at Location No. 2                     $20,000
_____
$50,000

Step (1): $250,000 X 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $ 50,000 X .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have

failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

Copyright, Insurance Services Office, Inc., 1999

0167

2. **Inflation Guard**

   a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be :

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

   **Example:**

   | If: | The applicable Limit of Insurance is | $100,000 |
   |---|---|---|
   | | The annual percentage increase is | 8% |
   | | The number of days since the beginning of the policy year (or last policy change) is | 146 |

   The amount of increase is
   $100,000 X .08 X 146 ÷ 365 =
   $3,200

3. **Replacement Cost**

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Manuscripts;

      (4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (5) "Stock", unless the Including "Stock" option is shown in the Declarations.

   Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   With respect to tenants' improvements and betterments, the following also apply:

      (3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

      (4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

   e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

      (1) The Limit of Insurance applicable to the lost or damaged property;

      (2) The cost to replace the lost or damaged property with other property:

         (a) Of comparable material and quality; and

         (b) Used for the same purpose; or

      (3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

   If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law

Copyright, Insurance Services Office, Inc., 1999

AFP-META2-11-PRINT001-1304-00

**SAFECO®**    **CAUSES OF LOSS - SPECIAL FORM**    CP 10 30 10 00

COMMERCIAL PROPERTY

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.



COMMERCIAL PROPERTY

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

Exclusions **B.1.a.** through **B.1.g.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or

CP 10 30 10 00

COMMERCIAL PROPERTY

passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss, we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, I., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

Copyright, Insurance Services Office, Inc., 1999

0171



CP 10 30 10 00

COMMERCIAL PROPERTY

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(6) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.**, Ordinance or Law;

(b) Paragraph **B.1.c.**, Governmental Action;

(c) Paragraph **B.1.d.**, Nuclear Hazard;

(d) Paragraph **B.1.e.**, Utility Services; and

(e) Paragraph **B.1.f.**, War and Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C. **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any

condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording or storage media. Valuable papers and records do not include prepackaged software programs.

b. Animals, and then only if they are killed or their destruction is made necessary.

c. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

d. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

D. **Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D.1. through D.5. below.

1. With respect to buildings:

a. Collapse means an abrupt falling down or caving in of a building or any part of a

COMMERCIAL PROPERTY

building with the result that the building or part of the building cannot be occupied for its intended purpose;

b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in 2.a. through 2.e., we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in 2.a., 2.d. and 2.e.

3. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in D.2.b. through D.2.f., we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in 3. above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. Additional Coverage Extensions

1. Property In Transit

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Copyright, Insurance Services Office, Inc., 1999

AFP-META2-11-PRINT001-1304-0054-D

 **SAFECO**

**RESTAURANT
ULTRA PROPERTY PLUS**

CP 75 85 10 00

COMMERCIAL PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**SECTION A.** BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  The following items are amended as shown.  All other text and provisions of the indicated item remain as written in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM or CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM.

| Description of the item with amended material: | Section | The most we will pay is increased to: |
|---|---|---|
| Debris Removal | A.4.a.(4) | $25,000 |
| Fire Department Service Charge | A.4.c. | Actual loss sustained |
| Newly Acquired or Constructed Property: | | |
| * (1)  Building | A.5.a (1) | $500,000 |
| + (2)  Your Business Personal Property | A.5.a.(2) | $250,000 |
| (3)  Insurance will end: "30 days" is replaced by "180 days" | A.5.a.(3)(b) | |
| Personal Effects and Property of Others: | | |
| (1)  Personal Effects owned by you, your officers, your partners or members, your managers or employees | A.5.b (1) | $10,000 for property belonging to any one person $20,000 per occurrence |
| (2)  Personal Property of Others in your care, custody or control | A.5.b(2) | $10,000 for property belonging to any one person or entity $20,000 per occurrence |
| Valuable Papers and Records - Cost of Research | A.5.c. | $25,000 |
| Property Off Premises | A.5.d.(3) | $25,000 |
| Outdoor Property: The listed causes of loss are replaced by "specified causes of loss". | A.5.e. | $10,000, but not more than $500 on any one tree, shrub or plant |
| Limits of Insurance - outdoor signs attached to buildings | C. | $7,500 |

2.  The following Coverage Extensions are added:

| Description | Section | The most we will pay is: |
|---|---|---|
| Computers and Software - You may extend the insurance that applies to Your Business Personal Property to apply to owned computers and software which are used in your business that are temporarily off premises. This extension applies to Covered Property:<br><br>(1)  In or on a vehicle;<br>(2)  In the care, custody or control of your sales person; or<br>(3)  At any fair or exhibition. | A.5.g. | $2,500 |

\*   Not applicable to the Condominium Commercial Unit-Owners Coverage Form.
\+   Section is amended to read A.5.a.(1) on the Condominium Commercial Unit-Owners Coverage Form.

