# SAFECO

SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES

American Economy Insurance Company
Safeco Insurance Co.
P.O. Box 5373
Poland, Oh 44514

Phone: (800) 332-3226
(330) 757-9403
Fax: (800) 831-4415
www.safeco.com

Mailing address:
P.O. Box 5373
Poland, Oh 44514

February 11, 2004

Walter Beck Corporation
Po Box 362
Lewis Run, PA 16738

Insured Name: Walter Beck Corporation
Policy Number: 02CC771900
Loss Date: December 5, 2003
Claim Number: 521474522015

Dear Mr. and Mrs. Harold Beck:

Based upon the fact that your restaurant facility did not have the required fire suppression system we will be unable to cover your fire loss of December 5th 2003. You are required to not only have but maintain a fire suppressions system. The cp-7586 6/93 form requires you have and maintain this system on a Quarterly basis. You indicated to me this was removed in 1996 or 1997 and never replaced. Please refer to the policy language below:
"P-8" Commercial Cooking Protection - A U. L.
listed automatic fire suppression system installed
for the protection of cooking and ventilating
equipment, including plenums, exhaust
ducts and hood over cooking appliances.
The suppression system must be serviced
by an independent contractor on a
Quarterly basis. The ventilating
system, including plenums, exhaust ducts, roof
vent and hood over cooking appliances must be
cleaned by an independent contractor on a
Quarterly basis.
"P-9" The protective system described in the
Schedule.
2. The following is added to the EXCLUSIONS section
of:
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
STANDARD PROPERTY POLICY
Page 2

Exhibit 8

Walter Beck Corporation
February 11, 2004

MORTGAGE HOLDERS E & O COVERAGE FORM
We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:
a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or
b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.
If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

This declination is made without prejudice to the rights of Safeco Insurance Company, which does not waive any of it's rights or defenses, but to the contrary, Safeco Insurance Company specifically reserves all rights and defenses available under the policy of insurance and the applicable law, including such other further defenses as continuing investigation may reveal.

Sincerely,

*Paul J. Smith Jr.*

Paul Smith Jr.
Safeco Insurance Co.
American Economy Insurance Company
(800) 332-3226
(330) 757-9403     Fax: (800) 831-4415
pausmi@safeco.com