March 24, 2004

Mr. Paul Smith, Jr.
Safeco Insurance Co
P.O. Box 5373
Poland, Ohio 44514

Re: Claim Number 521474522015

Dear Mr. Smith:

On February 21, 2004 I wrote to you regarding your letter of February 11, 2004 in which I clarified a misunderstanding on your part. To date I have yet to hear from you and am enclosing a copy of that letter and the inventories I referred to in that letter in case it has been lost.

I would appreciate your consideration of claim. We feel you have denied it unjustly.

As I stated in the letter of February 21, 2004, we are anxious to get this claim settled so we can rebuild. My radio show ended on March 16th and as I stated we intend to return to Pennsylvania and the Rainbow Inn will be our sole source of income unless I can sell another book.

Time is of the essence and we would appreciate some communication from you so we can take further steps if necessary.

Thank you very much for your attention to this matter.

Sincerely,

Harold T. Beck

Exhibit 10