*Harold Thomas Beck PO Box 362 Lewis Run, PA 16738*

June 2, 2004

Mr. Paul Ridley
Sundahl & Company Insurance
723 East Main Street
Bradford, PA 16701

Dear Mr. Ridley:

On April 22, 2004 I phoned you at Sundahl & Company Insurance regarding the fire claim at The Rainbow Inn, Marshburg, PA on December 5, 2004. I left a message and asked you return my call. You did not.

Again on May 4, 2004 I phoned you once more and left a message asking you please return my call. Again you did not.

Finally on May 20, 2004 I was able to make contact with you via telephone and asked if I could not come into your office and meet with you regarding the fire loss and claim. You did not wish to meet until you spoke with Mr. Paul Smith of SAFECO Insurance Company and said after you spoke with him you would get back in touch with me. To date you have not chosen to make contact with me.

Last week, May 24 – 28 I left daily messages for you all of which have been ignored.

It is very obvious you have adopted the same attitude regarding your responsibility for settlement of the fire loss as Mr. Smith and SAFECO Insurance Company. For that reason I intend to immediately seek legal representation in this matter and pursue a remedy from not only SAFECO Insurance Company, but Sundahl & Company Insurance and you personally.

Be aware of the fact I intend to put up a sign on my property signifying Sundahl is less than a reputable insurance company and will make it well known not only in the Bradford area, but in other towns where you do business too. Your part in this situation has caused my wife and I serious financial harm and we intend to pursue whatever remedy available to us.

Sincerely,

Harold T. Beck

Exhibit 12