IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 04-348 - Erie |
| vs. | JUDGE MAURICE B. COHILL, JR. |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | **ELECTRONICALLY FILED** |
| Defendants. | |

## AFFIDAVIT OF JEREMY HOLT

**COMMONWEALTH OF PENNSYLVANIA** ) 
) SS: 
**COUNTY OF MCKEAN** )

Before me, a Notary Public, personally appeared Jeremy Holt, who being duly sworn, deposes and says as follows:

1. My name is Jeremy Holt, an adult individual residing in the Commonwealth of Pennsylvania. I state that the facts contained in the within Affidavit are based upon my own knowledge and personal information.

2. I was employed by the Walter Beck Corporation, doing business as The Rainbow Inn ("The Rainbow Inn"), from approximately 2001 until the time it ceased operations due to the December 5, 2003 fire ("the Fire").

3. I worked at The Rainbow Inn in various capacities (bartender, cook, etc.), filling in on an as-needed, part-time basis.

Exhibit 18

4. While working at The Rainbow Inn, I observed a fire suppression system in place, which I understood to be operational. Specifically, I recall seeing various nozzles that would be used in the case of a fire.

5. I state that if called to testify under oath in the above-captioned matter, I would testify to the facts and opinions set forth in the within Affidavit.

6. The facts set forth herein are true and correct of my own knowledge and personal information.

Nothing sayeth the Affiant further.

_____
JEREMY HOLT

Sworn and subscribed to
before me this 10th day of
May, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tina M. Cary, Notary Public
Bradford Twp., McKean County
My Commission Expires July 26, 2008
Member, Pennsylvania Association Of Notaries