## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a THE   )    CIVIL DIVISION
RAINBOW INN,   )
   )    Civil Action No. 04-348 - Erie
             Plaintiff,   )
      vs.   )    JUDGE MAURICE B. COHILL, JR.
   )
SAFECO CORPORATION, AMERICAN   )
ECONOMY INSURANCE COMPANY, and   )    **ELECTRONICALLY FILED**
AMERICAN STATES INSURANCE   )
COMPANY,   )
   )
          Defendants.   )

### AFFIDAVIT OF EILEEN SMITH

**COMMONWEALTH OF PENNSYLVANIA**   )
   ) SS:
**COUNTY OF MCKEAN**   )

Before me, a Notary Public, personally appeared Eileen Smith, who being duly sworn, deposes and says as follows:

1.    My name is Eileen Smith, an adult individual residing in the Commonwealth of Pennsylvania. I state that the facts contained in the within Affidavit are based upon my own knowledge and personal information.

2.    I was employed by the Walter Beck Corporation, doing business as The Rainbow Inn ("The Rainbow Inn"), from the time it opened until the time it ceased operations due to the December 5, 2003 fire ("the Fire").

3.    I worked at The Rainbow Inn in various capacities (waitress, cook, bartender, dishwasher, etc.), filling in on an as-needed, part-time basis.

Exhibit 21

4.      While working at The Rainbow Inn, I observed a fire suppression system in place, which I understood to be operational.  Specifically, I recall seeing various nozzles and an emergency pull handle in the kitchen that would be used in the case of a fire.

5.      I state that if called to testify under oath in the above-captioned matter, I would testify to the facts and opinions set forth in the within Affidavit.

6.      The facts set forth herein are true and correct of my own knowledge and personal information.

Nothing sayeth the Affiant further.

_Eileen Smith_
_____
EILEEN SMITH

Sworn and subscribed to
before me this _11_ day of
May, 2006.

_Cheryl Ervin_
Notary Public

NOTARIAL SEAL
Cheryl Ervin, Notary Public
Bradford, McKean County
My Commission Expires August 4, 2009