# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| Plaintiff, | Judge Maurice B. Cohill, Jr. |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 200__, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Summary Judgment shall be and is hereby GRANTED; it is further ORDERED that judgment shall be and is hereby entered in favor of defendants and against plaintiff.

_____
United States District Judge