**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| Plaintiff, | Judge Maurice B. Cohill, Jr. |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendant. | |

**APPENDIX OF DEFENDANTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Exhibit A –   Declaration sheet and Commercial Property policy.

Exhibit B –   Protective Safeguards Endorsement.

Exhibit C –   February 11, 2004 denial letter.

Exhibit D -   June 23, 2004 Request letter by Paul Smith to Walter Beck Corporation.

Exhibit E –   July 23, 2004 Request letter by Paul Smith to Walter Beck Corporation.

Exhibit F –   Affidavit of Brian Churchwell.

Exhibit G –   Affidavit of James Churchwell.

Exhibit H –   Affidavit of James F. Valentine.

Exhibit I -   Affidavit of Marta McHale.

Exhibit J –   2003 lease of premises to Walter Beck Corporation.

Exhibit K –   Inventory for contents of Rainbow Inn.

Exhibit K1 –   Inventory of Beer and Food of Rainbow Inn.

Exhibit K2 –   Inventory of Liquor of Rainbow Inn.

Exhibit L –    2002 Tax Returns of Walter Beck Corporation.

Exhibit M –    Report of Horovitz, Rudoy & Roteman.

Exhibit N –    Excerpts of Deposition of Sharyn Beck.

Exhibit O –    Excerpts of Deposition of Harold Beck.

Exhibit P –    Excerpts of notes in claims file regarding Harold Beck's statement of no Halon Suppression System.

Exhibit Q –    Excerpts of notes in claim file that policy would not have been issued if no fire suppression system known.

Exhibit R –    Excerpt of Deposition of Paul Smith.