SAFECO

AMERICAN ECONOMY INSURANCE COMPANY
INDIANAPOLIS, INDIANA
ULTRA SERIES PACKAGE POLICY

| | | |
|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | WALTER BECK CORPORATION<br>DBA RAINBOW INN<br>PO BOX 362<br>LEWIS RUN, PA 16738 | **RENEWAL DECLARATIONS**<br><br>POLICY NUMBER  02-CC-771900-7<br>RENEWAL OF  02-CC-771900-6   04-97 |

SEE NAMED INSURED EXTENSION

POLICY PERIOD FROM 04-23-03 TO 04-23-04  12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

AGENT NAME AND ADDRESS
SUNDAHL & CO INSURANCE
723 EAST MAIN STREET
P O BOX 368
BRADFORD, PA 16701
37-78700          (814) 368-3139

---

THE TOTAL ESTIMATED PREMIUM FOR THE POLICY TERM IS    $4,420.00.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #710-1974-308-01.
THIS POLICY IS SUBJECT TO A FINAL AUDIT.




---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

```
    COMMERCIAL PROPERTY COVERAGE PART    ................. $    3,888.00
    COMMERCIAL LIABILITY COVERAGE PART   ................. $      522.00
                                                               ---------
                                                                4,410.00
    PREMIUM FOR CERTIFIED ACTS OF TERRORISM ............... $       10.00
                    TOTAL POLICY PREMIUM  ................. $    4,420.00
```



DEFENDANT'S EXHIBIT A

_____         BY   _____
       (DATE)                              (AUTHORIZED REPRESENTATIVE)

9-CC(0887)

COMPANY USE ONLY

HARTFORD        21 (BOBKRIE)    INSURED COPY       PREPARED 06-11-03

AFP-META2-11-PRINT001-1304-0023-D



NAMED INSURED EXTENSION
**AMERICAN ECONOMY INSURANCE COMPANY**
INDIANAPOLIS, INDIANA

POLICY NUMBER: 02-CC-771900-7

The following is a complete list of the named insureds:

WALTER BECK CORPORATION
DBA RAINBOW INN





322



9-CC(0887)

COMPANY USE ONLY

HARTFORD        21  (BOBKRO)   PREPARED 06-11-03

AFP-META2-11-PRINT001-1304-0025-D

```
COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                      PAGE CP    1


   NAMED INSURED:  WALTER BECK CORPORATION           POLICY NUMBER:  02-CC-771900-7

                           FIRE COVERAGES PROVIDED

   PREMISES    1   ADDRESS: ROUTE 59
   ----------           LAFAYETTE TS, PA 16735

   BUILDING    1   AMERICAN ECONOMY INSURANCE COMPANY
   ----------      CONSTRUCTION:  FRAME
                   OCCUPANCY:     RESTAURANT
```

| BUILDING @ | | | | DEDUCTIBLE: $ | 250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $ 221,300 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | 1.411 .002 | $ 3,123.00 4.00 |

| PERSONAL PROPERTY OF INSURED @ | | | | DEDUCTIBLE: $ | 250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $ 55,700 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | 1.225 .002 | $ 683.00 1.00 |

```
   BUILDING    2   AMERICAN ECONOMY INSURANCE COMPANY
   ----------      CONSTRUCTION:  FRAME                   NUMBER OF UNITS:    1
                   OCCUPANCY:     RESTAURANT
```

| BUILDING @ | | | | DEDUCTIBLE: $ | 250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $ 14,000 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | .309 .002 | $ 44.00 1.00 |

| PERSONAL PROPERTY OF INSURED @ | | | | DEDUCTIBLE: $ | 250 |
|---|---|---|---|---|---|
| LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS COVERED | ADDITIONAL EXCLUSIONS | RATE | PREMIUM |
| $ 7,030 | 80% | SPECIAL CERTIFIED ACTS OF TERRORISM | | .538 .002 | $ 38.00 1.00 |

```
   OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

   MORTGAGE HOLDER     NATIONAL CITY BANK
                       OF PENNSYLVANIA
                       71 MAIN STREET
                       BRADFORD, PA 16701

   LOSS PAYEE          NATIONAL CITY BANK
        CLAUSE:        OF PENNSYLVANIA
                       71 MAIN STREET
                       BRADFORD, PA 16701
                       CONTENTS



   9-CC(CP) (0787)    HARTFORD          (BOBKR)      PREPARED  06-11-03 CMD40 SEQ.0001
```

```
COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP   2


   NAMED INSURED:  WALTER BECK CORPORATION            POLICY NUMBER:  02-CC-771900-7
   ABBREVIATIONS AND SYMBOL DEFINITIONS:
      @  REPLACEMENT COST APPLIES
                                                                    ------------
            COMMERCIAL PROPERTY TOTAL                              $    3,895.00

A PREMIUM OF $     7.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED
ACTS OF TERRORISM. A PORTION OF THIS PREMIUM INCLUDES FIRE LOSSES FROM
CERTIFIED ACTS OF TERRORISM AS REQUIRED BY CERTAIN STATES.


   THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

     IL0935(0701)   -   EXCL OF CERTAIN COMPUTER-RELATED LOSSES
     IL0017(1198)   -   COMMON POLICY CONDITIONS
     CP0090(0788)   -   COMMERCIAL PROPERTY CONDITIONS
     IL0910(0181)   -   PENNSYLVANIA NOTICE
     IL0246(0900)   -   PENNSYLVANIA CHANGES - CANCELLATION
     IL7201(0392)   -   COMPANY COMMON POL CONDITIONS
     IL0172(1193)   -   PENNSYLVANIA CHANGES
     CP0010(1000)   -   BLDG & PERS PROP COV FORM
     CP1030(1000)   -   CAUSES OF LOSS - SPECIAL FORM
     CP1218(0695)   -   LOSS PAYABLE PROVISIONS
     CP7585(1000)   -   RESTAURANT ULTRA PROP PLUS
     CP7586(0693)   -   PROTECTIVE SAFEGUARDS ENDT
     CP7587(0993)   -   RESTAURANT SPOILAGE COVERAGE
     IL0952(1102)   -   CERT ACTS OF TERRORISM - CAP ON LOSSES
```



