

**SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES**

American Economy Insurance Company  
Safeco Insurance Co.  
P.O. Box 5373  
Poland, Oh 44514

Phone: (800) 332-3226  
       (330) 757-9403  
Fax: (800) 831-4415  
www.safeco.com

Mailing address:  
P.O. Box 5373  
Poland, Oh 44514

June 23, 2004

Walter Beck Corporation  
Po Box 362  
Lewis Run, PA 16738

Insured Name: Walter Beck Corporation  
Policy Number: 02CC771900  
Loss Date: December 5, 2003  
Claim Number: 521474522015

Dear Mr. Walter Beck Corporation:

I am in receipt of your June 10th, 2004 letter. We have a serious misunderstanding here. I had ask you for service records & the vendors name on the fire suppression system. Your response was understood by me to be you no longer had one.

You now indicate you did have a fire suppression system and it was operational at the time of the fire. Who is the vendor who maintains the system? I can request of them and they can provide us the records on the equipment and we can reassess our position at that point.

As to the correspondence preceding your June 10th, 2004 I can only say that I have had no problem with undelivered mail. If it has the correct location and P.O. box the post office is very good about getting mail to me. It is best if my name is not on the envelope as the box is in the name of Safeco.

Sincerely,

*Paul A. Smith Jr.*

Paul Smith Jr.  
Safeco Insurance Co.  
American Economy Insurance Company  
(800) 332-3226  
(330) 757-9403    Fax: (800) 831-4415  
pausmi@safeco.com

**DEFENDANT'S EXHIBIT D**

CA1761 /EF 4/01

® A registered trademark of SAFECO Corporation.