# Rainbow Inn - Inventory

| Quantity | Item | Price ea. | Total |
|---:|---:|---:|---:|
| 1 | Table lamp | 50.00 | 50.00 |
| 1 | Console table, wood | 199.00 | 199.00 |
| 7 | Table tops, round, 48" diameter | 61.50 | 430.50 |
| 4 | Table tops, round, 36" diameter | 33.10 | 132.40 |
| 13 | Table tops, square, 30" x 30" | 26.90 | 349.70 |
| 24 | Table bases | 25.90 | 621.60 |
| 67 | Chairs, vinyl, square back, padded seat/back | 25.00 | 1,675.00 |
| 1 | 3-drawer chest, wood | 299.00 | 299.00 |
| 2 | High chairs | 60.00 | 120.00 |
| 2 | Booster seats | 17.90 | 35.80 |
| 1 | Buffet 60" wide, walnut, antique | 250.00 | 250.00 |
| 2 | Deer mounts | 300.00 | 600.00 |
| 8 | Valances | 30.00 | 240.00 |
| 4 | Lace drapery panels, 80" length | 20.00 | 80.00 |
| 2 | Lace drapery panels, 63" length | 20.00 | 40.00 |
| 1 | Utility bus cart on casters, metal | 115.50 | 115.50 |
| 1 | Buff 3-station coffee maker | 297.00 | 297.00 |
| 1 | Metal decorative wall shelf w/matching candle sconces, green | 100.00 | 100.00 |
| 1 | Mirror | 99.00 | 99.00 |
| 1 | Ceiling fan, 4 paddles | 79.00 | 79.00 |
| 1 | 8' x 10' Oriental area rug | 375.00 | 375.00 |
| 1 | 7' x 9' Oval braided area rug | 269.00 | 269.00 |
| 40 | Table cloths, vinyl | 6.00 | 240.00 |
| 33 | Spoons, blue acrylic handle | 1.00 | 33.00 |
| 22 | Knives, blue acrylic handle | 1.00 | 22.00 |
| 32 | Forks, blue acrylic handle | 1.00 | 32.00 |
| 50 | Champagne glasses, plastic, disposable | 0.50 | 25.00 |
| 30 | Candles | 0.50 | 15.00 |
| 15 | Salt/Pepper Shaker pairs, glass at $68/2 dz. | 2.84 | 42.60 |
| 17 | Sugar packet holders | 2.30 | 39.10 |
| 30 | Glass ashtrays at $47.25/3 dz. | 1.32 | 39.60 |
| 17 | Candle holders, glass | 2.00 | 34.00 |
| 30 | Coffee mugs, glass, brown at $42.50/3 dz. | 1.18 | 35.40 |
| 70 | Soup cups at $24.75/3 dz. | 0.69 | 48.30 |
| 53 | Saucers at $20.25/3 dz. | 0.57 | 30.21 |
| 43 | Menu covers, vinyl at $33.00/dz. | 2.75 | 118.25 |
| 4 | Reserved Table Signs | 1.70 | 6.80 |
| 2 | Flatware Organizing boxes | 8.50 | 17.00 |
| 60 | Knives at $8.80/dz. | 0.74 | 44.00 |
| 60 | Soup Spoons at $5.80/dz | 0.49 | 29.00 |
| 60 | Dinner forks at $5.20/dz | 0.44 | 26.00 |
| 60 | Salad forks at $5.80/dz. | 0.49 | 29.00 |
| 88 | Teaspoons at $3.20/dz. | 0.27 | 23.76 |
| 16 | Seafood forks at $4.50/4 | 1.13 | 18.08 |
| 25 | Serving spoons at $5.80/dz | 0.49 | 12.25 |
| 36 | Steak knives at $21.40/dz | 1.79 | 64.20 |
| 6 | Seafood crackers | 1.90 | 11.40 |
| 2 | Wall brass decorative plates round 16" diam. | 45.00 | 90.00 |
| 1 | Wreath, grapevine, large w/silk flowers | 75.00 | 75.00 |
