
# Rainbow Inn
## Food & Beer Inventory

| Quantity | Item | Price ea. | Total |
|---|---|---|---|
| 2 | Canisters CO2, plus deposit | 47.00 | 94.00 |
| 10 | Canisters of soda pop | 15.00 | 150.00 |
| 4 | Cranberry Juice | 4.25 | 17.00 |
| 4 | Orange Juice | 4.25 | 17.00 |
| 4 | Tomato Juice | 3.59 | 14.36 |
| 4 | Pineapple Juice | 3.85 | 15.40 |
| 4 | Grapefruit Juice | 3.85 | 15.40 |
| 3 | Cocktail Mixer, gallon case of four | 19.00 | 57.00 |
| 4 | Bloody Mary Mixer, gallon case of four | 21.00 | 84.00 |
|  | Condiments for bar | 25.00 | 25.00 |
| 1 | Assortment Troyer Farms Chips, Snacks | 30.00 | 30.00 |
| 30 | Ice cubes, bagged | 30.00 | 30.00 |
| 12 | Catsup | 1.59 | 19.08 |
| 6 | Mustard | 1.59 | 9.54 |
| 6 | Relish | 2.49 | 14.94 |
| 2 | Pickle slices, gal. | 8.29 | 16.58 |
| 4 | Sliced cheese, individual wrapped American | 4.89 | 19.56 |
| 2 | Mayonnaise | 3.69 | 7.38 |
| 2 | Lettuce | 1.50 | 3.00 |
| 6 | Tomato | 1.59 | 9.54 |
| 1 | Onions, bag | 7.00 | 7.00 |
| 4 | Hamburgers, case | 15.79 | 63.16 |
| 8 | Hotdogs | 3.39 | 27.12 |
| 10 | Hamburger Rolls | 1.50 | 15.00 |
| 10 | Hotdog Rolls | 1.50 | 15.00 |
| 3 | Chili | 24.70 | 74.10 |
| 2 | Vegetable soup | 22.80 | 43.60 |
| 1 | Bacon, case frozen | 23.40 | 23.40 |
| 2 | Onion Rings, case | 18.50 | 37.00 |
| 2 | French Fries, case | 22.97 | 45.94 |
| 2 | Chicken Breast, case | 27.40 | 54.80 |
| 4 | Chicken Tenders case | 21.00 | 84.00 |
| 2 | Deep-fried zucchini, mushroom, cauliflower | 18.00 | 36.00 |
| 4 | Prime Rib trimmed rib off | 74.00 | 296.00 |
| 2 | Chicken Wings, case | 45.75 | 91.50 |
| 2 | Cheese Sticks | 31.89 | 63.78 |
| 1 | Red Hot sauce, gallon | 6.46 | 6.46 |
| 2 | Green Olives | 1.87 | 3.74 |
| 2 | Black Olives | 1.87 | 3.74 |
| 8 | Crushed Tomatoes | 1.49 | 11.92 |
| 2 | Coffee | 5.00 | 10.00 |
| 1 | Coffee filters | 2.00 | 2.00 |
| 2 | Sugar packets, bx | 1.95 | 3.90 |
| 2 | Creamer, coffee mate | 4.85 | 9.70 |
| 3 | Saltine crackers, bx | 3.45 | 10.35 |
| 2 | Frying Oil, 5 lbs. | 15.89 | 31.78 |
| 1 | Jalapeno poppers | 17.47 | 17.47 |
| 1 | Pizza Logs | 31.49 | 31.49 |
| 1 | Ranch dressing, gal. | 10.69 | 10.69 |
| 1 | Blue Cheese dressing, gal. | 11.29 | 11.29 |



DEFENDANT'S EXHIBIT K1  PENGAD-Bayonne, N.J.

| Qty | Item | Price | Total |
|---|---|---|---|
| 2 | Salsa | 4.75 | 9.50 |
| 2 | Margarine | 1.25 | 2.50 |
| 1 | Milk | 3.00 | 3.00 |
| 3 | Marinara Sauce | 2.00 | 6.00 |
| 4 | Iron City, case | 14.40 | 57.60 |
| 6 | Genesee Light, case | 12.00 | 72.00 |
| 6 | Labatt's Blue, case | 16.75 | 100.60 |
| 2 | O'Douls, case | 13.35 | 26.70 |
| 10 | Bud, case | 12.40 | 124.00 |
| 10 | Bud Lite, case | 12.40 | 124.00 |
| 10 | Mich Lite, case | 13.00 | 130.00 |
| 10 | Bush, case | 10.35 | 100.35 |
| 10 | Bush Lite, case | 10.35 | 100.35 |
| 10 | Coors Lite, case | 15.85 | 158.50 |
| 6 | Straub, case | 13.00 | 78.00 |
| 4 | Rolling Rock, case | 15.75 | 63.00 |
| 10 | Miller, case | 13.35 | 133.50 |
| 10 | Miller Lite, case | 15.85 | 133.50 |
| 6 | Miller Genuine, case | 15.85 | 95.10 |
| 2 | Draft Bud, 1/2 barrel plus deposit | 63.00 | 126.00 |
| 2 | Draft Mich Ultra Lite, 1/2 barrel plus deposit | 63.00 | 126.00 |
| 2 | Draft Yuengling, 1/2 barrel plus deposit | 63.00 | 126.00 |
| 2 | Draft Bud Lite, 1/2 barrel plus deposit | 63.00 | 126.00 |

TOTAL:    3,812.91