# Rainbow Inn
# Liquor Inventory

| Quantity | Item | each price | total |
|---|---|---|---|
| 1 | Old Grand Dad 750 ML | 17.49 | 17.49 |
| 2 | Jim Beam 1.75 L | 25.49 | 34.98 |
| 1 | Maker's Mark 750 ML | 21.99 | 21.99 |
| 2 | Wild Turkey 750 ML | 18.99 | 37.98 |
| 2 | Seagram's Seven 1.75 L | 18.99 | 37.98 |
| 1 | Seagram's Seven 750 ML | 10.49 | 10.49 |
| 2 | Jack Daniel's 1.75 L | 36.99 | 73.98 |
| 2 | Black Velvet 1.75 L | 18.79 | 37.58 |
| 3 | Canadian Club 1.75 L | 25.49 | 76.47 |
| 1 | Crown Royal 750 ML | 20.99 | 20.99 |
| 2 | Seagram's VO 1.75 L | 26.49 | 52.98 |
| 1 | Windsor Canadian 750 ML | 9.99 | 9.99 |
| 1 | Black Bush 750 ML | 32.99 | 32.99 |
| 1 | Jameson 750 ML | 31.99 | 31.99 |
| 1 | Bankers Club Scotch | 17.49 | 17.49 |
| 1 | Chivas Regal 750 ML | 28.99 | 28.99 |
| 1 | Cutty Sark 750 ML | 19.99 | 19.99 |
| 1 | Dewar's 1.75 L | 41.99 | 41.99 |
| 1 | Dewar's 750 ML | 23.99 | 23.99 |
| 1 | J & B Rare 750 ML | 23.99 | 23.99 |
| 2 | Johnnie Walker Black 750 ML | 29.99 | 59.98 |
| 2 | Johnnie Walker Red 750 ML | 23.99 | 47.98 |
| 2 | Banker's Club Gin 1.75 ML | 11.99 | 23.98 |
| 1 | Banker's Club Gin 1.00 L | 7.29 | 7.29 |
| 2 | Bafferts 750 ML | 21.99 | 43.98 |
| 1 | Beefeater 1.75 ML | 34.99 | 34.99 |
| 2 | Bombay 750 ML | 17.99 | 35.98 |
| 2 | Tanqueray 1.75 ML | 36.99 | 73.98 |
| 2 | Banker's Club Vodka 1.75 ML | 11.29 | 22.58 |
| 1 | Banker's Club Vodka 1.00 L | 7.19 | 7.19 |
| 2 | Gordon's 750 ML | 9.99 | 19.98 |
| 2 | Skyy 750 ML | 14.99 | 29.98 |
| 2 | Smirnoff 750 ML | 13.99 | 27.98 |
| 2 | Absolut 1.75 L | 32.99 | 65.98 |
| 1 | Grey Goose 750 L | 24.99 | 24.99 |
| 2 | Stolichnaya 1.75 L | 32.99 | 65.98 |
| 1 | Christian Brothers 1.75L | 19.99 | 19.99 |
| 1 | Coronet VSQ 1.75 L | 18.99 | 18.99 |
| 1 | Hennessy VS 750 ML | 38.89 | 38.89 |
| 2 | Bicardi Gold 750 ML | 11.49 | 22.98 |
| 2 | Bicardi Light 1.75 ML | 21.99 | 43.98 |
| 1 | Bicardi 151 750 ML | 17.49 | 17.49 |
| 2 | Captain's Morgan Spiced 1.75 L | 26.99 | 53.98 |
| 3 | Jose Cuervo 750 ML | 17.99 | 53.97 |
| 1 | Mescal 750 ML | 19.99 | 19.99 |
| 2 | DeKuyper Blueberry 750 ML | 10.49 | 20.98 |
| 2 | DeKuyper ButterShots 750 ML | 10.49 | 20.98 |
| 2 | DeKuyper Hot Damn 750 ML | 10.49 | 20.98 |
| 3 | DeKuyper Peachtree 1.75 L | 18.99 | 56.97 |
| 1 | Jacquin's Peppermint 750 ML | 8.49 | 8.49 |



DEFENDANT'S EXHIBIT K2

| Qty | Item | Price | Total |
|---|---|---|---|
| 1 | DeKuyper Raspberry 750 ML | 10.49 | 10.49 |
| 1 | DeKuyper Root Beer 750 ML | 10.49 | 10.49 |
| 2 | Blue Hawaiian Maui 750 ML | 9.49 | 18.98 |
| 2 | DeKuyper Wilderberry 750 ML | 10.49 | 20.98 |
| 1 | DiAmore Amaretto 750 ML | 11.99 | 11.99 |
| 2 | Jacquin's Blackberry Brandy 750 ML | 9.29 | 18.58 |
| 1 | Jacquin's Crème De Almond 750 ML | 8.99 | 8.99 |
| 1 | Jacquin's Crème De Banana 750 ML | 8.99 | 8.99 |
| 1 | Jacquin's Crème De Cacao 750 ML | 7.99 | 7.99 |
| 2 | Jacquin's Crème De Menthe Green 750 ML | 7.99 | 15.98 |
| 1 | Jacquin's Crème De Menthe White 750 ML | 7.99 | 7.99 |
| 2 | Jacquin's Ginger Brandy 750 ML | 9.29 | 18.58 |
| 1 | Jacquin's Sloe Gin 750 ML | 7.99 | 7.99 |
| 2 | Arrow Triple Sec 1.00 L | 6.99 | 13.98 |
| 1 | DiSaronno Amaretto 750 ML | 18.99 | 18.99 |
| 2 | Kahlua 750 ML | 18.99 | 37.98 |
| 2 | Baileys Original Irish 750 ML | 19.99 | 39.98 |
| 2 | Devonshire Irish 750 ML | 12.49 | 24.98 |
| 1 | Romana Sambuca 750 ML | 19.99 | 19.99 |
| 1 | DeKuyper Hazelnut 750 ML | 10.99 | 10.99 |
| 2 | Southern Comfort 750 ML | 15.49 | 30.98 |
| 1 | Chambord 750 ML | 23.89 | 23.89 |
| 1 | Drambuie 750 ML | 29.99 | 29.99 |
| 1 | Galliano 750 ML | 27.99 | 27.99 |
| 1 | Grand Marnier 750 ML | 30.99 | 30.99 |
| 2 | Rumple Minze Peppermint 750 ML | 18.99 | 37.98 |
| 2 | Yukon Jack 750 ML | 16.49 | 32.98 |
| 1 | Angostura Bitters | 9.19 | 9.19 |
| 2 | Riunite Bianco 3.00 L | 13.99 | 27.98 |
| 2 | Riunite Lambrusco 3.00 L | 13.99 | 27.98 |
| 2 | Gallo Vermouth 750 ML Dry | 4.99 | 9.98 |
| 2 | Gallo Vermouth 750 ML Sweet | 4.99 | 9.98 |
| 2 | Harvey's Bristol Cream 750 ML | 14.99 | 29.98 |
| 2 | Gallo Livingston Cellars Burgundy 3.00 L | 9.99 | 19.98 |
| 2 | Almaden Cabernet 3.00 L | 14.99 | 29.98 |

GRAND TOTAL     2,380.56