10100021397

**DEPARTMENT USE ONLY**

**RCT-101 PAGE 1**          **PENNSYLVANIA CORPORATE TAX REPORT 2002**

### STEP A

| | | |
|---|---|---|
| Tax year beg | XX | 01012002 |
| Tax year end | XX | 12312002 |

### STEP B

| | | | | | |
|---|---|---|---|---|---|
| Regulated Inv Co | XX | N | First Report | XX | N |
| 52-53 Week Filer | XX | N | Koz/EIP Credit | XX | N |
| Address Change | XX | N | File Period Change | XX | N |

### STEP C

| | | |
|---|---|---|
| Pennsylvania Account ID | XX | 3022580 |
| Federal EIN | XX | 251630212 |
| Corporation Name | XX | WALTER BECK CORPORATION |
| Address line 1 | XX | RAINBOW INN PO BOX 362 |
| Address line 2 | XX | |
| City | XX | LEWIS RUN |
| State | XX | PA |
| Zip | XX | 16738 |

### STEP D

| | A Tax Liability from Tax Report | B Estimated Payments and Credits on Deposit | C Restricted Credits | Calculation: A minus B minus C |
|---|---|---|---|---|
| CS/FF | 0 | 0 | 0 | 0 |
| LOANS | 0 | 0 | 0 | 0 |
| CNI | 0 | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 | 0 |

### STEP E: PAYMENT

| | |
|---|---|
| CS/FF | 0 |
| LOANS | 0 |
| CNI | 0 |
| TOTAL | 0 |

### STEP F: Refund/Transfer Method

Select one of the following options:

A  Automatically transfer overpayment(s) to current tax period underpaid taxes and the remaining portion to the next tax period.

B  Automatically transfer this amount of the current tax period overpayment(s) to the next tax period after paying any current tax period underpaid taxes and refund the remaining portion of the current tax period overpayments. (Include amount)

C  Refund the overpayment from the current tax period after paying any current tax period underpaid taxes.

**Made Payment Via EFT**   N

A  N
B  N   AMT B   0
C  Y

I hereby affirm under penalties prescribed by law that this report (including any accompanying schedules and statements) has been examined by me and to the best of my knowledge and belief is a true, correct and complete report. If prepared by a person other than the taxpayer, his declaration is based on all information of which he has any knowledge.

| Corporate Officer Signature/Date | Phone Number | |
|---|---|---|
| Print Officer Name | E-Mail Address | |
| 0 | | |

PACZ0101   01/16/03          USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS

10100022398

NAME WALTER BECK CORPORATION
ACCOUNT ID 3022580    TAX YEAR END 12312002

**RCT-101 PAGE 2**    PENNSYLVANIA CORPORATE TAX REPORT 2002

## SECTION A: CS/FF

| OLDEST PERIOD FIRST | TAX PERIOD BEGINNING | TAX PERIOD ENDING | BOOK INCOME | | |
|---|---|---|---|---|---|
| YEAR 1 | 01011998 | 12311998 | -20954 | Investment in LLC | XX  N |
| YEAR 2 | 01011999 | 12311999 | -9623 | Holding Company | XX  N |
| YEAR 3 | 01012000 | 12312000 | -9155 | Family Farm | XX  N |
| YEAR 4 | 01012001 | 12312001 | -3894 | | |
| YEAR 5 | 0 | 0 | 0 | | |
| YEAR 6 | 0 | 0 | 0 | | |
| YEAR 7 | 0 | 0 | 0 | | |
| CUR YR | 01012002 | 12312002 | -2683 | | |

| | | | |
|---|---|---|---|
| 2 | TOTAL | 2 | -46309 |
| 3 | DIVISOR | 3 | 5.000 |
| 4 | AVERAGE BOOK INCOME | 4 | 0 |
| 5 | SHAREHOLDERS' EQUITY at the end of the current period | 5 | -93893 |
| 6 | SHAREHOLDERS' EQUITY at the beginning of the current period | 6 | -91210 |
| 7 | NET WORTH (see instructions) | 7 | 0 |
| 8 | CAPITAL STOCK VALUE (Worksheet 1) | 8 | 0 |
| 9 | TAXABLE CAPITAL STOCK VALUE (line 8 x Schedule A-1 line 5) | 9 | 0 |
| 10 | CAPITAL STOCK/FOREIGN FRANCHISE TAX | 10 | 0 |

