```
Created By: PAUSMI 01-07-2004 11:49   Clm#: 521474522015
   Insured: WALTER BECK CORPORATION
        Re: Bud Beck
```

I spoke with Bud Beck owner of the building. He said Bpp list is underway. He will e-mail to me this week. Also He is to get bids on the demolition beyond what had been done during the investigation.

I advised I will establish value on the building.

He had been contacted by public adjusters and ask if he needed their services. To date is happy with us, understands the investigation. I advised if he becomes dissatisfied with us he has the option of a public adjuster.

Lastly I inquired of the fire suppression system. He advised it was removed in 1996 0r 1997 as it was a Halon system which was ruled illegal and had to be removed.

He advised that it was never replaced and his agent was advised. Also he said Safeco loss control people were at his location and knew there was no fire suppression system.

I advised of the requirement under the cp7586. I said I would check on this and await the Bpp inventory.



DEFENDANT'S EXHIBIT P

```
Created By: PAUSMI 02-11-2004 13:53   Clm#: 521474522015
   Insured: WALTER BECK CORPORATION
        Re: Harold Beck
```

I spoke to Harold Beck to alert him of the denial letter. He was very upset. He indicated this would cause them great hardship.

He said late Summer they received a survey from Safeco. In that survey one of the questions was do you have a fire suppression system. they answered no and the policy was renewed. Also the property was inspected by Safeco loss control personnel who noted no suppression system.

Ask me to check that out again.

They will not accept denial will get counsel.