```
                                                              1

 1
 2
                  IN THE UNITED STATES DISTRICT COURT
 3            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 4                          - - - - -

 5   WALTER BECK CORPORATION)
     d/b/a THE RAINBOW INN,  )
 6                           )
            Plaintiff,       )
 7                           )
            vs.              ) Civil Action
 8                           ) No. 04-348-ERIE
     SAFECO CORPORATION,     )
 9   AMERICAN ECONOMY        )
     INSURANCE COMPANY and   )
10   AMERICAN STATES         )
     INSURANCE COMPANY,      )
11                           )
            Defendants.      )
12
                            - - - - -
13

14           DEPOSITION OF PAUL G. SMITH

15                          - - - - -

16   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
17   AGENCY

18                          - - - - -

19
                   CERTIFIED TRANSCRIPT
20                  NOT AN ORIGINAL

21
22
23
24                      
25
```

14

1            P. Smith - by Mr. Victoria

2 it says Safeco with a logo there, correct?

3     A.    Yes.

4     Q.    And on the next page and on numerous

5 subsequent pages, the Safeco name and logo is

6 at the top left-hand corner of the page,

7 correct?

8     A.    Yes.

9     Q.    Now, if you can flip back to page

10 199, that's a pretty good ways in there. It

11 states at the bottom there is a name and

12 address, correct?

13     A.    Yes.

14     Q.    That states American States

15 Insurance Company, correct?

16     A.    Yes.

17     Q.    Could you tell me why the three

18 separate entities are referenced at different

19 points in the policy?

20     A.    Well, I believe Safeco is the

21 holding company for a number of insurance

22 companies. In this particular case, this

23 policy was written under the American Economy.

24     Q.    So your testimony is American

25 Economy has issued this insurance policy,

15

|   |   |   |
|---|---|---|
| 1 | | P. Smith - by Mr. Victoria |
| 2 | | correct? |
| 3 | A. | Yes, sir. |
| 4 | Q. | What explains the American States |
| 5 | | Insurance Company's address on page 199? |
| 6 | A. | I can't answer that, but I have an |
| 7 | | opinion. |
| 8 | Q. | What is that? |
| 9 | A. | Safeco did purchase American States. |
| 10 | | This is the American States original home |
| 11 | | office on Meridian. When I left Safeco, it was |
| 12 | | the regional office for all of Safeco. But |
| 13 | | American Economy was part of the American |
| 14 | | States, and Safeco purchased all of those |
| 15 | | companies. |
| 16 | Q. | So the structure is Safeco at the |
| 17 | | top, and then American States Insurance |
| 18 | | Companies which I guess is what's referenced |
| 19 | | here is another entity beneath Safeco, and then |
| 20 | | American Economy is part of American States |
| 21 | | Insurance Companies? |
| 22 | A. | That's what I am saying. I can't |
| 23 | | say that for certain. I know Safeco is the |
| 24 | | holding company for a number, many insurance |
| 25 | | companies. American Economy was the one in |