### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) Civil Action No. 04-348 - Erie |
| vs. | ) JUDGE MAURICE B. COHILL, JR. |
| | ) |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF COURT

AND, NOW, to-wit, this __13th__ day of __December__, 2006, upon consideration of the parties' Joint Stipulation to Extend Deadline for Filing Responses to Motions for Summary Judgment and Amend Case Management Order, and finding that good cause exists, it is hereby ORDERED, ADJUDGED and DECREED that said request pursuant to the parties' Joint Stipulation is hereby GRANTED. It is further ORDERED that the Case Management Order dated June 8, 2005, and this Court's subsequent amendments thereto, is amended as follows:

> 7. The parties shall file motions..., if appropriate, on or before December 6, 2006. ... . Responses to such motions shall be ...filed on or before February 2, 2007. ... .
>
> \* \* \*
>
> 12. The case shall be called for trial upon the resolution of all dispositive motions, the meeting of all applicable pretrial procedures and filings and the convenience of the Court's schedule.

All other terms and conditions of the Case Management Order dated June 8, 2005, as amended, shall remain in full force and effect.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
United States District Court Judge

cc:   Counsel of record