EXHIBIT "A"

# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00348-MBC

WALTER BECK CORPORAT v. SAFECO
CORPORATION, et al
Assigned to: Judge Maurice B. Cohill, Jr
Demand: $0
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/02/2004
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**WALTER BECK CORPORATION**
*doing business as*
THE RAINBOW INN

represented by **Joshua R. Lorenz**
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2836
Email: jrl@muslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T. Victoria**
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2800
Email: rtv@muslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SAFECO CORPORATION**

represented by **Stephen J. Poljak**
Marshall, Dennehey, Warner, Coleman
& Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219
(412) 803-1140
Email: spoljak@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. McDyer**
Anstandig, McDyer, Burdette & Yurcon

707 Grant Street
1300 Gulf Tower

Pittsburgh, PA 15219
(412) 765-3700
Email: danmcdyer@ambylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN ECONOMY
INSURANCE COMPANY**

represented by **Stephen J. Poljak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. McDyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN STATES INSURANCE
COMPANY**

represented by **Stephen J. Poljak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. McDyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2004 | 1 | COMPLAINT with summons issued; jury demand Filing Fee $ 150.00 Receipt # 994Pgh (sdp) (Entered: 12/06/2004) |
| 12/02/2004 | 2 | DISCLOSURE statement by WALTER BECK CORPORAT (sdp) (Entered: 12/06/2004) |
| 12/17/2004 | 3 | RETURN OF SERVICE executed as to AMERICAN ECONOMY INS, AMERICAN STATES INSU 12/4/04 Answer due on 12/27/04 for AMERICAN ECONOMY INS, for AMERICAN STATES INSU; executed on Safeco Corp. on 12-6-04. (sdp) (Entered: 12/22/2004) |
| 12/22/2004 | 4 | Stipulation by WALTER BECK CORPORAT, SAFECO CORPORATION, AMERICAN ECONOMY INS, AMERICAN STATES INSU Extending Time to answer with proposed order. (mad) (Entered: 12/27/2004) |
| 01/03/2005 |  | ORDER upon motion granting [4-1] stipulation Extending Time to answer, reset Answer deadline to 1/21/05 for AMERICAN STATES INSU, for AMERICAN ECONOMY INS, for SAFECO CORPORATION ( signed by Judge Maurice B. Cohill Jr. on 1/3/05 ) CM all parties of record. (sdp) (Entered: 01/04/2005) |
| 01/21/2005 | 5 | ANSWER to Complaint by SAFECO CORPORATION, AMERICAN ECONOMY INS, AMERICAN STATES INSU (Attorney Stephen J. |

| | | Poljak) (sdp) (Entered: 01/24/2005) |
|---|---|---|
| 01/27/2005 | 6 | NOTICE Opting Out of Arbitration by WALTER BECK CORPORAT (sdp) (Entered: 01/31/2005) |
| 01/28/2005 | 7 | ORDER, set Case Management Conference for 11:30 3/14/05 ( signed by Judge Maurice B. Cohill Jr. on 1/27/05 ) CM all parties of record. (sdp) (Entered: 01/31/2005) |
| 04/26/2005 | 8 | Case Management Conference set for 11:30 6/8/05 before Cohill, J. in Erie, PA. (mad) (Entered: 04/27/2005) |
| 05/25/2005 | 9 | PROPOSED DISCOVERY PLAN pursuant to Rule 26(f) by WALTER BECK CORPORAT, SAFECO CORPORATION, AMERICAN ECONOMY INS, AMERICAN STATES INSU (mad) (Entered: 05/26/2005) |
| 06/08/2005 | 10 | Case Management Conference held 6/8/05 @ 11:45 a.m. before Judge Maurice B. Cohill Jr. [ Reporter: n/a ] CMO to be entered. (mad) (Entered: 06/09/2005) |
| 06/08/2005 | 11 | CASE MANAGEMENT ORDER setting Discovery cutoff on 1/13/06 ; Pretrial Statements for Plaintiffs due 3/1/06 ; Joining of parties amending of pleadings by 7/8/05 ; Motion Filing deadline due 2/1/06 ; Response to motions due 2/22/06 ; Rule 26(a)(1) disclosusre statements shall be exchanged no later than 6/24/05; Case shall be called for trial in Late spring, 2006. ( signed by Judge Maurice B. Cohill Jr. on 6/8/05 ) CM all parties of record. (mad) (Entered: 06/09/2005) |
| 07/05/2005 | 12 | *Amended* ANSWER to Complaint by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY.(Poljak, Stephen) (Entered: 07/05/2005) |
| 07/07/2005 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. ERROR: re 12 Answer to Complaint Wrong event selected. Filer should have selected "amended complaint" under "other answers" category. CORRECTION: Re-docketed as Amended Answer. This message is for informational purposes only. (crw) (Entered: 07/07/2005) |
| 07/07/2005 | | AMENDED ANSWER to [1] Complaint by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. Incorrect event used in docket entry 12. Original Amended Answer filed at document 12 (crw) (Entered: 07/07/2005) |
| 10/03/2005 | 13 | MOTION to Compel Discovery by WALTER BECK CORPORATION. (Attachments: # 1 Dispute Certificate# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Certificate of Service# 7 Proposed Order) (Victoria, Richard) (Entered: 10/03/2005) |
| 10/26/2005 | 14 | ORDER granting 13 Motion to Compel Discovery. Defendants are ordered to provide full and complete responses to Pltf Walter Beck Corporation's First Set of interrogatories and Request for Production of |

