EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, <br><br> Defendants. | CIVIL DIVISION <br><br> Civil Action No. 04-348 - Erie <br><br> JUDGE MAURICE B. COHILL, JR. |

## ORDER

AND NOW, this 26th day of October, 2005, upon consideration of Plaintiffs' Motion to Compel Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and the same hereby is GRANTED, and Defendants are ordered to provide full and complete responses to Plaintiff Walter Beck Corporation's First Set of Interrogatories and Request for Production of Documents Directed to Defendants on or before Nov. 11, 2005.

_Maurice B. Cohill, Jr._
United States District Judge