EXHIBIT "K"

609160.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WALTER BECK CORPORATION d/b/a THE
RAINBOW INN,

              Plaintiff,

vs.

SAFECO CORPORATION, AMERICAN
ECONOMY INSURANCE COMPANY, and
AMERICAN STATES INSURANCE
COMPANY,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL DIVISION

Civil Action No. 04-348 - Erie

JUDGE MAURICE B. COHILL, JR.

<u>**NOTICE OF DEPOSITION**</u>

TAKE NOTICE that Plaintiff WALTER BECK CORPORATION d/b/a THE

RAINBOW INN, by its undersigned counsel, will take the deposition of Defendants SAFECO

CORPORATION on November 7, 2006 at 10:00 a.m. The deposition will be taken at the law

offices of Meyer, Unkovic & Scott LLP, 1300 Oliver Building, Pittsburgh, PA 15217, and will

continue from day to day until completion. The deposition shall be recorded by stenographic

means and shall be taken for the purposes of discovery and use at trial or upon the hearing of any

motion in this matter.

The following definitions will apply to this Notice of Deposition:

a.      The term "Safeco" as used herein refers to Defendants Safeco Corporation,

American Economy Insurance Company, and American States Insurance

Company, their officers, directors, attorneys, investigators, agents, employees,

and other representatives.

b.      The term "Beck" as used herein refers to Walter Beck Corporation, its officers,

directors, agents, employees, and other representatives.

609160.2

c.      The term "The Rainbow Inn" refers to the restaurant known as the Rainbow Inn formerly located at Route 59, Marshburg, McKean County, Pennsylvania 16735.

d.      "Litigation" refers to the present action docketed in the United States District Court for the Western District of Pennsylvania at Civil Action No. 04-348.

e.      The term "Policy" refers to the "Ultra Series Package Policy" issued to Beck by Safeco, numbered 02CC771900, and providing coverage for the period of April 23, 2003 to April 23, 2004.

f.      The term "Fire" refers to the incident occurring on December 5, 2003 in which the Rainbow Inn and its contents were destroyed by fire.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, one or more officers, directors, or managing agents of Safeco Corporation shall appear and testify regarding the following subjects:

1.      The subject matter and allegations of the plaintiff's Complaint filed in this action.

2.      The subject matter, allegations, and defenses raised in the defendants' Amended Answer and Affirmative Defenses to the Complaint.

3.      The statements, allegations and contentions in Safeco's pleadings in this Litigation.

4.      Safeco's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.      Safeco's claim investigation guidelines or procedures.

6.      Any claims manuals utilized by and/or available to Safeco and/or its employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

7.    Any investigation of Beck's claims by Safeco, its agents, representatives, and/or employees.

8.    Safeco's efforts (successful or otherwise) to obtain information concerning Beck or the Rainbow Inn prior to the Fire.

9.    The Rainbow Inn, the Fire, and/or Beck's claims for coverage under the Policy.

10.    All claims files or documents concerning the Policy, Beck, the Rainbow Inn, and/or the Fire.

11.    All underwriting files and documents concerning the Policy, any insurance policy issued by Safeco, its subsidiaries, and/or affiliated companies to Beck, and/or any insurance policy issued by Safeco, its subsidiaries, and/or affiliated companies concerning the Rainbow Inn.

12.    All communications concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

13.    All communications between Safeco and any person or entity concerning Beck, the Rainbow Inn, the Fire, Beck's claims for coverage under the Policy, and/or the Litigation.

14.    All communications between and/or among Safeco, its employees, managers, agents, and/or representatives concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

15.    Safeco's net worth.

Please bring with you the following documents:

**Please bring with you the following documents:**

1.    Any documents not previously produced in discovery in this case concerning or relating to the Policy, The Rainbow Inn, the Fire and/or Beck.

2.    Any documents not previously produced in discovery in this case concerning, generated by or utilized in any investigation of Beck's claims by any of the defendants, their agents, representatives, and/or employees.

3.    Any documents not previously produced in discovery in this case concerning or relating to any decision by you and/or the defendants regarding the plaintiff's claim for coverage under the Policy relating to the Fire.

4.    Any documents not previously produced in discovery in this case concerning Safeco's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.    Any claims manuals or claims handling guidelines utilized by and/or available to any of the defendants and/or their employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

609160.2

Counsel for the Defendants is invited to attend the deposition and take such part in it as is authorized by the Federal Rules of Civil Procedure.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: _____

Richard T. Victoria
Pa. I.D.#76681
rtv@muslaw.com
Joshua R. Lorenz
Pa. I.D.#84397
jrl@muslaw.com

1300 Oliver Building
Pittsburgh, PA 15217
(412) 456-2800
Fax: (412) 456-2864

Counsel for Plaintiff

-5-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | Civil Action No. 04-348 - Erie |
| vs. | ) ) | JUDGE MAURICE B. COHILL, JR. |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Deposition** was served upon counsel for the Defendant by e-mail and first class United States mail, postage prepaid, this 2nd of November, 2006 at the following address:

Daniel P. McDyer, Esquire
ANSTANDIG, McDYER & YURCON, P.C.
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

_____
Richard T. Victoria

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a THE RAINBOW INN,

                Plaintiff,

vs.

SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL DIVISION

Civil Action No. 04-348 - Erie

JUDGE MAURICE B. COHILL, JR.

### NOTICE OF DEPOSITION

TAKE NOTICE that Plaintiff WALTER BECK CORPORATION d/b/a THE RAINBOW INN, by its undersigned counsel, will take the deposition of Defendants AMERICAN STATES INSURANCE COMPANY on November 7, 2006 at 10:00 a.m. The deposition will be taken at the law offices of Meyer, Unkovic & Scott LLP, 1300 Oliver Building, Pittsburgh, PA 15217, and will continue from day to day until completion. The deposition shall be recorded by stenographic means and shall be taken for the purposes of discovery and use at trial or upon the hearing of any motion in this matter.

The following definitions will apply to this Notice of Deposition:

a.      The term "American States" as used herein refers to Defendants Safeco Corporation, American Economy Insurance Company, and American States Insurance Company, their officers, directors, attorneys, investigators, agents, employees, and other representatives.

b.      The term "Beck" as used herein refers to Walter Beck Corporation, its officers, directors, agents, employees, and other representatives.

c.   The term "The Rainbow Inn" refers to the restaurant known as the Rainbow Inn formerly located at Route 59, Marshburg, McKean County, Pennsylvania 16735.

d.   "Litigation" refers to the present action docketed in the United States District Court for the Western District of Pennsylvania at Civil Action No. 04-348.

e.   The term "Policy" refers to the "Ultra Series Package Policy" issued to Beck by Safeco and/or American States, numbered 02CC771900, and providing coverage for the period of April 23, 2003 to April 23, 2004.

f.   The term "Fire" refers to the incident occurring on December 5, 2003 in which the Rainbow Inn and its contents were destroyed by fire.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, one or more officers, directors, or managing agents of American States Insurance Company shall appear and testify regarding the following subjects:

1.   The subject matter and allegations of the plaintiff's Complaint filed in this action.

2.   The subject matter, allegations, and defenses raised in the defendants' Amended Answer and Affirmative Defenses to the Complaint.

3.   The statements, allegations and contentions in American States' pleadings in this Litigation.

4.   American States' reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.   American States' claim investigation guidelines or procedures.

6.   Any claims manuals utilized by and/or available to American States and/or its employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

7.    Any investigation of Beck's claims by American States, its agents, representatives, and/or employees.

8.    American States' efforts (successful or otherwise) to obtain information concerning Beck or the Rainbow Inn prior to the Fire.

9.    The Rainbow Inn, the Fire, and/or Beck's claims for coverage under the Policy.

10.    All claims files or documents concerning the Policy, Beck, the Rainbow Inn, and/or the Fire.

11.    All underwriting files and documents concerning the Policy, any insurance policy issued by American States, its subsidiaries, and/or affiliated companies to Beck, and/or any insurance policy issued by American States, its subsidiaries, and/or affiliated companies concerning the Rainbow Inn.

12.    All communications concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

13.    All communications between American States and any person or entity concerning Beck, the Rainbow Inn, the Fire, Beck's claims for coverage under the Policy, and/or the Litigation.

14.    All communications between and/or among American States, its employees, managers, agents, and/or representatives concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

15.    American States' net worth.

**Please bring with you the following documents:**

1.    Any documents not previously produced in discovery in this case concerning or relating to the Policy, The Rainbow Inn, the Fire and/or Beck.

611251.2

2.    Any documents not previously produced in discovery in this case concerning, generated by or utilized in any investigation of Beck's claims by any of the defendants, their agents, representatives, and/or employees.

3.    Any documents not previously produced in discovery in this case concerning or relating to any decision by you and/or the defendants regarding the plaintiff's claim for coverage under the Policy relating to the Fire.

4.    Any documents not previously produced in discovery in this case concerning Safeco's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.    Any claims manuals or claims handling guidelines utilized by and/or available to any of the defendants and/or their employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

61125T.2

Counsel for the Defendants is invited to attend the deposition and take such part in it as is authorized by the Federal Rules of Civil Procedure.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: _____

Richard T. Victoria
Pa. I.D.#76681
rtv@muslaw.com
Joshua R. Lorenz
Pa. I.D.#84397
jrl@muslaw.com

1300 Oliver Building
Pittsburgh, PA  15217
(412) 456-2800
Fax:  (412) 456-2864

Counsel for Plaintiff

588345.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) | CIVIL DIVISION |
| | ) | |
| | ) | Civil Action No. 04-348 - Erie |
| Plaintiff, | ) | |
| vs. | ) | JUDGE MAURICE B. COHILL, JR. |
| | ) | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Deposition** was served upon counsel for the Defendant by e-mail and first class United States mail, postage prepaid, this 2nd of November, 2006 at the following address:

Daniel P. McDyer, Esquire
ANSTANDIG, McDYER & YURCON, P.C.
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219


_____
Richard T. Victoria

6112522

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | Civil Action No. 04-348 - Erie |
| vs. | ) ) | JUDGE MAURICE B. COHILL, JR. |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF DEPOSITION

TAKE NOTICE that Plaintiff WALTER BECK CORPORATION d/b/a THE RAINBOW INN, by its undersigned counsel, will take the deposition of Defendants AMERICAN ECONOMY INSURANCE COMPANY on November 7, 2006 at 10:00 a.m. The deposition will be taken at the law offices of Meyer, Unkovic & Scott LLP, 1300 Oliver Building, Pittsburgh, PA 15217, and will continue from day to day until completion. The deposition shall be recorded by stenographic means and shall be taken for the purposes of discovery and use at trial or upon the hearing of any motion in this matter.

The following definitions will apply to this Notice of Deposition:

a. The term "American Economy" as used herein refers to Defendants Safeco Corporation, American Economy Insurance Company, and American States Insurance Company, their officers, directors, attorneys, investigators, agents, employees, and other representatives.

b. The term "Beck" as used herein refers to Walter Beck Corporation, its officers, directors, agents, employees, and other representatives.

611252.2

c.   The term "The Rainbow Inn" refers to the restaurant known as the Rainbow Inn formerly located at Route 59, Marshburg, McKean County, Pennsylvania 16735.

d.   "Litigation" refers to the present action docketed in the United States District Court for the Western District of Pennsylvania at Civil Action No. 04-348.

e.   The term "Policy" refers to the "Ultra Series Package Policy" issued to Beck by Safeco and/or American Economy, numbered 02CC771900, and providing coverage for the period of April 23, 2003 to April 23, 2004.

f.   The term "Fire" refers to the incident occurring on December 5, 2003 in which the Rainbow Inn and its contents were destroyed by fire.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, one or more officers, directors, or managing agents of American Economy Insurance Company shall appear and testify regarding the following subjects:

1.   The subject matter and allegations of the plaintiff's Complaint filed in this action.

2.   The subject matter, allegations, and defenses raised in the defendants' Amended Answer and Affirmative Defenses to the Complaint.

3.   The statements, allegations and contentions in American Economy's pleadings in this Litigation.

4.   American Economy's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.   American Economy's claim investigation guidelines or procedures.

6.   Any claims manuals utilized by and/or available to American Economy and/or its employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

611252.2

7.  Any investigation of Beck's claims by American Economy, its agents, representatives, and/or employees.

8.  American Economy's efforts (successful or otherwise) to obtain information concerning Beck or the Rainbow Inn prior to the Fire.

9.  The Rainbow Inn, the Fire, and/or Beck's claims for coverage under the Policy.

10.  All claims files or documents concerning the Policy, Beck, the Rainbow Inn, and/or the Fire.

11.  All underwriting files and documents concerning the Policy, any insurance policy issued by American Economy, its subsidiaries, and/or affiliated companies to Beck, and/or any insurance policy issued by American Economy, its subsidiaries, and/or affiliated companies concerning the Rainbow Inn.

12.  All communications concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

13.  All communications between American Economy and any person or entity concerning Beck, the Rainbow Inn, the Fire, Beck's claims for coverage under the Policy, and/or the Litigation.

14.  All communications between and/or among American Economy, its employees, managers, agents, and/or representatives concerning Beck, the Rainbow Inn, the Fire, the Policy, Beck's claims for coverage under the Policy, and/or the Litigation.

15.  American Economy's net worth.

**Please bring with you the following documents:**

1.  Any documents not previously produced in discovery in this case concerning or relating to the Policy, The Rainbow Inn, the Fire and/or Beck.

611252.2

2.      Any documents not previously produced in discovery in this case concerning, generated by or utilized in any investigation of Beck's claims by any of the defendants, their agents, representatives, and/or employees.

3.      Any documents not previously produced in discovery in this case concerning or relating to any decision by you and/or the defendants regarding the plaintiff's claim for coverage under the Policy relating to the Fire.

