EXHIBIT "M"

## Joshua R. Lorenz

| | |
|---|---|
| From: | Richard T. Victoria |
| Sent: | Tuesday, January 16, 2007 11:36 AM |
| To: | Joshua R. Lorenz |
| Subject: | FW: Beck |

| | |
|---|---|
| From: | Richard T. Victoria |
| Sent: | Wednesday, November 29, 2006 12:11 PM |
| To: | Daniel P. McDyer (danmcdyer@ambylaw.com) |
| Cc: | Joshua R. Lorenz |
| Subject: | Beck |

Just following up on our request from Mr. Smith's deposition (p.105-106). Has it been determined yet whether, in fact, all of the pertinent Safeco documents have been produced?

Thank you,

Richard T. Victoria
mailto:rtv@muslaw.com
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222
(412) 456-2860
(412) 456-2864 (FAX)
http://www.muslaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE EMAIL ADDRESS.

CIRCULAR 230 DISCLOSURE: TAX ADVICE, IF ANY, CONTAINED IN THIS COMMUNICATION (OR ANY ATTACHMENT) IS NOT INTENDED TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT HEREOF (OR ANY OTHER TAXPAYER) TO (i) AVOID PENALTIES UNDER THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, OR (ii) SUPPORT THE PROMOTION OR MARKETING OF ANY FEDERAL TAX TRANSACTION OR MATTER ADDRESSED HEREIN. THIS DISCLOSURE IS MADE FOR THE PURPOSE OF COMPLYING WITH THE RULES OF TREASURY DEPARTMENT CIRCULAR 230 GOVERNING STANDARDS OF PRACTICE BEFORE THE INTERNAL REVENUE SERVICE.