IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION, )<br>d/b/a THE RAINBOW INN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFECO CORPORATION, et al. )<br>)<br>Defendants. ) | C.A. No. 04-348 E |

## ORDER

AND NOW, to-wit, this 31st day of January, 2007, pursuant to Local Rules of Court 7.1 and 37.1.A IT IS HEREBY ORDERED THAT plaintiff shall file a "Discovery Dispute Certificate" in support of its "Motion for Discovery Sanctions Pursuant to Rule 37" (Doc. 34) on or before February 9, 2007.

IT IS FURTHER ORDERED THAT defendants shall file a response to the "Motion for Discovery Sanctions Pursuant to Rule 37" on or before February 23, 2007.

IT IS FURTHER ORDERED THAT Plaintiff's Response to defendants' "Motion for Summary Judgment" (Doc. 28) shall be filed within 30 days of the resolution of the above-mentioned discovery dispute.

_/s/ Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
United States District Court Senior Judge

cc:   counsel of record