# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW this _____ day of _____, 2007, upon Motion of Plaintiff for Partial Summary Judgment it is ORDERED that the Motion of Plaintiff for Partial Summary Judgment shall be and is hereby DENIED.

Maurice B. Cohill, Jr.
United States District Court Senior Judge