IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

**SUPPLEMENTAL APPENDIX FOR DEFENDANTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO MOTION OF PLAINTIFF FOR PARTIAL SUMMARY JUDGMENT**

Exhibit S -   Letter to Richard Victoria, Esquire from Daniel P. McDyer, Esquire dated December 6, 2006, identifying claim deficiencies.

Exhibit T-   Complaint of Plaintiff

Exhibit U -   Harold Beck Deposition.

Exhibit V -   Paul Smith Deposition.

Exhibit W -   Sharyn Beck Deposition.

Exhibit X -   Record of attempted survey of restaurant.

Exhibit Y -   Records of Sundahl & Co. regarding Plaintiff's worker's compensation policy through Princeton Insurance Company.

                                                 Anstandig, McDyer & Yurcon, P.C.

                                                 BY: s/ Daniel P. McDyer_____
                                                 Daniel P. McDyer, Esquire
                                                 Pa. I.D. #19854
                                                 Attorney for Defendants
                                                 1300 Gulf Tower – 707 Grant Street
                                                 Pittsburgh, PA 15219
                                                 (412) 765-3700