```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2
     WALTER BECK CORPORATION d/b/a   Civil Action No. 04-348-Erie
 3   THE RAINBOW INN,

 4       Plaintiff,                  Judge Maurice B. Cohill, Jr.

 5   vs.

 6   SAFECO CORPORATION, AMERICAN            ORIGINAL
     ECONOMY INSURANCE COMPANY, and
 7   AMERICAN STATES INSURANCE COMPANY,

 8       Defendants.
     _____/
 9

10

11

12       Deposition of:     Sharyn Beck

13       Taken by:          Defendants

14       Date:              November 11, 2006

15       Time:              9:00 a.m. - 10:58 a.m.

16       Location:          Holiday Inn Express,
                            The Villages
17                          1205 Avenida Central
                            Lady Lake, Florida

18       Reported by:       Leslie Richmond, RPR

19

20

21

22

23            ZACCO & ASSOCIATES REPORTING SERVICES
24              605 East Robinson Street, Suite 430
                      Orlando, Florida  32801
25                        (407) 425-6789
```



DEFENDANT'S EXHIBIT W

```
 1       Q.   The kitchen?
 2       A.   The kitchen.
 3       Q.   And do you remember a name for us in, say, 2003?
 4       A.   Well, I had one woman that cleaned.  Her first name
 5  is Katy.
 6       Q.   With a K?
 7       A.   Yes.  Actually, her name was Cocaine Katy, but I
 8  don't think that's going to help us too much.
 9       Q.   I just mentioned that because I recently saw a Katy
10  with a C?
11       A.   I'm sure it was a K.
12       Q.   Did she live in the area?
13       A.   Yes.  Yes, she did.
14       Q.   And in November of 2003, this is the month
15  immediately before the fire, was your brother-in-law visiting
16  you that month?
17       A.   Yes.  He came up with his family.
18       Q.   Did your brother-in-law go to the Rainbow Inn that
19  month?
20       A.   He certainly did.
21       Q.   Did you accompany him or did he go by himself?
22       A.   I may have walked over with him.  I don't -- I
23  don't -- I probably walked over with him, unlocked the place.
24  I wanted him to do -- I wanted him to check the burglar alarm
25  system, make sure that was all in working order.
```