**SAFECO**

# Loss Control Survey

Walter Beck Corporation
Route 59
Lafayette TS , PA  16735

Date of Survey: 05-09-2002

Prepared by: Deborah J. Morshead, ARM

Policy Number: 02-CC-771900
Agent: Sundahl & Co Insurance 37-7870

Reports Included: Common Operations, Property Data Report - 001, Premises/Manufacturing Liability, Diagram

---

## Operations

This is a seasonal restaurant/bar & grill located in mountainous region of Pennsylvania called the Northern Tier.  After several attempts to contact the insured with no answer, contact with the agent was made.  The agent did not have any additional numbers by which to reach the insured.  According to him, the restaurant is open only during the summer months and only for limited hours.

It is a bar and grill type of operation.   At the time of the visit, there was a sign on the main door indicating a menu of sandwiches and snacks.   There was indication (empty kegs to the rear of the building and a neon sign in the window) that some alcohol is served.   The place was closed at the time of this visit.

No contact with the insured was possible at this time.

®A registered trademark of SAFECO Corporation

**DEFENDANT'S EXHIBIT**
**X**
FENGAD-Bayonne, N. J.