Sundahl & Co., Inc.                                                                 06/08/2006   Page   18

## Activity Log
### Include all Activities on file in Activity order

| Action | Date/Time | By | Policy | Co | Term | Tran | Effective | System Date |
|---|---|---|---|---|---|---|---|---|
| Telephone Out<br>Walter Beck Corporation<br>Work Comp Renewal Offer for period 8/22/02-03 sent to insured 6/11/02 from Princeton-Due 8/5/02 $561.00 | 06/18/2002 01:25 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | RWL | 04/23/2002 | 06/18/2002 01:26 P.M. |
| Policy Memo<br>Walter Beck Corporation<br>Called Mrs Beck returning her call-she said to lower the GL sales to $60,000-they are only open now 4 days a week and do have the place up for sale. | 06/18/2002 01:29 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 06/18/2002 01:29 P.M. |
| Policy Change<br>Walter Beck Corporation<br>Policy Change Request, First Request, Change GL Sales to $60,000 | 06/18/2002 01:30 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 06/18/2002 01:30 P.M. |
| Policy Change<br>Walter Beck Corporation<br>Change GL Sales to $60,000 | 06/18/2002 02:39 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 06/18/2002 02:40 P.M. |
| Form Letter<br>Walter Beck Corporation<br>Sent memo to Kevin Murray Amer States to change GL class code 16816 Restaurant to $60,000 sales[Category]=Memos  [Title]=Memo to Company | 06/18/2002 02:40 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 06/18/2002 02:40 P.M. |
| Mail In<br>Walter Beck Corporation<br>ENDT | 07/22/2002 10:39 A.M. | TRACY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 07/22/2002 10:39 A.M. |
| Billing<br>Walter Beck Corporation<br>Change GL Sales to $60,000-Return premium $324.00 | 07/23/2002 01:27 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 07/23/2002 01:27 P.M. |
| T- Filed<br>Walter Beck Corporation<br>Endorsement 4/23/02-Change GL Sales to $60,000-Return premium $324.00 | 07/23/2002 01:28 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 07/23/2002 01:28 P.M. |
| T- Filed<br>Walter Beck Corporation<br>Endorsement 4/23/02-Change GL Sales to $60,000-Return premium $324.00 | 07/23/2002 01:29 P.M. | DENNY | 02-CC-771900-6 | AmStat | 04/23/2002 to 04/23/2003 | PCH | 04/23/2002 | 07/23/2002 01:32 P.M. |
| Mail In<br>Walter Beck Corporation<br>RWX 8/22/02 | 08/09/2002 09:54 A.M. | DENNY | WC37013227 | Prefer | 08/22/2001 to 08/22/2002 | RWL | 08/22/2001 | 08/09/2002 09:55 A.M. |
| T- Filed | 08/09/2002 10:20 A.M. | DENNY | WC37013227 | Prefer | 08/22/2001 to 08/22/2002 | RWL | 08/22/2001 | 08/09/2002 10:22 A.M. |


DEFENDANT'S EXHIBIT

Sundahl & Co., Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　06/08/2006   Page 24

## Activity Log
Include all Activities on file in Activity order

| Action | Date/Time | By | Policy | Co | Term | Tran | Effective | System Date |
|---|---|---|---|---|---|---|---|---|
| Telephone Out | 09/08/2003 12:59 P.M. | DENNY | WC37013227 | Prefer | 08/22/2002 to 08/22/2003 | RWL | 08/22/2002 | 09/08/2003 01:00 P.M. |

Walter Beck Corporation
Called & left message for insured to call on renewal of Work Comp policy

| Form Letter | 09/10/2003 03:41 P.M. | DENNY | WC37013227 | Prefer | 08/22/2002 to 08/22/2003 | RWL | 08/22/2002 | 09/10/2003 03:42 P.M. |

Walter Beck Corporation
Sent memo to insured on renewal of Work Comp policy[Category]=Memos  [Title]=Memo to Customer

| Telephone In | 09/17/2003 08:49 A.M. | DENNY | WC37013227 | Prefer | 08/22/2002 to 08/22/2003 | RWL | 08/22/2002 | 09/17/2003 08:49 A.M. |

Walter Beck Corporation
Mrs. Beck called and advised that they did not want the Work Comp policy renewed eff 8/22/03

| T - Filed | 09/18/2003 08:13 A.M. | DENNY | WC37013227 | Prefer | 08/22/2002 to 08/22/2003 | RWL | 08/22/2002 | 09/18/2003 08:14 A.M. |

Walter Beck Corporation
9/3/03 Memo from Princeton on renewal of Workers Comp policy eff 8/22/03-file is closed as insured did not request renewal

| Telephone In | 10/14/2003 10:32 A.M. | DENNY | WC37013227 | Prefer | 08/22/2002 to 08/22/2003 | RWL | 08/22/2002 | 10/14/2003 10:34 A.M. |

Walter Beck Corporation
Auditor from Princeton called on audit of policy-asked if business closed-told him yes and they have it up for sale-he asked when they closed-told him July or August

| Telephone Out | 11/20/2003 01:49 P.M. | DENNY | 02-CC-771900-7 | AmStat | 04/23/2003 to 04/23/2004 | RWL | 04/23/2003 | 11/20/2003 01:50 P.M. |

Walter Beck Corporation
Called John Carney on fax to him about quoting lower bldg and contents and liquor liab-he said he thought he had done and sent to us-told him we did not get-he will resend

| Telephone In | 12/05/2003 09:44 A.M. | DENNY | 02-CC-771900-7 | AmStat | 04/23/2003 to 04/23/2004 | RWL | 04/23/2003 | 12/05/2003 09:47 A.M. |

Walter Beck Corporation
Corporal Henneman Fire Marshall Lafayette Twp Fire Dept-reported total fire loss of Rainbow Inn-happend around 3am 12/5/03-cause of loss unknown at this time-needs to talk with adjuster asap-told him I would report to Safeco and have adjuster call him-he said to call at 814-778-5555

| Telephone Out | 12/05/2003 09:47 A.M. | DENNY | 02-CC-771900-7 | AmStat | 04/23/2003 to 04/23/2004 | RWL | 04/23/2003 | 12/05/2003 09:50 A.M. |

Walter Beck Corporation
Reported 12/5/03 fire loss to Safeco-claim # is 52147452015-adjuster not assigned yet-will have adjuster call fire marshall today if possible-told them they must call today-he said he will tell adjuster.

| Claim | 12/05/2003 09:53 A.M. | DENNY Claim: | 02-CC-771900-7 12/05/2003 #52147452015 | AmStat | 04/23/2003 to 04/23/2004 | RWL | 04/23/2003 | 12/05/2003 09:54 A.M. |

Walter Beck Corporation
12/5/03 Fire Los

| Telephone In | 12/05/2003 12:05 P.M. | DENNY | 02-CC-771900-7 | AmStat | 04/23/2003 to 04/23/2004 | RWL | 04/23/2003 | 12/05/2003 12:07 P.M. |

Walter Beck Corporation
Lori from Safeco claims called-she has the loss but it was assigned to her in error-it should have gone to the large loss claims dept-she is going to talk with her manager and get an adjuster for the large loss to call the fire marshall today.