IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, ) ) ) Plaintiff, ) ) vs. ) ) SAFECO CORPORATION, AMERICAN ) ECONOMY INSURANCE COMPANY, and ) AMERICAN STATES INSURANCE ) COMPANY, ) ) Defendants. ) | CIVIL DIVISION<br><br>Civil Action No. 04-348 - Erie<br><br>JUDGE MAURICE B. COHILL, JR.<br><br>**ELECTRONICALLY FILED** |

## DISCOVERY DISPUTE CERTIFICATE

The undersigned counsel hereby certifies that, pursuant to the Federal Rules of Civil Procedure and Local Rule 7.1.C and 37.1, as well as this Court's January 31, 2007 Order of Court (Docket No. 36), he has made a reasonable effort to reach agreement with opposing counsel on the matters set forth in Plaintiff's Motion for Discovery Sanctions Pursuant to Rule 37 ("Motion") (Docket No. 34). The undersigned contacted opposing counsel via telephone on February 8, 2007 and discussed an amicable resolution to the Motion, but counsel for the parties were not able to agree upon such.

                                            MEYER, UNKOVIC & SCOTT LLP

                                            By: /s/ Joshua R. Lorenz
                                                  Richard T. Victoria
                                                  Pa. I.D.#76681
                                                  rtv@muslaw.com
                                                  Joshua R. Lorenz
                                                  Pa. I.D.#84397
                                                  jrl@muslaw.com

-2-

                                                MEYER, UNKOVIC & SCOTT LLP
                                                1300 Oliver Building
                                                Pittsburgh, PA  15217
                                                (412) 456-2800
                                                Fax:  (412) 456-2864

                                                Counsel for Plaintiff

Dated:  February 8, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Discovery Dispute Certificate was served upon counsel for the Defendants by electronic service this 8th of February, 2007 at the following address:

        Daniel P. McDyer, Esquire
        ANSTANDIG, McDYER & YURCON, P.C.
        1300 Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219

        MEYER, UNKOVIC & SCOTT LLP

By: /s/ Joshua R. Lorenz
    Richard T. Victoria
    Pa. I.D.#76681
    rtv@muslaw.com
    Joshua R. Lorenz
    Pa. I.D.#84397
    jrl@muslaw.com

    MEYER, UNKOVIC & SCOTT LLP
    1300 Oliver Building
    Pittsburgh, PA 15217
    (412) 456-2800
    Fax: (412) 456-2864

    Counsel for Plaintiff