```
Created By: PAUSMI 01-07-2004 16:38   Clm#: 521474522015
   Insured: WALTER BECK CORPORATION
        Re: Underwriting
```

I spoke with the U.W. who indicated they felt there was a fire supression system. There is no loss controle report in file, but there are requests. There is reference to Falcon co. They do field loss controle as independent. There is no report that they can find.

If U.W. knew of the lack of fire supression system they would have canceled. Lots of notes business up for sale, almost sold, etc. So they never got requested info from the agent.



DEFENDANT'S EXHIBIT Q

```
ser: ANGGIL                  ELECTRONIC FILE              AMERICAN STATES INS
                             03=DOCUMENT DETAIL                   02 25 05

         Item: 02CC771900                      System: COMLINE
    File Date: 05 25 04                       DocType: EMAIL
     Filed By: JOCARN   CARNEY, JOHN W


    Reference: Large Loss Report - Walter Beck Corp      -CONT 02
 contract for servicing  the hood/duct equipment.Loss control surveys were
 requested On 6/18/97 and again on 4/4/02.There was no indication on e-doc or in
 file that these surveys were ever done or copies received by underwriter.On
 3/26/03 a request was sent to the agent to complete a Restaurant Supplement and
 obtain a copy of  the of the insureds latest balance sheet or income
 statement.Agent called indication the restaurant was closed as the insured was
 on vacation in Florida any informatiion woud be obtained when insured
 returned.Agent also indicated that the insured was in the process of selling
     Archive Date: 05 25 05                                          MORE...
         Delete?: _
  Create E-mail?: _   (Y=Yes, as is; C=Chg & send)  Send to, if not you: _____


 Next ___    HElp(F1)       BAck(F7)      FWd(F8)       MEnu(F10)    BRdg out(F11)
 (WRD303)   ESc scrn(F13)  FRst pg(F20)  NXt prior(F22) PRint(F24)   SEarch(05)
```

Date: 02/25/2005 Time: 1:59:18 PM

```
ser: ANGGIL                ELECTRONIC FILE              AMERICAN STATES INS
                          03=DOCUMENT DETAIL                     02 25 05

     Item: 02CC771900                    System: COMLINE
File Date: 05 25 04                     DocType: EMAIL
Filed By: JOCARN   CARNEY, JOHN W


Reference: Large Loss Report - Walter Beck Corp      -CONT 02
the restaurant.No follow-up was made to get this information.Previous
Restaurant Supplements were not kept in the paper file.It also appears that no
follow-ups were made to determine receipt or status of previous loss control
survey requests.Paul Smith  SIU indicated in our 2/11/04 telephone conversation
that the insured removed the fire suppression system from the kitchen in 1997
or 1998 and never replaced it.I told Paul Smith that if we were aware of this
situation we would have sent ouy notice of cancellation.In reviewing our file I
can't find any correspondence from either the insured or the agent of this
  Archive Date: 05 25 05                                              MORE...
       Delete?: _
Create E-mail?: _  (Y=Yes, as is; C=Chg & send)   Send to, if not you: _____


Next ___   HElp(F1)      BAck(F7)      FWd(F8)       MEnu(F10)    BRdg out(F11)
(WRD303)   ESc scrn(F13) FRst pg(F20)  NXt prior(F22) PRint(F24)  SEarch(05)
```