```
10100022398
                    NAME       WALTER BECK CORPORATION
                    ACCOUNT ID   3022580    TAX YEAR END   12312002
```

**RCT-101 PAGE 2**         PENNSYLVANIA CORPORATE TAX REPORT 2002

### SECTION A: CS/FF

| OLDEST PERIOD FIRST | TAX PERIOD BEGINNING | TAX PERIOD ENDING | BOOK INCOME | | | |
|---|---|---|---|---|---|---|
| YEAR 1 | 01011998 | 12311998 | -20954 | Investment in LLC | XX | N |
| YEAR 2 | 01011999 | 12311999 | -9623 | Holding Company | XX | N |
| YEAR 3 | 01012000 | 12312000 | -9155 | Family Farm | XX | N |
| YEAR 4 | 01012001 | 12312001 | -3894 | | | |
| YEAR 5 | 0 | 0 | 0 | | | |
| YEAR 6 | 0 | 0 | 0 | | | |
| YEAR 7 | 0 | 0 | 0 | | | |
| CUR YR | 01012002 | 12312002 | -2683 | | | |

| | | | |
|---|---|---|---|
| 2 | TOTAL | 2 | -46309 |
| 3 | DIVISOR | 3 | 5.000 |
| 4 | AVERAGE BOOK INCOME | 4 | 0 |
| 5 | SHAREHOLDERS' EQUITY at the end of the current period | 5 | -93893 |
| 6 | SHAREHOLDERS' EQUITY at the beginning of the current period | 6 | -91210 |
| 7 | NET WORTH (see instructions) | 7 | 0 |
| 8 | CAPITAL STOCK VALUE (Worksheet 1) | 8 | 0 |
| 9 | TAXABLE CAPITAL STOCK VALUE (line 8 x Schedule A-1 line 5) | 9 | 0 |
| 10 | CAPITAL STOCK/FOREIGN FRANCHISE TAX | 10 | 0 |

**SCHEDULE A-1** Apportionment Schedule for Capital Stock/Foreign Franchise Tax
(include Form RCT-102, RCT-105, or RCT-106)

| | | | | | |
|---|---|---|---|---|---|
| 1A | Property Factor — Pennsylvania | 1A | 0 | | |
| 1B | Property Factor — Total | 1B | 0 | 1C | 0.000000 |
| 2A | Payroll Factor — Pennsylvania | 2A | 0 | | |
| 2B | Payroll Factor — Total | 2B | 0 | 2C | 0.000000 |
| 3A | Sales Factor — Pennsylvania | 3A | 0 | | |
| 3B | Sales Factor — Total | 3B | 0 | 3C | 0.000000 |
| 4A | Single Factor — Numerator | 4A | 0 | | |
| 4B | Single Factor — Denominator | 4B | 0 | | |
| 5 | Apportionment Proportion | | | 5 | 0.000000 |


DEFENDANT'S EXHIBIT BB

PACZ0102  01/16/03      USE WHOLE DOLLARS ONLY FOR ALL MONETARY AMOUNTS