# Meyer, Unkovic & Scott
ATTORNEYS AT LAW

1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Tel: 412-456-2800
Fax: 412-456-2864

110 East King Street
Lancaster, Pennsylvania 17602-2832
Tel: 717-390-4760
Fax: 717-390-4766
www.muslaw.com

Writer's direct dial phone number and e-mail address:
412-456-2860 ~ rtv@muslaw.com

June 9, 2006

**VIA HAND DELIVERY**

Daniel P. McDyer, Esquire
Anstandig, McDyer & Yurcon, P.C.
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1911

RE: Walter Beck Corporation v. Safeco Corporation, et al.
Case No. 04-348-Erie

Dear Mr. McDyer:

Enclosed please find a complete copy of the documents produced to us by Sundahl & Co., Inc., in response to our Subpoena to Produce Documents dated May 4, 2006.

Very truly yours,

Richard T. Victoria

RTV/lls

Enclosures

619051



DEFENDANT'S EXHIBIT DD

MERITAS LAW FIRMS WORLDWIDE

6-9-06