# ANSTANDIG, McDYER & YURCON, P.C.
## Attorneys at Law

1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1911

Daniel P. McDyer*
Telephone: (412) 765-3700
*Admitted in Pennsylvania and West Virginia

October 10, 2006

Facsimile: (412) 765-3730
e-mail: danmcdyer@ambylaw.com

Richard T. Victoria, Esquire
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Re: Walter Beck Corp. d/b/a The Rainbow Inn v. Safeco Corp., American Economy Insurance, and American States Insurance Company
Our File: 1/21238

Dear Mr. Victoria:

The documents sent to us from the National City Bank are enclosed, but these are not what I requested.

Very truly yours,

ANSTANDIG, McDYER & YURCON, P.C.

BY: *[signature]*
DANIEL P. McDYER
DPM/jla

Enclosures



DEFENDANT'S EXHIBIT FF