# Meyer, Unkovic & Scott LLP
ATTORNEYS AT LAW

1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Tel: 412-456-2800
Fax: 412-456-2864

110 East King Street
Lancaster, Pennsylvania 17602-2832
Tel: 717-390-4760
Fax: 717-390-4766
www.muslaw.com

Writer's direct dial phone number and e-mail address:
412-456-2860 ~ rtv@muslaw.com

**Via E-mail and U.S. Mail**

November 2, 2006

Daniel P. McDyer, Esquire
Anstandig, McDyer & Yurcon, P.C.
1300 Gulf Tower
707 Grant St.
Pittsburgh, PA 15219-1911

RE:  Walter Beck Corporation v. Safeco Corporation, et al.
       Case No. 04-348-Erie

Dear Mr. McDyer:

Enclosed please find a deposition notice for: Paul Smith, Jr., SAFECO Corporation, American Economy Insurance Company and American State Insurance Company. We understand that, at least initially, Mr. Smith will be appearing in response to each of these notices. Thus, the deposition will be held in the offices of Meyer, Unkovic & Scott LLP on November 7, 2006, commencing at 10:00 a.m.

Additionally, as a reminder, we previously noticed the deposition of Ms. Kathy London. We have not waived the right to take Ms. London's deposition. However, we have agreed to take Mr. Smith's deposition first and then to determine whether subsequent depositions will be necessary.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Richard T. Victoria

Enclosures
644959


DEFENDANT'S EXHIBIT GG

MERITAS LAW FIRMS WORLDWIDE