IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

**ORDER**

AND NOW this ____ day of _____, 2007, upon consideration of the Motion of Plaintiff for Discovery Sanctions under Rule 37, it is ORDERED that said Motion shall be and is hereby DENIED.

_____
Maurice B. Cohill, Jr.
United States District Court Senior Judge