IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION,<br>d/b/a THE RAINBOW INN,<br><br>        Plaintiff,<br><br>v.<br><br>SAFECO CORPORATION, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-348 E<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, to-wit, this 21st day of March, 2007, IT IS HEREBY ORDERED THAT the court shall conduct a status conference concerning plaintiff's "Motion for Discovery Sanctions Pursuant to Rule 37" (Doc. 34) on Wednesday, April 11, 2007 at 10:00 a.m. in Courtroom 8A, U.S. Courthouse, 700 Grant Street, **Pittsburgh**, PA.

/s/ Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
United States District Court Senior Judge

cc:   counsel of record