# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BECK CORP. d/b/a THE RAINBOW INN, )
)
Plaintiff, )
vs. ) CA 04-348 E
SAFECO CORP, et al. )
)
Defendants )

**HEARING ON** Status Conference on Motion for Sanctions

Before Hon. Maurice B. Cohill, Jr.

Josh Lorenz, Esq.      Daniel McDyer, Esq.

Appear for Plaintiff      Appear for Defendant

Hearing Begun 10:00 a.m. 4-11-07      Hrg Adjourned to

Hrg concluded C.A.V. 11:00 a.m. 4-11-07      Stenographer Sandy Wenger

**WITNESSES**

For Plaintiff      For Defendant

Motion for Sanctions (Doc. 34) DENIED.

Defendants' attorney to contact court via telephone on or before April 18, 2007 regarding settlement possibility.