**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WALTER BECK CORPORATION d/b/a
THE RAINBOW INN,

        Plaintiff,

    vs.

SAFECO CORPORATION, AMERICAN
ECONOMY INSURANCE COMPANY,
and AMERICAN STATES INSURANCE
COMPANY,

        Defendants.

Civil Action No. 04-348-Erie

Judge Maurice B. Cohill, Jr.

## JOINT STATUS REPORT

Pursuant to the direction of the Court the parties file the following joint status report.

The parties have engaged in weekly settlement discussions. While it remains uncertain whether a mutual ground will be reached, the Plaintiff and Defendants feel that two more weeks of discussions may determine whether amicable resolution is possible. In that two week period, Plaintiff plans to prepare information for Defendants to consider regarding Plaintiff's policy coverage evaluation. To accomplish the development of that information, the parties jointly request a continued negotiation period of two weeks. At the end of which, the parties will jointly report the result of their activity.

Meyer, Unkovic & Scott, LLP

Anstandig, McDyer & Yurcon, P.C.

By: s/ Joshua R. Lorenz
Joshua R. Lorenz, Esquire
Counsel for Plaintiff

By: s/ Daniel P. McDyer
Daniel P. McDyer, Esquire
Counsel for Defendants