IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| Plaintiff, | Judge Maurice B. Cohill, Jr. |
| vs. | |
| SAFECO CORPORATION, et. al., | **ELECTRONICALLY FILED** |
| Defendants. | |

### THIRD JOINT STATUS REPORT

Settlement discussions remain active. While reaching an agreement remains uncertain, both the Plaintiff and Defendants feel progress is being made and that two more weeks of discussions are warranted. In that two week period, Defendant plans to develop certain counter-cost information for Plaintiff to consider with continuing negotiations.

To accomplish the development of that information, the parties jointly request a continued negotiation period of two weeks at the end of which, the parties will jointly report the result of their activity.

Date: May 30, 2007

| | |
|---|---|
| Meyer, Unkovic & Scott, LLP | Anstandig, McDyer & Yurcon, P.C. |
| By: s/ Joshua R. Lorenz | By: s/ Daniel P. McDyer |
| Joshua R. Lorenz, Esquire | Daniel P. McDyer, Esquire |
| Counsel for Plaintiff | Counsel for Defendants |

So ORDERED this 5th day of June 2007.

_Maurice B. Cohill, Jr._
Senior United States District Judge