IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| Plaintiff, | Judge Maurice B. Cohill, Jr. |
| vs. | |
| SAFECO CORPORATION, et. al., | **ELECTRONICALLY FILED** |
| Defendants. | |

## FOURTH JOINT STATUS REPORT

Settlement discussions still remain active. While reaching an agreement remains uncertain, both the Plaintiff and Defendants feel progress has been made; but due to scheduling issues which have required defendants' representative to be out of the office and plaintiff's counsel to be out of the country this week, negotiations had to abate. The parties feel that seven additional business days of discussions are warranted.

The parties jointly request a continued negotiation period until Friday, June 22, 2007 at which time, the parties will jointly report the result of their activity.

Date: June 13, 2007

| | |
|---|---|
| Meyer, Unkovic & Scott, LLP | Anstandig, McDyer & Yurcon, P.C. |
| By: s/ Joshua R. Lorenz | By: s/ Daniel P. McDyer |
| Joshua R. Lorenz, Esquire | Daniel P. McDyer, Esquire |
| Counsel for Plaintiff | Counsel for Defendants |

So ORDERED this 14th day of June 2007.

_Maurice B. Cohill, Jr._
Senior United States District Judge