## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| Plaintiff, | Judge Maurice B. Cohill, Jr. |
| vs. | |
| SAFECO CORPORATION, et. al., | **ELECTRONICALLY FILED** |
| Defendants. | |

### FIFTH JOINT STATUS REPORT

The parties have continued to engage in negotiations. The latest settlement amount demanded by Plaintiff for resolution of all policy issues and claims of this lawsuit has been accepted subject to certain conditions. The defendant will be preparing documents to effect the settlement and terminate the litigation. Once accomplished, a consent order for discontinuance with prejudice will be presented to the court.

Date: June 22, 2007

| | |
|---|---|
| Meyer, Unkovic & Scott, LLP | Anstandig, McDyer & Yurcon, P.C. |
| By: s/ Joshua R. Lorenz | By: s/ Daniel P. McDyer |
| Joshua R. Lorenz, Esquire | Daniel P. McDyer, Esquire |
| Counsel for Plaintiff | Counsel for Defendants |

Approved this _____ day of June, 2007.

_____
Senior United States District Judge