IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| WALTER BECK CORPORATION d/b/a THE RAINBOW INN, | Civil Action No. 04-348-Erie |
| | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | |
| vs. | |
| SAFECO CORPORATION, AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

AND NOW come the Plaintiff, Walter Beck Corporation by its counsel, Josh Lorenze, Esquire and Meyer, Unkovic & Scott, LLP and defendants, American Economy Insurance Company, American States Insurance Company, and Safeco Corporation, by their counsel, Daniel P. McDyer, Esquire and Anstandig, McDyer & Yurcon, P.C. and do stipulate and agree that this lawsuit shall be and is hereby dismissed with prejudice.

Date: July 27, 2007

| | |
|---|---|
| Meyer, Unkovic & Scott, LLP | Anstandig, McDyer & Yurcon, P.C. |
| By: s/ Joshua R. Lorenz | By: s/ Daniel P. McDyer |
| Joshua R. Lorenz, Esquire | Daniel P. McDyer, Esquire |
| Counsel for Plaintiffs | Counsel for Defendants |

## ORDER

So ORDERED this ___ day of Aug, 2007.

Maurice B. Cohill, Jr.
Senior United States District Judge