0175

CP 10 30 10 00

COMMERCIAL PROPERTY

b.    Loss or damage must be caused by or result from one of the following causes of loss:

(1)    Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2)    Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3)    Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c.    The most we will pay for loss or damage under this Extension is $5000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.    Water Damage, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3.    Glass**

a.    We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b.    We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **E.3.**, does not increase the Limit of Insurance.

**F.    Definitions**

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1.    Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a.    The cost of filling sinkholes; or

b.    Sinking or collapse of land into man-made underground cavities.

2.    Falling objects does not include loss or damage to:

a.    Personal property in the open; or

b.    The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3.    Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Copyright, Insurance Services Office, Inc., 1999

CP 10 30 10 00

AEP META2 11 PRINT001-1304-0055-D

CP 75 85 10 00

COMMERCIAL PROPERTY

| Description | Section | The most we will pay is: |
|---|---|---|
| Inflation Guard - If a separate Building Limit of Insurance is shown in the Declarations, the amount of insurance available for loss or damage to your Building is 110% of the limit shown. | A.5.h. | |
| Lawn Coverage - You may extend the insurance that applies to Building to apply to your lawns on which the property is located. The lawn exclusion in A.2.h. does not apply to this Extension of Coverage. | A.5.i. | $2,000 at each described premises |
| Money and Securities - You may extend the insurance that applies to Your Business Personal Property to apply to money and securities. The money and securities exclusion in A.2.a. does not apply to this Extension of Coverage. No deductible applies to this Extension of Coverage. | A.5.j. | $500 |
| Seasonal Increase - If a separate Business Personal Property Limit of Insurance is shown in the Declarations, the amount of insurance available for loss or damage to Your Business Personal Property is 125% of the limit shown, but only if the limit shown is at least 100% of your average monthly Business Personal Property values during the lesser of: (1) The 12 months immediately preceding the date of loss; or (2) The period of time you have been in business as of the date the loss or damage occurs. | A.5.k. | |
| Proximity Limitation - The proximity limitation found anywhere in the Commercial Property Coverage Part is broadened from "within 100 feet" of the described premises, to "within 1000 feet" of the described premises. | A.5.l. | |



**Credit Card Coverage (Section A.5.m.)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to:

    (a) Amounts due from the payors of credit card receipts that you are unable to collect, and

    (b) Collection charges in excess of your normal collection expenses that are made necessary by the loss or damage to your records of credit card receipts.

This extension applies only if loss or damage is caused by a Covered Cause of Loss.

(2) Exclusions

The following additional exclusions apply to this extension:

    (a) Alteration, falsification, concealment or destruction of records of credit card charges done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    (b) Bookkeeping, accounting or billing errors or omissions.

    (c) Electrical or magnetic injury, disturbance or erasure of electronic recordings.

    (d) Unauthorized instruction to transfer property to any person or to any place.

We will not pay for any loss that requires any audit of records or any inventory computation to prove its factual existence.

0177

CP 75 85 10 00

COMMERCIAL PROPERTY

    (3)  Valuation

        (a)  If you cannot accurately establish the amount of credit card receipts outstanding as of the time of loss, the following method will be used:

            (i)  Determine the total of the average monthly amounts of credit card receipts for the 12 months immediately preceding the month in which the loss occurs; and

            (ii)  Adjust that total for any normal fluctuations in the amount of credit card receipts for the month in which the loss occurred or for any demonstrated variance from the average for that month.

        (b)  The following will be deducted from the total amount of credit card charges, however that amount is established:

            (i)  The amount of the credit card receipts for which there is no loss; and

            (ii)  The amount of the credit card receipts that you are able to re-establish or collect.

    (4)  Limit of Insurance

        The most we will pay under this Extension of Coverage is $2,500.

3.   The following Additional Coverages are added. The limit provided for each Additional Coverage is in addition to the Limits of Insurance:

| Description | Section | The most we will pay is: |
|---|---|---|
| Arson Reward - We will pay an arson reward for information which leads to an arson conviction for loss or damage covered by this policy. This limit applies per occurrence, regardless of the number of persons providing information. No deductible applies to this Additional Coverage | A.4.f. | $5,000 |
| Fire Extinguisher Recharge - We will pay up to this amount for your expense of recharging portable fire extinguishers used to fight a fire at the premises described in the Declarations or at immediately adjacent premises which expose your property to loss. No deductible applies to this Additional Coverage. | A.4.g. | Actual loss sustained |
| Fire Suppression System Recharge - We will pay up to this amount for your expense of recharging the automatic fire suppression system installed to protect the cooking surfaces and exhaust ductwork on your premises, when it has discharged to extinguish a fire. No deductible applies to this Additional Coverage. | A.4.h. | $2,500 |
| Money Orders and Counterfeit Paper Currency - We will pay up to this amount in any one occurrence for loss caused by your accepting in good faith:<br>(1) Any post office or express money orders which are not paid upon presentation; or<br>(2) Counterfeit paper currency;<br>in exchange for merchandise, services or money.<br>No deductible applies to this Additional Coverage. | A.4.i. | $1,000 |

**Accounts Receivable (Section A.4.j.)**

(1)  We will pay:

    (a)  All amounts due from your customers that you are unable to collect;

    (b)  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

    (c)  Collection expenses in excess of your normal collection expenses that are made necessary by "loss" or damage; and

    (d)  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

0178

AFR-META2-11-PRINT001-1304-005

CP 75 85 10 00

COMMERCIAL PROPERTY

that result from direct physical "loss" or damage by any Covered Causes of Loss to your records of accounts receivable.