COPY



324

```
   9-CC(CP)(0787)      HARTFORD         (BOBKR)      PREPARED   06-11-03 CMD40 SEQ.0001
```

AFP-META2-11-PRINT001-1304-0029-D

```
COMMERCIAL LIABILITY COVERAGE PART    DECLARATIONS                PAGE CG    1


   NAMED INSURED:  WALTER BECK CORPORATION         POLICY NUMBER: 02-CC-771900-7
   FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE
   ----------------------------------------------------------------------------
                       L I M I T S   O F   I N S U R A N C E
   ----------------------------------------------------------------------------
   COMMERCIAL GENERAL LIABILITY
      GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)  $ 500,000
      PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                       $ 500,000
      PERSONAL AND ADVERTISING INJURY LIMIT                               $ 500,000
      EACH OCCURRENCE LIMIT                                               $ 500,000
      DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISE)                  $ 200,000
      MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                              $  10,000
   ----------------------------------------------------------------------------

   LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:

    1. ROUTE 59
       LAFAYETTE TS,PA 16735
   ----------------------------------------------------------------------------
   CODE  | CLASSIFICATION-PREMIUM BASIS           | EXPOSURE | RATE   | PREMIUM
   ----------------------------------------------------------------------------
           COMMERCIAL GENERAL LIABILITY
           OTHER THAN PRODUCTS-COMPLETED OPERATIONS

                  ** LOCATION # 1 **
   16816   RESTAURANTS - WITH SALES OF ALCOHOLIC
           BEVERAGES THAT ARE LESS THAN 75% OF THE
           TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS
           - WITHOUT DANCE FLOOR
             GROSS SALES (PER $1,000)               60,000    4.8020  $    288.00
   63010   DWELLINGS - ONE-FAMILY
           (LESSOR'S RISK ONLY)
           PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT
           TO THE GENERAL AGGREGATE LIMIT
             (PER DWELLING)                              1   60.6250       61.00

           COMMERCIAL GENERAL LIABILITY
           PRODUCTS-COMPLETED OPERATIONS

                  ** LOCATION # NA **
   16816   RESTAURANTS - WITH SALES OF ALCOHOLIC
           BEVERAGES THAT ARE LESS THAN 75% OF THE
           TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS
           - WITHOUT DANCE FLOOR
             GROSS SALES (PER $1,000)               60,000     .6020        36.00
           TO MEET COVERAGE MINIMUM                                        137.00

   PREMIUM ADJUSTMENTS:
       CERTIFIED ACTS OF TERRORISM                                  $        3.00
                                                                    -----------
       COMMERCIAL LIABILITY TOTAL                                   $      525.00
```



9-CC(CG)(1298)HARTFORD          (BOBKR)          PREPARED  06-11-03 CMD40 SEQ.0001

AFP-META2-11-PRINT001-1304-0031-D

```
COMMERCIAL LIABILITY COVERAGE PART    DECLARATIONS              PAGE CG -LAST

NAMED INSURED:  WALTER BECK CORPORATION          POLICY NUMBER: 02-CC-771900-7

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:
   IL0017(1198)  -  COMMON POLICY CONDITIONS
   IL0021(0498)  -  NUCLEAR ENERGY LIABILITY ENDORSEMENT
   CG0001(1001)  -  COMMERCIAL GEN LIAB COV FORM
   CG7635(1001)  -  LIABILITY PLUS ENDORSEMENT
   IL0246(0900)  -  PENNSYLVANIA CHANGES - CANCELLATION
   IL0910(0181)  -  PENNSYLVANIA NOTICE
   9-5557(0999)  -  UMBRELLA STUFFER - HARTFOR
   CG2407(0196)  -  PROD/COMPL OPERATIONS HAZA
   IL7201(0392)  -  COMPANY COMMON POL CONDITIONS
   CG8613(1001)  -  EXCLUSION ASBESTOS
   CG2147(0798)  -  EMPLOYMENT-RELATED PRACTICES EXCL
   CG2170(1102)  -  CAP ON LOSSES-CERTIFIED ACTS OF TERRORIS
   CG8628(1001)  -  LEAD EXCLUSION
   CG8657(0302)  -  FUNGI OR BACTERIA EXCLUSION
```





9-CC(CG)(1298)HARTFORD            (BOBKR)        PREPARED   06-11-03 CMD40 SEQ.0001