| 1 | Antique metal milk pail | 85.00 | 85.00 |
| 1 | Antique cast iron press on 3 legs | 55.00 | 55.00 |
| 1 | Garbage can w/step-on lid | 19.99 | 19.99 |


DEFENDANT'S EXHIBIT K

| Qty | Item | Unit | Total |
|---|---|---|---|
| 1 | Antique cast iron stove | 195.00 | 195.00 |
| 2 | Oven mitts, pair | 8.70 | 17.40 |
| 1 | Portion scales | 44.00 | 44.00 |
| 4 | Thermometers, refrigerator/freezer | 5.50 | 22.00 |
| 1 | Garbage can, plastic | 9.95 | 9.95 |
| 1 | Toaster, stainless steel, 2-slice | 90.50 | 90.50 |
| 2 | Chafer pan, stainless steel | 53.50 | 107.00 |
| 1 | Frying pan, electric | 45.00 | 45.00 |
| 12 | Platter baskets, plastic at 7.75/dz. | 0.65 | 7.75 |
| 17 | Bread baskets, wicker at $30.25/dz. | 2.52 | 42.84 |
| 26 | Sherbet/ice cream glasses at $32.00/1 dz. | 2.67 | 69.42 |
| 46 | Salad bowls, 6" diam., wood at $7.50/dz. | 0.63 | 28.98 |
| 1 | Salad bowl, 18" diam., wood | 8.65 | 8.65 |
| 3 | Cruet set w/holder | 23.75 | 71.25 |
| 2 | Cutting board, propylene, 12 x 18" | 15.35 | 30.70 |
| 1 | Cutting board, propylene, large | 20.75 | 20.75 |
| 1 | Funnel, plastic, 3 in set | 2.85 | 2.85 |
| 1 | Ice scoop, metal, large | 5.40 | 5.40 |
| 6 | Teapots, individual, stainless steel | 7.75 | 46.50 |
| 6 | Cream pitchers, stainless steel | 3.00 | 18.00 |
| 1 | Grater, stainless steel | 10.75 | 10.75 |
| 4 | Cheese shaker, glass | 1.00 | 4.00 |
| 1 | French fry cutter | 55.00 | 55.00 |
| 2 | Microwave | 135.00 | 270.00 |
| 1 | Food slicer, processor | 125.00 | 125.00 |
| 1 | Hand washing sink w/faucet, stainless steel | 193.00 | 193.00 |
| 1 | 3-bin kitchen sink w/faucet and drainboard | 862.00 | 862.00 |
| 1 | Faucet for sink, 14" nozzle, splash mount | 109.00 | 109.00 |
| 2 | Freezer, chest | 390.00 | 780.00 |
| 1 | Freezer, upright | 425.00 | 425.00 |
| 1 | Refrigerator w/freezer top | 875.00 | 875.00 |
| 1 | 2' x 4' work table, stainless steel w/shelf, on casters | 361.00 | 361.00 |
| 1 | Fryer, electric, countertop 30 lbs. capacity, 2 basket, Hobart | 1,098.00 | 1,098.00 |
| 1 | 14" Meat Slicer, electric, manual feed | 1,440.00 | 1,440.00 |
| 1 | Range, 60" Garland, w/double oven, grill top, broiler, 6 burners | 3,880.00 | 3,880.00 |
| 1 | Steam Hot Food Table, Gas, 4 wells | 954.00 | 954.00 |
| 1 | Work table, 7" length, w/shelf, stainless steel | 583.00 | 583.00 |
| 2 | Colander, stainless steel | 10.30 | 20.60 |
| 1 | Skimmer, stainless steel | 3.20 | 3.20 |
| 1 | Strainer, stainless steel | 8.20 | 8.20 |
| 5 | Cast iron frypans, 2-14", 2-12", 1-8" | 50.00 | 250.00 |
| 2 | Saucepan, 4 1/2 qt. Stainless steel | 42.00 | 84.00 |