**SCHEDULE A-1** Apportionment Schedule for Capital Stock/Foreign Franchise Tax
(include Form RCT-102, RCT-105, or RCT-106)

| | | | | |
|---|---|---|---|---|
| 1A Property Factor – Pennsylvania | 1A | 0 | | |
| 1B Property Factor – Total | 1B | 0 | 1C | 0.000000 |
| 2A Payroll Factor – Pennsylvania | 2A | 0 | | |
| 2B Payroll Factor – Total | 2B | 0 | 2C | 0.000000 |
| 3A Sales Factor – Pennsylvania | 3A | 0 | | |
| 3B Sales Factor – Total | 3B | 0 | 3C | 0.000000 |
| 4A Single Factor – Numerator | 4A | 0 | | |
| 4B Single Factor – Denominator | 4B | 0 | | |
| 5 Apportionment Proportion | | | 5 | 0.000000 |

10100022398

USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS

PACZ0102  01/16/03

10100023399

NAME: WALTER BECK CORPORATION
ACCOUNT ID: 3022-58
TAX YEAR END: 12312002

**RCT-101 PAGE 3**    PENNSYLVANIA CORPORATE TAX REPORT 2002

| | |
|---|---|
| Business Trust | XX N |
| Solicitation Only | XX N |
| PA-S | XX N |
| LLC | XX N |

### SECTION B: Bonus Depreciation
1. Current Year Fed Depreciation of 168k Prop — 1: 0
2. Current Year Adj for Disposition of 168k Prop — 2: 0
3. Other Adjustments — 3: 0
(Must Attach Schedule C-3 if claiming bonus depreciation)

### SECTION C: CORPORATE NET INCOME TAX
1. Income or Loss from federal return on a separate company basis — 1: -2683

2. DEDUCTIONS:
   A. Corporate Dividends Received (From Schedule C-2, Line 6) — 2A: 0
   B. Interest on U.S. Securities (GROSS INT less EXPENSES) — 2B: 0
   C. Current Yr Additional PA Deprec plus Adjust for Sale (Att Schedule C-3) — 2C: 0
   D. Other (Attached Schedule). See Instructions — 2D: 0
   TOTAL DEDUCTIONS — Sum of (A) through (D) — 2: 0

3. ADDITIONS:
   A. Taxes imposed on or measured by net income (attached schedule) — 3A: 0
   B. Tax Preference Items (Attached copy of Federal Form 4626) — 3B: 0
   C. Employment Incentive Payment Credit Adjustment (Attached Schedule W) — 3C: 0
   D. Current Year Bonus Depreciation (Attached Schedule C-3) — 3D: 0
   E. Other (Attached Schedule). See Instructions — 3E: 0
   TOTAL ADDITIONS — Sum of (A) through (E) — 3: 0

4. Income or Loss with Pennsylvania Adjustments (Line 1 - Line 2 + Line 3) — 4: -2683
5. Total Nonbusiness Income (or Loss) — 5: 0
6. Income (or Loss) to be Apportioned (Line 4 - Line 5) — 6: 0
7. Income (or Loss) Apportioned to Pennsylvania (Line 6 x Schedule C-1 Line 5) — 7: 0
8. Nonbusiness Income (or Loss) allocated to Pennsylvania — 8: 0
9. Taxable Income (or Loss) after Apportionment (Line 7 + Line 8) — 9: -2683
10. Total Net Operating Loss Deduction (from RCT-103) can not exceed $2,000,000 — 10: 0
11. Pennsylvania Taxable Income (or Loss) after Apportionment (Line 9 - Line 10) — 11: 0
12. Corporate Net Income Tax (Line 11 x .0999) — 12: 0

**SCHEDULE C-1: Apportionment Schedule for Corporate Net Income Tax (include Form RCT-106)**

| | | | |
|---|---|---|---|
| 1A Property Factor — Pennsylvania | 1A: 0 | | |
| 1B Property Factor — Total | 1B: 0 | 1C | 0.000000 |
| 2A Payroll Factor — Pennsylvania | 2A: 0 | | |
| 2B Payroll Factor — Total | 2B: 0 | 2C | 0.000000 |
| 3A Sales Factor — Pennsylvania | 3A: 0 | | |
| 3B Sales Factor — Total | 3B: 0 | 3C | 0.000000 |

| | | | |
|---|---|---|---|
| 4A Single Factor — Numerator | 4A: 0 | | |
| 4B Single Factor — Denominator | 4B: 0 | | |
| 5 Apportionment Proportion | | 5 | 0.000000 |