| | | |
|---|---|---|
| | | Documents directed to defendants on or before 11-11-05. Signed by Judge Maurice B. Cohill on 10/26/05. (rw ) (Entered: 10/26/2005) |
| 12/13/2005 | 15 | Joint MOTION for Extension of Time to Complete Discovery *and to Amend Case Management Order* by WALTER BECK CORPORATION, SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (Attachments: # 1 Exhibit 1, Case Management Order# 2 Proposed Order)(Victoria, Richard) (Entered: 12/13/2005) |
| 12/14/2005 | 16 | ORDER granting 15 Motion for Extension of Time to Complete Discovery Discovery due by 6/2/2006 Motions due by 7/7/2006. Plaintiff Pretrial Statement due by 8/4/2006. Response to Summary Judgment due by 7/28/2006. All other terms and conditions of the Case Management order dated 6-8-05, shallremain in full force and effect. . Signed by Judge Maurice B. Cohill on 12//14/05. (rw) (Entered: 12/14/2005) |
| 12/15/2005 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 15 Joint MOTION for Extension of Time to Complete Discovery *and to Amend Case Management Order* ERROR: should have been filed as a motion with multiple reliefs CORRECTION: no correction necessary since Judge Cohill ruled on matter; in the future, docket multiple reliefs as necessary. This message is for informational purposes only. (sdp) (Entered: 12/15/2005) |
| 05/03/2006 | 17 | Joint MOTION for Extension of Time to Complete Discovery, MOTION to Amend/Correct 16 Order on Motion for Extension of Time to Complete Discovery,, [11] Case Management Order, *Case Management Order* by WALTER BECK CORPORATION, SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (Attachments: # 1 Proposed Order)(Victoria, Richard) (Entered: 05/03/2006) |
| 05/04/2006 | 18 | ORDER granting 17 Motion to Extend Discovery Deadline, granting 17 Motion to Amend Case Management Order. The Case Management Order dated 6/8/2005 and subsequent amendment thereof is amended as follow: Discovery due by 9/1/2006; Motions due by 10/6/2006; Response to Motions due 10/27/06; If no motions are filed, Plaintiff's Pretrial Statement due by 11/3/2006. If case is not decided on dispositive motions, case called for trial in Winter, 2007. All other terms and conditions of Case Management Order dated 6/8/2005 shall remain in full force and effect. Signed by Judge Maurice B. Cohill on 5/4/2006.(kmw) (Entered: 05/04/2006) |
| 05/10/2006 | 19 | AFFIDAVIT of Service for Subpoena served on Sundahl & Co., Inc. t/d/b/a Sundahl & Co. Insurance on 05/08/2006, filed by WALTER BECK CORPORATION. (Attachments: # 1 Exhibit Subpoena# 2 Certificate of Service)(Victoria, Richard) (Entered: 05/10/2006) |
| 05/11/2006 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 19 Affidavit of Service ERROR: Discovery is not filed with the Court |