4.      Any documents not previously produced in discovery in this case concerning Safeco's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.      Any claims manuals or claims handling guidelines utilized by and/or available to any of the defendants and/or their employees, managers, agents, and/or representatives concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

611252.2

Counsel for the Defendants is invited to attend the deposition and take such part in it as is authorized by the Federal Rules of Civil Procedure.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: _____
Richard T. Victoria
Pa. I.D.#76681
rtv@muslaw.com
Joshua R. Lorenz
Pa. I.D.#84397
jrl@muslaw.com

1300 Oliver Building
Pittsburgh, PA 15217
(412) 456-2800
Fax: (412) 456-2864

Counsel for Plaintiff

588345.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORPORATION d/b/a THE          )          CIVIL DIVISION
RAINBOW INN,                               )
                                           )          Civil Action No. 04-348 - Erie
                    Plaintiff,             )
          vs.                              )          JUDGE MAURICE B. COHILL, JR.
                                           )
SAFECO CORPORATION, AMERICAN               )
ECONOMY INSURANCE COMPANY, and             )
AMERICAN STATES INSURANCE                  )
COMPANY,                                   )
                                           )
                    Defendants.            )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Deposition** was served upon counsel for the Defendant by e-mail and first class United States mail, postage prepaid, this 2nd of November, 2006 at the following address:

> Daniel P. McDyer, Esquire
> ANSTANDIG, McDYER & YURCON, P.C.
> 1300 Gulf Tower
> 707 Grant Street
> Pittsburgh, PA 15219

_____
Richard T. Victoria

609193.2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | Civil Action No. 04-348 - Erie |
| vs. | ) ) | JUDGE MAURICE B. COHILL, JR. |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DEPOSITION

TAKE NOTICE that Plaintiff WALTER BECK CORPORATION d/b/a THE

RAINBOW INN, by its undersigned counsel, will take the deposition of Paul Smith, Jr. on

November 7, 2006 at 10:00 a.m. The deposition will be taken at the law offices of Meyer,

Unkovic & Scott LLP, 1300 Oliver Building, Pittsburgh, PA 15217, and will continue from day

to day until completion. The deposition shall be recorded by stenographic means and shall be

taken for the purposes of discovery and use at trial or upon the hearing of any motion in this

matter.

The following definitions will apply to this Notice of Deposition:

a.      The term "Safeco" as used herein refers to Defendants Safeco Corporation,

American Economy Insurance Company, and American States Insurance

Company, their officers, directors, attorneys, investigators, agents, employees,

and other representatives.

b.      The term "Beck" as used herein refers to Walter Beck Corporation, its officers,

directors, agents, employees, and other representatives.

c.  The term "The Rainbow Inn" refers to the restaurant known as the Rainbow Inn formerly located at Route 59, Marshburg, McKean County, Pennsylvania 16735.

d.  "Litigation" refers to the present action docketed in the United States District Court for the Western District of Pennsylvania at Civil Action No. 04-348.

e.  The term "Policy" refers to the "Ultra Series Package Policy" issued to Beck by Safeco, numbered 02CC771900, and providing coverage for the period of April 23, 2003 to April 23, 2004.

f.  The term "Fire" refers to the incident occurring on December 5, 2003 in which the Rainbow Inn and its contents were destroyed by fire.

**Please bring with you the following documents:**

1.  Any documents not previously produced in discovery in this case concerning or relating to the Policy, The Rainbow Inn, the Fire and/or Beck.

2.  Any documents not previously produced in discovery in this case concerning, generated by or utilized in any investigation of Beck's claims by any of the defendants, their agents, representatives, and/or employees.

3.  Any documents not previously produced in discovery in this case concerning or relating to any decision by you and/or the defendants regarding the plaintiff's claim for coverage under the Policy relating to the Fire.

4.  Any documents not previously produced in discovery in this case concerning Safeco's reasons, defenses, and/or justifications for denying Beck's claims for coverage under the Policy.

5.  Any claims manuals or claims handling guidelines utilized by and/or available to any of the defendants and/or their employees, managers, agents, and/or representatives

concerning the processing and/or handling of claims for losses resulting from fire or property damage claims.

Counsel for the Defendants is invited to attend the deposition and take such part in it as is authorized by the Federal Rules of Civil Procedure.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: _____

Richard T. Victoria
Pa. I.D.#76681
rtv@muslaw.com
Joshua R. Lorenz
Pa. I.D.#84397
jrl@muslaw.com

1300 Oliver Building
Pittsburgh, PA 15217
(412) 456-2800
Fax: (412) 456-2864

Counsel for Plaintiff

588345.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | ) | CIVIL DIVISION |
| | ) | |
| | ) | Civil Action No. 04-348 - Erie |
| Plaintiff, | ) | |
| vs. | ) | JUDGE MAURICE B. COHILL, JR. |
| | ) | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Deposition** was served upon counsel for the Defendant by e-mail and first class United States mail, postage prepaid, this 2nd of November, 2006 at the following address:

Daniel P. McDyer, Esquire
ANSTANDIG, McDYER & YURCON, P.C.
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219


Richard T. Victoria