(2) Exclusions

  (a) Section B. Exclusions of the Causes of Loss - Special Form does not apply to this Accounts Receivable coverage, except for:

    (i) Paragraph B.1.c., Governmental Action;

    (ii) Paragraph B.1.d., Nuclear Hazard; and

    (iii) Paragraph B.1.f., War and Military Action.

  (b) We will not pay for "loss" or damage caused by or resulting from any of the following:

    (i) Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment. But this exclusion does not apply to a carrier for hire.

    (ii) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    (iii) Bookkeeping, accounting or billing errors or omissions.

    (iv) Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we will pay for direct "loss" or damage caused by lightning.

    (v) Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

    (vi) Unauthorized instructions to transfer property to any person or to any place.

  (c) We will not pay for "loss" or damage that requires any audit of records or any inventory computation to prove its factual existence.

  (d) We will not pay for "loss" or damage caused by or resulting from any of the following. But if a "loss" or damage by a Covered Cause of Loss results, we will pay for that resulting "loss" or damage.

    (i) Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph A.4.j.(2)(a) above to produce the "loss" or damage.

    (ii) Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    (iii) Faulty, inadequate or defective:

      (a) Planning, zoning, development, surveying, siting;

      (b) Design, specifications, workmanship, repair, construction, renovation or remodeling, grading, compaction;

      (c) Materials used in repair, construction, renovation or remodeling; or

      (d) Maintenance;

      of part or all of any property on or off the described premises.

(3) Preservation of Records

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of "loss" or damage, we will pay for "loss" or damage while they are:

  (a) At a safe place away from the described premises; or

  (b) Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance.

(4) Limits of Insurance

The most we will pay for "loss" or damage in any one occurrence is $25,000. For Accounts Receivable not at any premises described in this policy, the most we will pay is $1,000.

(5) Insurance Under Two or More Coverages

If two or more of this policy's coverages apply to the same "loss", we will not pay more than the actual amount of "loss".

0179

** (6) Determination of Receivables

Loss Condition 7. Valuation is replaced by the following:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss", the following method will be used:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and

(ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no "loss";

(ii) The amount of the accounts that you are able to re-establish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

(7) The provisions of this Additional Coverage are superseded by CM 00 66 Accounts Receivable Coverage Form, if attached to and made a part of this policy.

### Extra Expense (Section A.4.k.)

(1) We will pay the actual and necessary Extra Expense you sustain due to direct physical loss or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 1000 feet, caused by or resulting from any Covered Cause of Loss. If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

(a) All routes within the building to gain access to the described premises; and

(b) Your personal property in the open (or in a vehicle) within 1000 feet.

(2) Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or temporary locations, including:

(a) Relocation expenses; and

(b) Costs to equip and operate the replacement or temporary locations;

(b) To minimize the suspension of business if you cannot continue "operations", or

(c) (i) To repair or replace any property; or

(ii) To research, replace or restore the lost information on damaged valuable papers and records; to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(3) Limits of Insurance

The most we will pay for loss or damage under this Additional Coverage is $25,000.

(4) Insurance Under Two or More Coverages

If two or more of this policy's coverages apply to the same "loss", we will not pay more than the actual amount of "loss".

(5) The provisions of this Additional Coverage are superseded by CP 00 30 Business Income Coverage Form (And Extra Expense) or CP 00 50 Extra Expense Coverage Form, if attached to and made a part of this policy.

### Forgery or Alteration (Section A.4.l.)

(1) We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.

(2) Covered Instruments: checks, drafts, promissory notes or similar written promises, orders or directions to pay a sum certain in "money" that are:

** On the Condominium Commercial Unit - Owners Coverage Form CP 00 18, Loss Condition 8. is the Valuation Condition.

0180

CP 75 85 10 00

COMMERCIAL PROPERTY

    (a)  Made or drawn by or drawn upon you;

    (b)  Made or drawn by one acting as your agent;

    That are purported to have been so made or drawn.

(3)  Covered Causes of Loss: forgery or alteration of, on or in any Covered Instrument.

(4)  Coverage Extension: Legal Expenses

    If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this Additional Coverage.

(5)  Exclusions

    (a)  Section B., Exclusions, of the Causes of Loss - Special Form does not apply to this Forgery or Alteration Coverage, except for:

        (i)    Paragraph B.1.c., Governmental Action;

        (ii)   Paragraph B.1.d., Nuclear Hazard; and

        (iii)  Paragraph B.1.f., War and Military Action.

    (b)  We will not pay for loss caused by or resulting from any of the following:

        (i)    Dishonest or criminal acts committed by any of your "employees", directors or trustees:

            (a)  Whether acting alone or in collusion with other persons; or

            (b)  Whether while performing services for you or otherwise.

        (ii)   Loss that is an indirect result of any act or "occurrence" covered by this insurance, including, but not limited to, loss resulting from:

            (a)  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments;

            (b)  Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

            (c)  Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

        (iii)  Expenses related to any legal action, except as provided in paragraph A.4.l.(4) above.

(6)  Limits of Insurance

    The most we will pay for loss in any one "occurrence" is $5,000.

(7)  Insurance Under Two or More Coverages

    If two or more of this policy's coverages apply to the same loss, we will pay the lesser of:

    (a)  The actual amount of loss; or

    (b)  The sum of the Limits of Insurance applicable to those coverages.

(8)  Loss Sustained During Prior Insurance

    (a)  If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or any predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

        (i)    This insurance became effective at the time of cancellation or termination of the prior insurance; and

        (ii)   The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

    (b)  The insurance under this Condition is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

        (i)    This insurance as of its effective date; or

        (ii)   The prior insurance, had it remained in effect.

(9)  The provisions of this Additional Coverage are superseded by CR 00 03 Forgery or Alteration Coverage Form, if attached to and made a part of this policy.

0181

CP 75 85 10 00

COMMERCIAL PROPERTY

4. The following are added under H. Definitions:

   3. "Employees"

     a. "Employees" means

       (1) Any natural person

         (a) While in your service (and for 30 days after termination of service); and

         (b) Whom you compensate directly by salary, wages, or commissions; and

         (c) Whom you have the right to direct and control while performing services for you; or

       (2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

     b. But "employees" does not mean any

       (1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

       (2) Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

   4. "Loss" means accidental loss or damage.

   5. "Money" means:

     a. Currency, coins and bank notes in current use and having a face value; and

     b. Travelers checks, register checks and money orders held for sale to the public.

   6. "Occurrence" means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

   7. "Operations" means the type of your business activities occurring at the described premises.

   8. "Period of Restoration" means the period of time that

     a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

     b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   "Period of restoration" does not include any increased period required due to the enforcement of any law that regulates the construction, use or repair, or requires the tearing down of any property.

   The expiration date of this policy will not cut short the "period of restoration".

   9. "Specified Causes of Loss" means the following: Fire, lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

     a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

       (1) The cost of filling sinkholes; or

       (2) Sinking or collapse of land into man-made underground cavities.

     b. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

## SECTION B. CAUSES OF LOSS - SPECIAL FORM

The following items are amended as shown. All other text and provisions of the indicated item remain as written in the CAUSES OF LOSS - SPECIAL FORM

| Description of item with amended material: | Section | The most we will pay is: |
|---|---|---|
| EXCLUSIONS - Water that backs up or overflows from a sewer, drain or sump. This exclusion is deleted. The most we will pay as a result of water that backs up or overflows from a sewer, drain or sump is: | B.1.g.(3) | $5,000 at each described premises, or the amount shown for this cause of loss in the Declarations, whichever is greater. |

0182

AFP-META2-11-PRINT001-1304-0062-D

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **S A F E C O®**

### PROTECTIVE SAFEGUARDS ENDORSEMENT

CP 75 86 06 93

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P–8 |

Describe any "P-9":



1. The following is added to the:

   Commercial Property Conditions

   Condominium Commercial Unit-Owners Coverage Conditions

   **PROTECTIVE SAFEGUARDS**

   a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

   b. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System**, including related supervisory services.

   Automatic Sprinkler System means:

   (1) Any automatic fire protective or extinguishing system, including connected:

      (a) Sprinklers and discharge nozzles;
      (b) Ducts, pipes, valves and fittings;
      (c) Tanks, their component parts and supports; and

      (d) Pumps and private fire protection mains.

   (2) When supplied from an automatic fire protective system:

      (a) Non-automatic fire protective systems; and
      (b) Hydrants, standpipes and outlets.

   **"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

   (1) Connected to a central station; or
   (2) Reporting to a public or private fire alarm station.

   **"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

0183

CP 75 86 06 93

**"P-8"  Commercial Cooking Protection** - A U. L. listed automatic fire suppression system installed for the protection of cooking and ventilating equipment, including plenums, exhaust ducts and hood over cooking appliances. The suppression system must be serviced by an independent contractor on a **SEMI ANNUALLY** basis. The ventilating system, including plenums, exhaust ducts, roof vent and hood over cooking appliances must be cleaned by an independent contractor on a **QUARTERLY** basis.

**"P-9"** The protective system described in the Schedule.

2.  The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
STANDARD PROPERTY POLICY
MORTGAGE HOLDERS E & O COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a.  Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b.  Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **SAFECO®**  |  **LOSS PAYABLE PROVISIONS**  |  CP 12 18 06 95

COMMERCIAL PROPERTY

Policy Number: 02-CC-771900-7

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | Description of Property | Loss Payee (Name & Address) | Loss Payable | Lender's Loss Payable | Contract Of Sale |
|---|---|---|---|---|---|---|
| | | | | | | |

*Provisions Applicable*



**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    a. Warehouse receipts;
    b. A contract for deed;
    c. Bills of lading;
    d. Financing statements; or
    e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

    (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;
    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

    All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

Copyright, ISO Commercial Risk Services, Inc., 1994

Page 1 of 2

0185

CP 12 18 06 95

COMMERCIAL PROPERTY

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

D. **CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

Copyright, ISO Commercial Risk Services, Inc., 1994

AFP-META2-11-PRINT001-1304-0

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **SAFECO®**

**ULTRA SERIES RESTAURANT
SPOILAGE COVERAGE**

CP 75 87 09 93

COMMERCIAL PROPERTY

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

The COVERAGE FORM to which this endorsement applies is extended to insure against direct physical loss or damage by the **CAUSES OF LOSS - SPECIAL FORM**, but only with respect to coverage provided by this endorsement.

The most we will pay for "loss" in any one occurrence is $5,000, or the limit shown in the Declarations - whichever is greater.

A. Replace Paragraph **A.1. Covered Property** with the following:

    **1. Covered Property**
    Covered Property means the following type of property for which a Limit of Insurance is shown in the Declarations:

    **"Perishable Stock"** that is:

    **(1)** owned by you or by others that is in your care, custody or control; and

    **(2)** located in or on the building or in the open (or in a vehicle) within 100 feet of the described premises.

    However our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

B. Replace Paragraph **A.3. Covered Causes of Loss** with the following:

    **3. Covered Causes of Loss**
    **a. Breakdown or Contamination,** meaning:

    **(1)** Change in temperature or humidity caused by mechanical breakdown or failure of refrigerating, cooling, or humidity control equipment; and

    **(2)** Contamination by the refrigerant.

    **b. Power Outage,** meaning change in temperature or humidity caused by complete or partial interruption of electrical power due to conditions beyond your control.

C. Paragraph **A.5. Coverage Extensions** does not apply.

D. Replace Paragraph **B. EXCLUSIONS** with the following:

    **B. EXCLUSIONS**

    **1.** Only the following Exclusions contained in paragraph **B.1.** of the **Causes of Loss - Special Form** apply to **Spoilage Coverage:**

    **a. Earth Movement;**

    **b. Government Action;**

    **c. Nuclear Hazard;**

    **d. War and Military Action;** and

    **e. Water.**

    **2.** The following Exclusions are added:

    We will not pay for loss or damage caused by:

    **a.** The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

    **b.** Shutting off electrical power by turning off the switch that controls the flow of electricity.

    **c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

    **(1)** Lack of fuel; or

    **(2)** Governmental order.

    **d.** A power source at the described premises not having enough power to meet demand due to lack of generating capacity.

    **e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

E. Replace Paragraph **E.7. Valuation** with the following:

    We will determine the value of Covered Property in the event of loss or damage as follows:

    **a.** At actual cash value as of the time of loss or damage, except as provided in **b.** below.

    **b.** Finished "perishable stock" or "perishable stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

F. Paragraph **G. Optional Coverages** does not apply.

G. Add the following to paragraph **H. Definitions:**

    **"Perishable Stock"** means personal property:

    **a.** Maintained under controlled conditions for its preservation; and

    **b.** Susceptible to loss or damage if the controlled conditions change.

0187

CP 75 85 10 00

COMMERCIAL PROPERTY

| | | |
|---|---|---|
| LIMITATIONS - Property that is missing. This limitation does not apply to Property of Others. | C.1.e. | |
| LIMITATIONS - Stamps, tickets, including lottery tickets held for sale, and letters of credit, for loss or damage by theft. | C.4.d. | $500 |
| ADDITIONAL COVERAGE EXTENSIONS - Property in Transit | E.1.c. | $25,000 |

**SAFECO**

### COMMERCIAL GENERAL LIABILITY
### COVERAGE FORM

CG 00 01 10 01

COMMERCIAL GENERAL LIABILITY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

### SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is

An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the bodily injury.

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Copyright, ISO Properties, Inc., 2000

01189

AFP-META2-11-PRINT001-1304-0069-D

**b.  Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.  Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statue, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat,

Copyright, ISO Properties, Inc., 2000

AFP-META2-11-PRINT001-130

COMMERCIAL GENERAL LIABILITY

smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a

building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other

COMMERCIAL GENERAL LIABILITY

wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) of f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

Copyright, ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insurance Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of

insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to

AFP-META2-11-PRINT001-1304-0073-D

COMMERCIAL GENERAL LIABILITY

conform with any statement of quality or performance made in your "advertisement".

**h.  Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.  Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

**1.  Insuring Agreement**

**a.**  We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.**  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

Copyright, ISO Properties, Inc., 2000

AFP-META2-11-PRINT001-1304-0074-D

MAR I 4 2005

*Thank you for allowing SAFECO Business Insurance to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*



SAFECO®

0196

AFP-META2-11-PRINT001-1304-0105-0

AFP-META2-11-PRINT001-1304-0104-D

SAFECO®

C 41 11 01 03

## Policyholder Disclosure
## Standard Fire Policy State
## Notice of Terrorism
## Insurance Coverage

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

In accordance with the Terrorism Risk Insurance Act of 2002, we are required to offer you coverage for losses resulting from a certified act of terrorism. The policy's other provisions will still apply to such an act.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES.

The United States Government, Department of the Treasury will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceed the applicable insurer retention.

The premium charge for certified acts of terrorism under the program is located on the declarations page of your policy. If there was a premium charged for this coverage, the amount will be shown on the policy declarations page and included in your billing.

STANDARD FIRE POLICY STATES

In this state, there is an exception in the terrorism exclusion (and thereby coverage) for fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to **fire** losses resulting from a certified act of terrorism.

If you choose to reject this coverage, you must notify your agent of this decision. For new policies, notification must be made within 30 days of receipt of this policy. For renewal policies, notification must be made prior to its effective date or within 30 days of receipt of this notice, whichever is later. An exclusion of certain terrorism losses will be made part of this policy.

C 41 11 01 03
0198

® A registered trademark of SAFECO Corporation
EP

AFP-META2-11-PRINT001-1304-0103-D

**SAFECO®**   COMPANY **COMMON POLICY CONDITIONS**          IL 72 01 03 92

This policy consists of:

**Common Policy Declarations** which include your name and mailing address, the policy period, premium information and coverage part(s) included.

**Common Policy Conditions.**

Coverage parts consist of one or more of the following:

Commercial Property
Commercial Liability
Commercial Inland Marine
Commercial Crime/Bonds
Commercial Automobile
Businessowners
Boiler and Machinery
Workers' Compensation.

Each of the coverage parts consist of:

One or more coverage forms
One or more coverage part conditions
Applicable endorsements.

If you have any questions, please contact your agent listed on the Common Policy Declarations.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

*Rodney A Pierson*

Secretary

*Mike McGavick*

President

**AMERICAN STATES INSURANCE COMPANIES**
500 North Meridian Street
Indianapolis, Indiana 46204-1275

AFP.META2-11-PRINT001-1304-0102-D

**SAFECO®**

## PENNSYLVANIA NOTICE

IL 09 10/HO 291
(Ed. 01 81)

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1.   surveys;

2.   consultation or advice; or

3.   inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1.   if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2.   to consultation services required to be performed under a written service contract not related to a policy of insurance; or

3.   if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

 Copyright, 1981

IL 02 46 09 00

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following are added and supersede any provisions to the contrary:

1. **Nonrenewal**

   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

   If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

0201

ASR META2 11 PRINT001-1304-0100-0

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**SAFECO®**

## PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

IL 02 46 09 00

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART



**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   **a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   **b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   **c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

© ISO Properties, Insurance Services Office, Inc., 2000

AFP-META2-11-PRINT001-1304-0099-D

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 00 21 04 98    Page 2 of 2    Copyright, Insurance Services Office, Inc., 1997    0203

AFP-META2-11-PRINT001-1304-009

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**SAFECO**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
# (Broad Form)

IL 00 21 04 98

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

   A.  Under any Liability Coverage, to "bodily injury" or "property damage":

       (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

       (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

       (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

       (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

       (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

IL 00 21 04 98

Copyright, Insurance Services Office, Inc., 1997

**SAFECO** COMMON POLICY CONDITIONS IL 00 17 11 98

All coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate servide or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

0205

AFP-META2-11-PRINT001-1304-0096-D

**SAFECO®**

IL 09 52 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002

® A registered trademark of SAFECO Corporation

EP

IL 09 52 11 02
0206

AFP-MFTA2-11-PRINT001-1304-0095-D

**SAFECO®**

IL 09 35 07 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss — Special Form; or

      **b.** In a Covered Cause of Loss under the Causes of Loss — Basic Form or the Causes of Loss — Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2002

® A registered trademark of SAFECO Corporation

EP
0207

AFP-META2-11-PRINT001-1304-0094-D

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**SAFECO®**      **PENNSYLVANIA CHANGES**                    IL 01 72 11 93

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.**   For insurance provided under the:

Boiler and Machinery Coverage Part
Commercial Crime Coverage Part
Commercial Inland Marine Coverage Part
Commercial Property Coverage Part

The **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY** Common Policy Condition is replaced by the following:

**F.   TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

If you die, this Coverage Part will remain in effect as provided in **1.** or **2.** below, whichever is later:

**1.**   For 180 days after your death regardless of the policy period shown in the Declarations, unless the insured property is sold prior to that date; or

**2.**   Until the end of the policy period shown in the Declarations, unless the insured property is sold prior to that date.

Coverage during the period of time after your death is subject to all provisions of this policy including payment of any premium due for the policy period shown in the Declarations and any extension of that period.

**B.**   For insurance provided under the:

Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Farm Coverage Part

The following is added to the **LOSS PAYMENT** Loss Condition and supersedes any provision to the contrary:

**NOTICE OF ACCEPTANCE OR DENIAL OF CLAIM**

**1.**   Except as provided in **3.** below, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.**   Accept your claim;

**b.**   Deny your claim; or

**c.**   Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason why more time is required.

**2.**   If we have not completed our investigation, we will notify you again in writing, within 30 days after the date of the initial notice as provided in **1.c.** above, and thereafter every 45 days. The written notice will state why more time is needed to investigate your claim and when you may expect us to reach a decision on your claim.

**3.**   The notice procedures in **1.** and **2.** above do not apply if we have a reasonable basis, supported by specific information, to suspect that an insured has fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, we will notify you of the disposition of your claim within a period of time reasonable to allow full investigation of the claim, after we receive a properly executed proof of loss.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 01 72 11 93                      Page 1 of 1

AFP-META2-11-PRINT001-1304-0093-D

COMMERCIAL GENERAL LIABILITY

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

Paragraph 6. of Section III is replaced by the following:

6. Subject to 5. above, the Damage To Property Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

The Tenants' Property Damage to Premises Rented to You limit is the higher of $200,000 or the amount shown in the Declarations as Damage to Premises Rented to You Limit.

## WHO IS AN INSURED - MANAGERS

The following is added to Paragraph 2.a. of WHO IS AN INSURED (Section II):

Paragraph (1) does not apply to executive officers, or to managers at the supervisory level or above.

## SUPPLEMENTARY PAYMENTS -- COVERAGES A AND B - BAIL BONDS

Paragraph 1.b. of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is replaced by the following:

b. Up to $2,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

## EMPLOYEES AS INSUREDS - HEALTH CARE SERVICES

Provision 2.a.(1) d. of WHO IS AN INSURED (Section II) is deleted, unless excluded by separate endorsement.

## EXTENDED COVERAGE FOR NEWLY ACQUIRED ORGANIZATIONS

Provision 4.a. of WHO IS AN INSURED (Section II) is replaced by the following:

a. Coverage under this provision is afforded only until the end of the policy period.

## EXTENDED "PROPERTY DAMAGE"

Exclusion a. of COVERAGE A. (Section I) is amended to read:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## INCREASED MEDICAL EXPENSE LIMIT

The medical expense limit is amended to $10,000.

## KNOWLEDGE OF OCCURRENCE

The following is added to Paragraph 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

Knowledge of an "occurrence," claim or "suit" by your agent, servant or employee shall not in itself constitute knowledge of the named insured unless an officer of the named insured has received such notice from the agent, servant or employee.

## UNINTENTIONAL FAILURE TO DISCLOSE ALL HAZARDS

The following is added to Paragraph 6. Representations of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Form because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

## LIBERALIZATION CLAUSE

The following paragraph is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

10. If a revision to this Coverage Part, which would provide more coverage with no additional premium, becomes effective during the policy period in the state shown in the Declarations, your policy will automatically provide this additional coverage on the effective date of the revision.

Includes Copyrighted Material of
Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2001

AFP-META2-11-PRINT001-1304-00§

CG 76 35 10 01

COMMERCIAL GENERAL LIABILITY

(1) The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

(2) Supervisory, inspection or engineering services.

d. This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard."

A person's or organization's status as an insured under this endorsement ends when your operations for that insured are completed.

No coverage will be provided if, in the absence of this endorsement, no liability would be imposed by law on you. Coverage shall be limited to the extent of your negligence or fault according to the applicable principles of comparative fault.

## NON-OWNED WATERCRAFT AND NON-OWNED AIRCRAFT LIABILITY

Exclusion g. of COVERAGE A (Section I) is replaced by the following:

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 52 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment."

(6) An aircraft you do not own provided it is not operated by any insured.

## TENANTS' PROPERTY DAMAGE LIABILITY

When a Damage to Premises Rented to you Limit is shown in the Declarations, Exclusion J. of Coverage A, Section I is replaced by the following:

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations, or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Includes Copyrighted Material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 2001

AFP-META2-11-PRINT001-1304-0091-D

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **SAFECO®**

**LIABILITY PLUS ENDORSEMENT**

CG 76 35 10 01

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

**ADDITIONAL INSURED - BY WRITTEN CONTRACT, AGREEMENT OR PERMIT, OR SCHEDULE**

The following paragraph is added to WHO IS AN INSURED (Section II):

5.   Any person or organization shown in the Schedule or for whom you are required by written contract, agreement or permit to provide insurance is an insured, subject to the following additional provisions:

a.   The contract, agreement or permit must be in effect during the policy period shown in the Declarations, and must have been executed prior to the "bodily injury," "property damage," "personal and advertising injury."

b.   The person or organization added as an insured by this endorsement is an insured only to the extent you are held liable due to:

(1)  The ownership, maintenance or use of that part of premises you own, rent, lease or occupy, subject to the following additional provisions:

(a)  This insurance does not apply to any "occurrence" which takes place after you cease to be a tenant in any premises leased to or rented to you;

(b)  This insurance does not apply to any structural alterations, new construction or demolition operations performed by or on behalf of the person or organization added as an insured;

(2)  Your ongoing operations for that insured, whether the work is performed by you or for you;

(3)  The maintenance, operation or use by you of equipment leased to you by such person or organization, subject to the following additional provisions:

(a)  This insurance does not apply to any "occurrence" which takes place after the equipment lease expires;

(b)  This insurance does not apply to "bodily injury" or "property damage" arising out of the sole negligence of such person or organization;

(4)  Permits issued by any state or political subdivision with respect to operations performed by you or on your behalf, subject to the following additional provision:

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury" arising out of operations performed for the state or municipality.

c.   The insurance with respect to any architect, engineer, or surveyor added as an insured by this endorsement does not apply to "bodily injury," "property damage," "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

Includes Copyrighted Material of
Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2001

0211

AFP-META2-11-PRINT001-1304-0090-D

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SAFECO®**

## PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

CG 24 07 01 96

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Description of Premises and Operations:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or
2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph a. of the definition of "Products - completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

Copyright, Insurance Services Office, Inc., 1994

0212

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY.**

**SAFECO**

# FUNGI OR BACTERIA EXCLUSION

CG 86 57 03 02

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria, whether suddenly or over a long period of time, on or within a building or structure, including its contents.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage, loss, cost or expense.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria, whether suddenly or over a long period of time, on or within a building or structure, including its contents.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage, loss, cost or expense.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including but not limited to yeast, mold, mildew, blight or mushroom, and including any mycotoxins, spores, scents, or any other substances, products or byproducts produced by, released by, or arising out of the current or past presence of fungi.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-11-PRINT001-1304-0087-D

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **S A F E C O®**                    **LEAD EXCLUSION**                    CG 86 28 10 01

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage" or personal and advertising injury" arising out of, resulting from, caused by or contributed to by the presence of lead, lead compounds or lead contained in any materials or products;

2. Any costs or expenses due to investigating, medical monitoring, other monitoring, testing, abating, cleaning up, mitigating, treating, removing, disposing of or in any way responding to, or assessing the effects of lead, lead compounds or materials or products containing lead;

3. Any supervision, instructions, recommendations, warnings or advise given or which should have been given in connection with any item or activity excluded by paragraphs 1. and/or 2. above; or

4. Any obligation to share payment with or to repay any amount to any other person or entity who has paid or is responsible for paying damages, costs or other expenses in connection with claims arising out of, resulting from, caused by or contributed to by any item or activity excluded by paragraphs 1., 2., and/or 3. above.

0215

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **SAFECO®**

# EXCLUSION - ASBESTOS

CG 86 13 10 01

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," or "personal and advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."

CG 86 13 10 01

AFP-META2-11-PRINT001-1304-0085-D

 **SAFECO®**

COMMERCIAL GENERAL LIABILITY
CG 21 70 11 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002

® A registered trademark of SAFECO Corporation

**EP
0217**

AFP-META2-11-PRINT001-1304-0084-D

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**SAFECO**

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

CG 21 47 07 98

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

AER-META2-11-PRINT001-1304-0083-0

COMMERCIAL GENERAL LIABILITY

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your products"; and

(2) The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

Copyright, ISO Properties, Inc., 2000

02109

AER-MET62-11-PRINT001-1304-0082-D

COMMERCIAL GENERAL LIABILITY

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobiles or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

COMMERCIAL GENERAL LIABILITY

(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another

party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an "aircraft", watercraft or "auto";

    **b.** While it is in or on an "aircraft", watercraft or "auto"; or

    **c.** While it is being moved from an "aircraft", watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

CG 00 01 10 01

COMMERCIAL GENERAL LIABILITY

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insured**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part fo the first Named Insured, this insurance applies:

**a.** As if each named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery AGainst Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

AFP-MFTA2-11-PRINT001-1304-0079-D

CG 00 01 10 01

COMMERCIAL GENERAL LIABILITY

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its items have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** and

**B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusions **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

Copyright, ISO Properties, Inc., 2000

0233

AFP-META2-11-PRINT001-1304-0078-D

CG 00 01 10 01

COMMERCIAL GENERAL LIABILITY

along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1.** **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2.** **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

Copyright, ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY

indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury and Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorney's fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insured, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnerhsip, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker", or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment

Page 8 of 14

Copyright, ISO Properties, Inc., 2000

0225

AFP-META2-11-PRINT001-1304-007

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits laws or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded Under Coverage **A**.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
   a. All expenses we incur.
   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.
   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurace. We do not have to furnish these bonds.
   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.
   e. All costs taxed against the insured in the "suit".
   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:
   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";
   b. This insurance applies to such liability assumed by the insured;
   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";
   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;
   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and
   f. The indemnitee:
      (1) Agrees in writing to:
         (a) Cooperate with us in the investigation, settlement or defense of the "suit";
         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";
         (c) Notify any other insurer whose coverage is available to the indemnitee; and
         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and
      (2) Provides us with written authorization to:
         (a) Obtain records and other information related to the "suit"; and
         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defenseof that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the

Copyright, ISO Properties, Inc., 2000