| 1 | Saucepan, 2 1/2 qt. Stainless steel | 32.00 | 32.00 |
| 1 | Meat tenderizer, stainless steel | 7.20 | 7.20 |
| 2 | Pastry brushes | 4.30 | 8.60 |
| 1 | Can opener w/base | 78.50 | 78.50 |
| 1 | Bottle opener | 2.50 | 2.50 |
| 2 | Meat forks | 5.95 | 11.90 |
| 2 | Meat thermometers | 8.95 | 17.90 |
| 4 | Meat skewers, stainless steel, 12" | 6.90 | 27.60 |
| 2 | Knives, 12" stainless steel, Dexter-Russell | 28.25 | 56.50 |
| 3 | Knives, 10" carving | 25.50 | 76.50 |
| 2 | Potato masher, stainless steel | 6.80 | 13.60 |
| 2 | Tongs, 15" stainless steel | 6.80 | 13.60 |
| 2 | Wire whips, 10" | 5.80 | 11.60 |
| 1 | Pizza cutter, wood handle | 6.85 | 6.85 |

| Qty | Description | Unit | Total |
|---|---|---|---|
| 2 | Vegetable peelers | 2.55 | 5.10 |
| 1 | Garlic press | 4.25 | 4.25 |
| 6 | Spatulas, stainless steel, wood handles | 8.50 | 51.00 |
| 1 | Knife, wavy edge | 18.85 | 18.85 |
| 4 | Spoons, 18" long, stainless steel | 3.70 | 14.80 |
| 5 | Ladles, various sizes | 4.20 | 21.00 |
| 5 | Mixing spoons, 12" long handle | 2.70 | 13.50 |
| 2 | Tongs, utility | 2.35 | 4.70 |
| 1 | Meat forks | 8.85 | 8.85 |
| 13 | Paring knives | 2.35 | 30.55 |
| 10 | Dispenser, squeeze out with lid | 8.75 | 87.50 |
| 1 | Utensil holder, 4 compartment, stainless steel | 30.00 | 30.00 |
| 12 | Platters oval 10" long at $51.00/2 dz. | 2.13 | 25.56 |
| 5 | Steak markers, 1 bx rare, med.rare, med., med.rare, well done | 8.40 | 42.00 |
| 20 | Steak platters, 2-piece, stainless steel insert | 17.50 | 350.00 |
| 15 | Fan-shaped seafood platters | 1.50 | 22.50 |
| 62 | Dinner plates at $41.50/2dz. | 1.73 | 107.26 |
| 60 | Luncheon plates, etched clear glass at $81.70/3 dz. | 2.27 | 136.20 |
| 30 | Salad plates at $24.25/3 dz. | 0.68 | 20.40 |
| 24 | Souffle casserole dishes, 6" diam., at $165 for 2 dz. | 6.88 | 165.00 |
| 1 | Utility cart, 3 shelves, casters, metal | 115.50 | 115.50 |
| 10 | Roasting pans w/lids, various sizes | 300.00 | 300.00 |
| 1 | Mixing bowl set, stainless steel | 19.95 | 19.95 |
| 2 | Crock pots, electric | 30.00 | 60.00 |
| 2 | Stock pot, 12 qt., stainless steel w/lid | 88.50 | 177.00 |
| 1 | Stock pot, 20 qt., stainless steel w/lid | 138.00 | 138.00 |
| 4 | Server aprons | 6.50 | 26.00 |
| 5 | Aprons, bib, white | 5.90 | 29.50 |
| 1 | Bunn Coffee maker, single pot | 99.00 | 99.00 |
| 3 | Baking sheets, large | 10.95 | 32.85 |
| 24 | Juice glasses | 1.00 | 24.00 |
| 10 | Serving trays, various sizes | 10.00 | 100.00 |
| 1 | Smoking floor urn, metal, chrome trim | 34.95 | 34.95 |
| 2 | Waste baskets, plastic, step-on lids | 15.00 | 30.00 |
| 2 | Wall mirrors | 30.00 | 60.00 |
| 2 | Men & Woman restroom signs | 3.85 | 7.70 |
| 1 | Bulletin board 24" x 36" | 8.00 | 8.00 |
| 1 | Adding Machine | 40.00 | 40.00 |
| 1 | Various office supplies (pens, pencils, paper, stapler, tape, etc.) | 50.00 | 50.00 |
| 1 | Guest Checks carbonless duplicate 2-part, case | 49.50 | 49.50 |
| 1 | Check spindle, chrome | 4.50 | 4.50 |
| 1 | Letters for outdoor sign | 49.50 | 49.50 |
| 1 | Write-on sign, lighted | 92.50 | 92.50 |
| 1 | Mirror, 3' x 4' | 125.00 | 125.00 |
| 1 | Air conditioner | 895.00 | 895.00 |
| 3 | Color televisions | 400.00 | 1,200.00 |
| 1 | Decorative wood/metal baker rack w/pine middle shelf | 199.99 | 199.00 |
| 25 | Bar stools, black vinyl w/swivel base | 60.00 | 1,500.00 |
| 1 | Coat rack on casters, metal, 60" | 175.00 | 175.00 |
| 1 | Ice Maker, undercounter, Kold Draft | 1,495.00 | 1,495.00 |
| 1 | 1-bin Ice sink w/5-slot bottle rack on front | 435.00 | 435.00 |
| 1 | 3-bin Bar sink with 2-drainboards | 604.00 | 604.00 |
| 2 | 5-slot bottle racks for front of sink | 23.75 | 47.50 |
| 1 | Blender, Hamilton Beach | 86.50 | 86.50 |
| 2 | Drink Shaker, stainless steel | 8.85 | 17.70 |
| 1 | Bottle opener, wall mounted | 5.95 | 5.95 |

| Qty | Item | Unit | Total |
|---|---|---|---|
| 12 | Measured pours with collard and dust cover | 4.75 | 57.00 |
| 36 | Wine Glasses at $68.30/2dz. | 2.85 | 102.60 |
| 12 | Martini glasses | 2.05 | 24.60 |
| 40 | Highball glasses on pedestal at $68.30/2dz. | 2.85 | 114.00 |
| 30 | Shot glasses at $23.95/2 dz. | 1.00 | 30.00 |
| 1 | Jigger, stainless steel | 1.50 | 1.50 |
| 36 | Old Fashioned glasses at $34.30/3 dz. | 0.96 | 34.30 |
| 6 | Draft beer polar pitchers | 18.95 | 113.70 |
| 24 | Irish coffee mugs, glass on pedestal at $72/2dz. | 3.00 | 72.00 |
| 10 | Pedestal drink glasses, colored, plastic | 2.00 | 20.00 |
| 36 | Beverage glasses at $51.15/3 dz. | 51.15 | 51.15 |
| 1 | Bar guide mixing book | 9.95 | 9.95 |
| 1 | Cutting board, 6 x 8" | 3.70 | 3.70 |
| 24 | Bar towels | 1.00 | 24.00 |
| 1 | Frill picks for drinks, box | 3.50 | 3.50 |
| 2 | Drink straws | 4.25 | 8.50 |
| 2 | Bar napkin/straw holders | 6.40 | 12.80 |
| 6 | Salt/Pepper shakers pair | 2.00 | 12.00 |
| 1 | Undercounter freezer | 195.00 | 195.00 |
| 36 | Beer mugs w/handles at $33.60/1dz. | 2.80 | 100.80 |
| 1 | Beer undercounter cooler, 8' long, 4-sliding front doors | 1,655.00 | 1,655.00 |
| 2 | Wall clock | 20.00 | 40.00 |
| 1 | Ice Scoop, stainless steel | 4.05 | 4.05 |
| 6 | Acrylic sign holders, 5" | 2.25 | 30.38 |
| 1 | 4-pull Dome Draft System, brass | 336.00 | 336.00 |
| 1 | Dump tray, brass, for draft system | 118.50 | 118.50 |
| 3 | Bar trays, cork liner, 2 round, 1 oblong | 6.45 | 19.35 |
| 1 | Coyote mount | 350.00 | 350.00 |
| 1 | Cassette Tape Player, | 99.00 | 99.00 |
| 1 | AM/FM Receiver Yamaha Digital with multiple effects | 785.00 | 785.00 |
| 15 | Ash trays, plastic, black 7 1/2" diam. At $19.65/dz. | 1.64 | 24.60 |
| 1 | Wood utility cart on casters | 100.00 | 100.00 |
| 1 | Credit card machine leased | 5,100.00 | 5,100.00 |
| 1 | Cash register | 595.00 | 595.00 |
| 1 | Box cash register tape | 25.00 | 25.00 |
| 1 | Satellite TV receiver 4DTV | 1,299.00 | 1,299.00 |
| 1 | Satellite TV receiver and Digital Dish | 179.00 | 179.00 |
| 4 | Neon bar window signs | 250.00 | 1,000.00 |
| 1 | Overhead pool table light | 190.00 | 190.00 |
| 1 | Garbage can | 9.95 | 9.95 |
| 18 | Wall plaques, football helmets | 35.00 | 630.00 |
| 1 | John Wayne 9 Pictures in clouds disguised framed | 285.00 | 285.00 |
| 1 | John Wayne on horse framed | 90.00 | 90.00 |
| 1 | John Wayne with rifle framed | 125.00 | 125.00 |
| 1 | John Wayne Green Berets framed | 250.00 | 250.00 |
| 1 | John Wayne Searchers framed | 380.00 | 380.00 |
| 1 | John Wayne Big Duke framed | 120.00 | 120.00 |
| 1 | John Wayne True Grit framed | 260.00 | 260.00 |
| 1 | John Wayne Charcoal Drawing framed | 230.00 | 230.00 |
| 1 | John Wayne on horse with rifle in hand framed | 145.00 | 145.00 |
| 1 | John Wayne with cowboy hat framed | 90.00 | 90.00 |
| 1 | John Wayne in desert standing with rifle framed | 355.00 | 355.00 |
| 1 | Last Stand (wildlife) framed | 85.00 | 85.00 |
| 1 | Super Bowl Collage framed | 70.00 | 70.00 |
| 1 | US Army Rangers framed | 55.00 | 55.00 |
| 1 | Richard Nixon autographed portrait framed | 35.00 | 35.00 |

| Qty | Item | Unit | Total |
|---|---|---|---|
| 1 | Pittsburgh Steelers City of Champions framed | 45.00 | 45.00 |
| 4 | Floor mats 4' x 6' | 32.50 | 130.00 |
| 2 | Floor mats 2' x 3' | 12.75 | 25.50 |
| 3 | Overflow pipes for bar sink 11" H | 3.95 | 11.85 |
| 2 | Bottles of Sanitizer tablets | 12.25 | 24.50 |
| 1 | Triplehead bottle brush | 22.50 | 22.50 |
| 5 | Rubbermaid bar serving mats | 6.30 | 31.50 |
| 1 | Metal shelving unit, 5 shelves | 55.00 | 55.00 |
| 1 | Burglar and fire alarm system, Visionic | 1,295.00 | 1,295.00 |
| 1 | Halon fire suppression system | 2,100.00 | 2,100.00 |
| 3 | Emergency Exit Light | 46.80 | 140.40 |
| 1 | Trane 100,000 BTU Forced Air Gas (Propane) Furnace | 3,500.00 | 3500.00 |
| 2 | Standard door closure | 67.00 | 134.00 |
| 2 | Fire extinguishers | 43.00 | 86.00 |
| 1 | Mop bucket w/wringer | 51.50 | 51.50 |
| 1 | Mop handle, metal | 9.10 | 9.10 |
| 3 | Mop heads | 5.30 | 15.90 |
| 2 | Cleaning buckets | 6.10 | 12.20 |
| 1 | Push broom 18" wide | 18.65 | 18.65 |
| 2 | Dust pans | 2.40 | 4.80 |
| 2 | Brooms | 8.30 | 16.60 |
| 1 | Degreaser cleaner, gallon | 19.50 | 19.50 |
| 1 | Plunger | 8.50 | 8.50 |
| 2 | Food film 18" x 1000' | 10.90 | 21.80 |
| 1 | Aluminum foil roll, 18" x 500' | 37.50 | 37.50 |
| 1 | Box aluminum foil baked potato wraps | 15.00 | 15.00 |
| 1 | Box food portion bags, 1000 count | 15.00 | 15.00 |
| 1 | To Go containers 9" x 9", case | 23.75 | 23.75 |
| 1 | Trash bags heavy duty 33 gal, case | 31.50 | 31.50 |
| 1 | Toilet tissue, case | 64.95 | 64.95 |
| 1 | Paper placemats, case | 20.00 | 20.00 |
| 1 | Paper dinner napkins, case | 35.00 | 35.00 |
| 1 | Cocktail napkins, case | 19.95 | 19.95 |
| 1 | Souffle cups plastic 1 oz. | 30.00 | 30.00 |
| 1 | Souffle cups plastic 2 oz. | 30.00 | 30.00 |
| 1 | Plastic forks, 1 box | 14.49 | 14.49 |
| 1 | Plastic spoons, 1 box | 14.49 | 14.49 |
| 1 | Plastic knives, 1 box | 14.49 | 14.49 |
| 1 | Paper towels, 1 case | 30.00 | 30.00 |
| 1 | Styrofoam drinking cups w/lids | 30.00 | 30.00 |
| 2 | Shelving units, 2' x 4', high-grade polypropylene | 64.00 | 128.00 |
| 2 | Floor fans, electric | 25.00 | 50.00 |
| 1 | Hand cart, steel | 56.00 | 56.00 |
| 3 | Outdoor tables w/umbrellas and 4 chairs each | 195.00 | 585.00 |
| 1 | Torpedo Heater | 395.00 | 395.00 |
| 1 | Kerosene portable heater | 49.95 | 49.95 |
| 1 | Kerosene heater | 99.00 | 99.00 |
| 5 | Table tops, round | 61.50 | 307.50 |
| 1 | Work bench, wood, 8' with shelf | 295.00 | 295.00 |
| 1 | Walk-in cooler 6' x 12' w/compressor | 4,925.00 | 4,925.00 |
| 1 | Compressor for draft system | 1,200.00 | 1,200.00 |
| 1 | Antique cash register | 295.00 | 295.00 |
| 1 | Wood bar, L-shaped portable | 595.00 | 595.00 |
| 1 | Water softener system | 3,900.00 | 3,900.00 |
| 1 | Holiday decorations, including 2 artificial Xmas trees | 500.00 | 500.00 |
| 2 | Bundles of ceiling tiles | 295.00 | 590.00 |

|   | Item | Unit | Total |
|---|---|---|---|
|   | Tools (Various) | 350.00 | 350.00 |
|   | Outside lawn and grounds tools (Various) | 500.00 | 500.00 |
| 1 | Furnace Trane Propane Forced Air | 2,995.00 | 2,995.00 |
| 4 | Electric baseboard heaters, 8' L each | 495.00 | 4,980.00 |
| 1 | Soda drink system, gun with 8 selections, w/compressor | 1,000.00 | 1,000.00 |
| 1 | Books, 14/cs | 24.95 | 349.30 |
| 1 | Books, 20/cs | 14.99 | 299.80 |
| 1 | Vacuum cleaner | 200.00 | 200.00 |

79,957.50