10100023399

USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS

PACZ0103  01/16/03

10100024390

NAME WALTER BECK CORPORATION
ACCOUNT ID 3022580  TAX YEAR END 12312002

RCT-101 PAGE 4     PENNSYLVANIA CORPORATE TAX REPORT 2002

## SECTION D: LOANS TAX

1 Did this corporation have a fiscal officer resident in Pennsylvania and paying interest on indebtedness of the corporation?  NO
2 Did this corporation have indebtedness outstanding to individual residents and/or partnerships resident in Pennsylvania?  Y
3 Did this corporation have indebtedness outstanding held by a trustee, agent or guardian for a resident individual taxable in its own right or by an executor or administrator of an estate wherein the decedent was a resident of Pennsylvania?  N

| Interest Amount | Interest Rate | Taxable Value | | | |
|---|---|---|---|---|---|
| 0 | | 0 | TAX INDEBT | XX | 0 |
| 0 | | 0 | | | |
| 0 | | 0 | LOANS TAX | XX | 0 |

## SECTION E: CORPORATE STATUS CHANGES

Out of Existence       XX   N       Out of Existence Date           XX
(Final Report)                      Date of Distribution of Assets  XX       OR  No Assets       XX
                                                                                 to distribute

Pennsylvania corporations: Report date business activity ceased and date assets were distributed.
Foreign (non-Pennsylavnia) corporations: Report date business activity in Pennsylvania ceased and date Pennsylvania assets were distributed.

Has the corporation sold or transfered in bulk 51% or more of any of the following classes of assets:       XX   NO
any stock of goods, wares, merchandise of any kind, fixtures, machinery, equipment, buildings or real estate.
If so, please provide the name and address of the purchaser.

Purchaser name
Address line 1
Address line 2
City
State
Zip

## SECTION F: GENERAL INFORMATION QUESTIONNAIRE

Brief Description of corporate activity        RESTAURANT AND BAR
in Pennsylvania

Brief Description of corporate activity        N/A
outside of Pennsylvania

List other states in which taxpayer            NONE
has activity

Is the corporation incorporated under the laws        Y
of the Commonwealth of Pennsylvania?

If incorporated outside of Pennsylvania, does           If yes, does the      Employee
the corporation solicit sales in Pennsylvania?          corporation use:      Exclusive sales representative
                                                                              Independent sales representative

10100024390

PACZ0104  01/16/03       USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS

10100025391

NAME: WALTER BECK CORPORATION
ACCOUNT ID: 3022-58    TAX YEAR END: 12312002

**RCT-101 PAGE 5**    PENNSYLVANIA CORPORATE TAX REPORT 2002

1. Has federal government changed taxable income as originally reported for any prior period for which reports of change have not been filed in Pennsylvania?   NO

   First period end date:
   Last period end date:

2. Does any corporation hold all or a majority of the stock of this corporation?   N
3. Does this corporation own all or a majority of stock in other corporations?   N

   If yes, complete Schedule X.

## SCHEDULE OF REAL PROPERTY IN PENNSYLVANIA

| Own/Rent | Street Address | City | County | KOZ/KOEZ |
|---|---|---|---|---|
| RENT | | LEWIS RUN | MCKEAN | N |

## CORPORATE OFFICERS

| | Last Name | First Name | MI | SSN |
|---|---|---|---|---|
| President | XX | | | |
| Vice President | XX | | | |
| Secretary | XX | | | |
| Treasurer | XX | | | |

## TAX PREPARER'S NAME AND ADDRESS

| | | |
|---|---|---|
| Mail to Practitioner | XX | Y |
| Federal EIN | XX | 161473170 |
| Name | XX | KAREN M. PERRIGO, CPA |
| Address Line 1 | XX | 20 WATER STREET |
| Address Line 2 | XX | |
| City | XX | CUBA |
| State | XX | NY |
| Zip | XX | 14727 |

Tax Preparer's Signature/Date: [signed] 07/09/03
Print Tax Preparer's Name: KAREN M. PERRIGO
Phone Number: (716) 968-5292
E-Mail Address:

USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS

PACZ0108   01/16/03