| | | |
|---|---|---|
| | | CORRECTION: in the future, to not file discovery material. This message is for informational purposes only. (sdp) (Entered: 05/11/2006) |
| 05/31/2006 | 20 | NOTICE of Appearance by Daniel P. McDyer on behalf of SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY (McDyer, Daniel) (Entered: 05/31/2006) |
| 06/01/2006 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 20 Notice of Appearance. ERROR: Typed name omitted by s/. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit with signature, using Errata event. This message is for informational purposes only. (sdp) (Entered: 06/01/2006) |
| 06/02/2006 | 21 | Errata re 20 Notice of Appearance by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY Reason for Correction: non-conforming attorney signature. (McDyer, Daniel) (Entered: 06/02/2006) |
| 08/25/2006 | 22 | MOTION for Extension of Time to Complete Discovery by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (Attachments: # 1 Proposed Order)(McDyer, Daniel) (Entered: 08/25/2006) |
| 08/28/2006 | 23 | ORDER granting 22 Motion to Enlarge the Time for Discovery and Amend Case Management Order. Discovery due by 11/1/2006. If parties do not file motions, Plaintiff's Pretrial Statement due by 1/3/2007. Motions due by 12/6/2006. Responses to Motions due by 12/27/2006. All other terms and conditions of Case Management Order dated 6/8/2005, previously amended on 5/4/2006, shall remain in full force and effect. Signed by Judge Maurice B. Cohill on 8/28/2006.(kmw) (Entered: 08/28/2006) |
| 12/06/2006 | 24 | MOTION for Partial Summary Judgment by WALTER BECK CORPORATION. (Attachments: # 1 Proposed Order)(Victoria, Richard) (Entered: 12/06/2006) |
| 12/06/2006 | 25 | Appendix to 24 Motion for Partial Summary Judgment by WALTER BECK CORPORATION. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30# 31 Exhibit 31) (Victoria, Richard) (Entered: 12/06/2006) |
| 12/06/2006 | 26 | STATEMENT OF FACTS *Concise Statement of Material Facts*. by WALTER BECK CORPORATION.. (Victoria, Richard) (Entered: 12/06/2006) |
| 12/06/2006 | 27 | BRIEF in Support re 24 MOTION for Partial Summary Judgment filed |

| | | by WALTER BECK CORPORATION. (Victoria, Richard) (Entered: 12/06/2006) |
|---|---|---|
| 12/06/2006 | 28 | MOTION for Summary Judgment by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (Attachments: # 1 Proposed Order) (McDyer, Daniel) (Entered: 12/06/2006) |
| 12/06/2006 | 29 | STATEMENT OF FACTS *In Support of* 28 Motion for Summary Judgment. by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY.. (McDyer, Daniel) (Entered: 12/06/2006) |
| 12/06/2006 | 30 | Appendix to 28 Motion for Summary Judgment by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit A3# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit I# 15 Exhibit K2# 16 Exhibit L1# 17 Exhibit L2# 18 Exhibit M# 19 Exhibit N1# 20 Exhibit N2# 21 Exhibit O# 22 Exhibit P# 23 Exhibit Q# 24 Exhibit R)(McDyer, Daniel) (Entered: 12/06/2006) |
| 12/06/2006 | 31 | BRIEF in Support re 28 MOTION for Summary Judgment filed by SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY. (McDyer, Daniel) (Entered: 12/06/2006) |
| 12/08/2006 | 32 | Consent MOTION for Extension of Time to File Response/Reply as to 18 Order on Motion for Extension of Time to Complete Discovery,,, Order on Motion to Amend/Correct,,, 23 Order on Motion for Extension of Time to Complete Discovery,, [11] Case Management Order, by WALTER BECK CORPORATION. (Attachments: # 1 Proposed Order) (Lorenz, Joshua) (Entered: 12/08/2006) |
| 12/14/2006 | 33 | ORDER granting 32 Joint Stipulation to Extend Deadline for Filing Responses to 24 MOTION for Partial Summary Judgment and 28 MOTION for Summary Judgment and Amend Case Management Order. Case Management Order dated 6/8/2005, and amendments thereto, are amended as follows: Responses to Motions due by 2/2/2007. Case called to trial upon resolution of all dispositive motions, meeting of all applicable pretrial procedures and filings and convenience of Court's schedule. All other terms and conditions of Case Management Order dated 6/8/2005, as amended, shall remain in full force and effect. Signed by Judge Maurice B. Cohill on 12/13/2006. (kmw, ) (Entered: 12/14/2006) |

**PACER Service Center**

**Transaction Receipt**

| 01/23/2007 16:37:29 | | | |
|---|---|---|---|
| **PACER Login:** | mu0021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-00348-MBC |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |